UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DAMARCUS S., by and through his Parent, K.S., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 15-851 (ESH) |
| DISTRICT OF COLUMBIA, | ) ) ) | |
| Defendant. | ) ) ) | |

## MEMORANDUM OPINION

Plaintiffs Damarcus S. and his mother, K.S., have moved for attorney's fees and costs

pursuant to the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §§ 1400 *et seq.*,

which grants the Court discretion to award reasonable fees to a prevailing party. *See id.*

§ 1415(i)(3)(B). (Pl.'s Mot. for Attorneys' Fees and Costs [ECF No. 25] ("Pls.' Mot.").) The

District of Columbia (the "District") does not dispute that plaintiffs are entitled to fees, but it

argues that plaintiffs' request of $212,081.51 in fees and $4,097.60 in costs is unreasonable and

should be denied in part. (*See* Def.'s Opp'n Br. [ECF No. 27] at 3.) The Court agrees that

plaintiffs are not entitled to the full amount requested, though they are entitled to more than the

District proposes to pay. Therefore, plaintiffs' motion will be granted in part and denied in part.

## BACKGROUND

The background of this case has been laid out in great detail in the Court's previous

Memorandum Opinion. *See Damarcus S. v. Dist. of Columbia*, 2016 WL 2993158, at *1-*2

(D.D.C. May 23, 2016). As is relevant here, plaintiffs filed an administrative complaint with the

District in December 2014, alleging that numerous deficiencies in the District's educational plans for Damarcus denied him a Free Appropriate Public Education ("FAPE"), to which he is entitled under IDEA.[1] *Id.* at *2. After an administrative Due Process Hearing in March 2015, the Hearing Officer determined that plaintiffs were time-barred from pursuing any claims involving conduct prior to December 16, 2012, and rejected all but one of plaintiffs' remaining claims on the merits. *Id.* As a result of the District's failure to conduct a behavioral assessment and put in place an intervention plan for Damarcus in 2013 and 2014, plaintiffs were awarded (1) reimbursement for an independent behavioral evaluation of Damarcus, and (2) fifty hours of behavioral support services. *Id.* But without explanation, the Hearing Officer ruled that those behavioral-support hours would be forfeited if plaintiffs did not use them before June 30, 2016. *Id.*

Plaintiffs filed suit in this Court to challenge the Hearing Officer's adverse determinations, and the parties then cross-moved for summary judgment. The Court found for plaintiffs on many claims: (1) that the Hearing Officer erred in her blanket dismissal of all claims arising out of pre-December 2012 conduct, rather than conducting an individualized analysis of when plaintiffs knew or should have known about each claim, *id.* at *6; (2) that the District denied Damarcus a FAPE in 2013 and 2014 by dramatically cutting his speech-language services and failing to adjust his Individualized Education Program ("IEP") in response to his demonstrated lack of progress, *id.* at *12; (3) that the Hearing Officer's compensatory award was improperly limited as to both subject (behavioral support services) and time (the June 2016 forfeiture provision), *id.* at *14; (4) that the compensatory award of fifty hours was insufficient

---

[1] Plaintiffs also filed two previous complaints that involved similar claims, but they were withdrawn prior to being adjudicated. *Damarcus S.*, 2016 WL 2993158, at *2.

2

by failing to reflect the pervasive effect of Damarcus's behavior on all aspects of his education, *id.* at *14-*15; and (5) that plaintiffs were entitled to reimbursement for an independent neuropsychological evaluation of Damarcus, *id.* at *15. In light of deficiencies in the record, the Court remanded to the Hearing Officer to allow the parties to more fully brief the issue of an appropriate award of compensatory education. *Id.* at *12, *15.

On the other hand, the Court rejected plaintiffs' remaining claims: (1) that Damarcus's 2013 and 2014 IEPs were necessarily deficient because they relied on deficient neuropsychological and speech-language evaluations, *id.* at *8; (2) that Damarcus was denied a FAPE because his IEPs failed to set out measureable baselines, failed to specify that he would receive research-based, peer-reviewed instruction, and set inappropriately low benchmarks, *id.* at *9-*10; (3) that the District failed to place Damarcus in the least restrictive environment, *id.* at *12; (4) that the District inappropriately implemented Damarcus's IEPs, *id.* at *13; (5) that the District's treatment of Damarcus violated Section 504 of the Rehabilitation Act, *id.* at *16; and (6) that the District should be required to immediately develop an appropriate IEP, *id.* at *17.

## ANALYSIS

The District does not dispute plaintiffs' entitlement to attorney's fees, given the many claims on which plaintiffs have prevailed. However, the District argues that the award requested by plaintiffs is unreasonable on several grounds, which the Court will now turn to.

## I. UNREASONABLE BILLING RATES

The District first argues that the hourly rates sought by plaintiffs' attorneys and paralegals are unreasonable. (Def.'s Opp'n Br. at 4–11.) In determining a reasonable fee award, the Court must ensure that it is "based on rates prevailing in the community in which the action or proceeding arose for the kind and quality of services furnished." 20 U.S.C. § 1415(i)(3)(C).

3

Plaintiffs bear the burden on this issue, as with all other aspects of their fee request. *See Covington v. Dist. of Columbia*, 57 F.3d 1101, 1107 (D.C. Cir. 1995) ("[A] fee applicant bears the burden of establishing entitlement to an award, documenting the appropriate hours, and justifying the reasonableness of the rates[.]").

In addition to offering their own attorneys' affidavits, fee applicants may also "submit attorneys' fee matrices as one type of evidence that 'provide[s] a useful starting point' in calculating the prevailing market rate." *Eley v. Dist. of Columbia*, 793 F.3d 97, 100 (D.C. Cir. 2015) (quoting *Covington*, 57 F.3d at 1109). These matrices set out the hourly fees charged by attorneys at various levels of experience in a particular community for the same type of work, which offer a "somewhat crude" approximation of prevailing market rates. *Snead v. Dist. of Columbia*, 139 F. Supp. 3d 375, 378 (D.D.C. 2015) (quoting *Eley*, 793 F.3d at 101). The most commonly used fee matrix was the "*Laffey* Matrix," which was compiled by the District United States Attorney's Office ("USAO") and updated annually to adjust for inflation. *Eley*, 793 F.3d at 100-01. However, beginning on June 1, 2015, the USAO discontinued the *Laffey* Matrix in favor of a matrix that uses a new methodology, which the Court will refer to as the "USAO Matrix." *See* USAO Attorney's Fees Matrix – 2015 – 2016, https://www.justice.gov/usao-dc/file/796471/download.[2]

Here, plaintiffs' counsel submit an affidavit from Dennis C. McAndrews, the Managing Partner at their firm, which attests that these "hourly rates for attorneys of comparable

---

[2] The USAO Matrix rates are generally higher than the previous year's *Laffey* Matrix rates. *Compare* USAO Attorney's Fees Matrix – 2015 – 2016, https://www.justice.gov/usao-dc/file/796471/download, *with* Laffey Matrix – 2014-2015, https://www.justice.gov/sites/default/files/usao-dc/legacy/2014/07/14/Laffey%20Matrix_2014-2015.pdf. That said, once annual inflation is considered, the matrices are similar enough to make reliance on *Laffey* Matrix cases appropriate here. Indeed, the parties' briefs tend to use the "*Laffey*" and "USAO" descriptors interchangeably. (*See* Def.'s Opp'n Br. at 6 n.2.)

4

experience and skill in this area are at least equal to, and frequently exceed, the hourly rates" they have requested.  (Ex. B to Pls.' Mot. [ECF No. 25-3] ¶ 17.)  They also submit affidavits from local attorneys who did not work on this case, stating that the rates charged by plaintiffs' attorneys are consistent with those charged by their firms and other area firms, including in IDEA cases.  (Ex. 1 to Pls.' Reply Br. [ECF No. 29-1] ¶¶ 13, 22; Ex. 2 to Pls.' Reply Br. [ECF No. 29-2] ¶ 10.)  Finally, they submit the 2015-16 USAO Matrix, which reflects rates charged in District of Columbia courts in civil cases where a fee-shifting statute permits the prevailing party to recover "reasonable" attorney's fees.[3]  (Ex. C. to Pls.' Mot. at 1 & n.1.)  The attorney rates listed in the 2015-16 USAO Matrix are uniformly higher than those sought by plaintiffs.  (*Compare* Ex. A to Pls.' Mot. *with* Ex. C to Pl.'s Mot. at 1.)

The District argues that the rates in the *Laffey* or USAO Matrices should not be applied here, because those matrices establish presumptive rates for more complex federal litigation than typical IDEA administrative proceedings.  (Def.'s Opp'n Br. at 6.)  Instead, it argues that plaintiffs should receive 75% of *Laffey* or USAO rates because "the overwhelming majority of cases apply[] [such] rates to similar [IDEA] litigation, especially in cases since *Eley*."  (*Id.* at 7 & n.4, 9.)  Plaintiffs respond by citing a slew of post-*Eley* cases in which full *Laffey* or USAO rates were awarded in IDEA cases.  (*See* Pls.' Reply Br. at 6 n.1.)

At the outset, it is worth repeating that plaintiffs do not seek full USAO rates, or even a uniform percentage of them.  Instead, they seek the rates customarily charged by their firm (*see* Ex. B to Pls.' Mot. ¶ 4), which vary by attorney and are uniformly lower than the USAO Matrix rates.  For instance, Dennis McAndrews' rate of $450 is only 79% of what an attorney of his

---

[3] By its own terms, the USAO Matrix is appropriately considered in this federal IDEA case, given the IDEA's fee shifting provision.  (*See* Ex. C. to Pls.' Mot. at 1 & n.1; 20 U.S.C. § 1415(i)(3)(B).)

5

experience level (38 years) would receive under the current USAO Matrix. In fact, two junior attorneys who worked on the case are billed at rates *less than* 75% of the current USAO rate. (*See id.* ¶ 11; Ex. A to Pls.' Mot. (billing out fourth-year attorneys at $230/hour and $240/hour, which is 71% and 74% of the USAO rates, respectively). The highest attorney rates sought by plaintiffs in relation to the current USAO Matrix are only 85% of those rates. (*See* Ex. A to Pls.' Mot. (billing out Attorney CEM (4 years) at $275/hour, where full USAO rate is $325/hour). Thus, the District's argument about the applicability of full *Laffey* or USAO rates in IDEA litigation is off the mark—the relevant question is whether plaintiffs have shouldered their burden to show that the rates *they actually seek* are reasonable.

Moreover, plaintiffs are correct that many of the cases cited by the District involved routine IDEA matters, and thus, a 75% *Laffey* rate was deemed appropriate in that context. *See, e.g.*, *Snead*, 139 F. Supp. 3d at 381 (involving an "unremarkable IDEA administrative representation"); *Joaquin v. Friendship Pub. Charter Sch.*, 2016 WL 3034151, at *14 (D.D.C. May 27, 2016) (case was not "unusually complex"); *Platt v. Dist. of Columbia*, 2016 WL 912171, at *11 (D.D.C. Mar. 7, 2016) (quoting *Blackman v. Dist. Of Columbia*, 56 F. Supp 3d 19, 29 (D.D.C. 2014)) (case involved "no 'novel questions of law,' burdensome discovery issues, or other unusual complexities"); *McAllister v. Dist. of Columbia*, 21 F. Supp. 3d 94, 109 (D.D.C. 2014) (finding lack of complexity in cases where, *inter alia*, school district either defaulted or failed to contest issues, no administrative hearing was conducted due to settlement, or hearing had limited number of witnesses).

Here, in contrast, the parties engaged in a two-day hearing with ten witnesses and sixty-eight exhibits, resulting in the creation of a 1,300 page administrative record. (*See* Pls.' Reply Br. at 11; Administrative Record [ECF Nos. 12-13].) The case involved a challenging question

of statutory interpretation that was a matter of first impression in this district, which arose from an apparent drafting error in the 2004 amendment of the IDEA. *See Damarcus S.*, 2016 WL 2993158, at \*4; *see also Blackman*, 56 F. Supp. 3d at 25 ("novel or complicated questions of law" indicate complexity). The District discounts that complexity when it chides plaintiffs for "[m]erely summarizing the reasoning of" *G.L. v. Ligonier Valley School District Authority*, 802 F.3d 601 (3d Cir. 2015), which this Court ultimately adopted. (*See* Def.'s Opp'n Br. at 8.) But the statutory issue was apparently complex enough that *both* parties here actually reversed the positions they took below. (*See* Def.'s Cross-Mot. for Summ. J. [ECF No. 16] at 13 n.6.) Furthermore, the issue of how to properly evaluate Damarcus's disability—whether to use a Full-Scale IQ or General Ability Index—was complicated, something the Court's Memorandum Opinion expressly noted. *See Damarcus S.*, 2016 WL 2993158, at \*8 ("When considering an issue of such complexity . . . ."). Put simply, this was not a run-of-the-mill IDEA proceeding, and therefore, the Court finds that rates falling between 75% and 100% of *Laffey* / USAO Matrix rates are reasonable.

This raises the question of which rates should serve as the appropriate point of comparison: the current USAO rates, or the rates that applied in the years that the work was actually performed. As noted, plaintiffs' requested rates range from 71% to 85% of the current USAO rates; however, when using the lower 2013-14 Laffey rates[4] as a point of comparison, those relative percentages rise to 84% to 110%. (*See* Ex. A to Pls.' Mot.; Ex. B to Pls.' Mot. (billing out Attorney MEG (25 years) at $430/hour, where full Laffey rate was $510/ hour; billing out Attorney CEM (2 years) at $275/hour, where full *Laffey* rate was $250/hour). In other

---

[4] *See* Laffey Matrix – 2013 – 2014, https://www.justice.gov/sites/default/files/usao-dc/legacy/2013/09/09/Laffey_Matrix%202014.pdf.

7

words, plaintiffs seek rates for previous years' work that occasionally exceed the *Laffey* rates that applied in those years, even though they all fall below the USAO Matrix rates.

The District argues that historical *Laffey* rates should apply (Def.'s Opp'n Br. at 10-11), and plaintiffs respond that the D.C. Circuit has sanctioned the application of current rates, as a means of accounting for the delay in receiving payment, (Pls.' Reply Br. at 14 (citing *West v. Potter*, 717 F.3d 1030, 1034 (D.C. Cir. 2013).) *West* was a Title VII case, a fact that was expressly relevant to the result in that case. *See* 717 F.3d at 1034. *West* also notes that there is a "strong presumption" in favor of the application of historical rates. *Id.*; *see also Jackson-Johnson v. Dist. of Columbia*, 2016 WL 1267153, at *3 (D.D.C. Mar. 31, 2016) (applying historical rates); *Reed v. Dist. of Columbia*, 134 F. Supp. 3d 122, 137 (D.D.C. 2015) (same). There was no unusual delay in this three-year IDEA case, no dilatory conduct on the part of the District, and as noted, the rates requested by plaintiffs are more reasonable in comparison to recent years' Matrix rates than to those prior years' rates. *See West*, 717 F.3d at 240 (appropriate to apply historical rates if delay in payment was brief, or if rates sought by plaintiffs incorporate compensation for delayed payment). The Court thus deems it appropriate to compare plaintiffs' requested rates to those in effect at the time the work was performed. As discussed, plaintiffs are entitled to attorneys' rates that fall between 75%-100% of *Laffey* / USAO Matrix rates, so if an attorney's requested rate exceeds the *Laffey* or USAO Matrix rate for that year, it shall be capped at the lower rate. (*See, e.g.*, Ex. A to Pls.' Mot. (showing that Attorney CEM's requested rate exceeds the full *Laffey* rate from 2012-13 to 2014-15, and that Attorney HMH's requested rate exceeds the full *Laffey* rate in 2012-13 and 2013-14).)

One final note on rates: the above analysis has focused only on attorneys' rates, not on those sought for paralegals and legal assistants. Here, plaintiffs seek rates that exceed the current

USAO rate for their legal assistants and paralegals, and significantly exceed the current USAO rate for two senior paralegals. (*See* Pls.' Mot. at 8 n.4.) They argue that the extensive experience of their senior paralegals justifies their rates—which are 20% higher than the full USAO rate—and that their "knowledge and expertise play a vital role in the continued success and growth" of the law firm. (*See id.*) However, the analysis here involves a comparison to prevailing rates in the community, based on the type of services provided. *See* 20 U.S.C. § 1415(i)(3)(C). The only relevant evidence that plaintiffs themselves offer (*i.e.*, the 2015-16 USAO Matrix) demonstrates that they seek far more for their senior paralegals than the prevailing community rate. (*See* Ex. C to Pls.' Mot. at 1 (taking no account of paralegals' level of experience).) Plaintiffs do not suggest that these paralegals did more complex work than paralegals working on similar IDEA cases, such that an upward departure might be justified. Nor do they offer any explanation as to why their other paralegals and legal assistants should be entitled to rates that exceed the USAO Matrix. Therefore, the Court will award plaintiffs' senior paralegals 85% of the USAO Matrix rate ($131/hour), and their remaining paralegals and legal assistants 75% of the USAO rate ($116/hour).

These rates are commensurate to the rates awarded to plaintiffs' attorneys, which ranged from 71% to 85% of the current USAO rates. They also fall below the historical *Laffey* rates for previous years' work, so they are reasonably applied throughout the course of this litigation.

## II. LIMITED SUCCESS

The District next argues that plaintiffs' fee request should be reduced 20% to reflect their limited success in this litigation. (*See* Def.'s Opp'n Br. at 11-14.) Plaintiffs in turn propose a 10% reduction on that basis. (*See* Pls.' Reply Br. at 18.) The parties thus agree on the underlying legal principle—that, because plaintiffs' various claims are interrelated, it is

9

impossible to separate out the work done on unsuccessful claims, and so the Court must "simply reduce the award to account for the limited success." *See Hensley v. Eckerhart*, 461 U.S. 424, 436–37 (1983).

As the District concedes, plaintiffs "received much of the relief they sought." (*See* Def.'s Opp'n Br. at 14.)  Although the Hearing Officer must still determine the precise amount of compensatory education that Damarcus will receive, it is beyond dispute that the award will be significant: not only was the existing behavioral award of 50 hours deemed insufficient, but Damarcus will also receive compensatory hours for the District's failure to respond to his academic difficulties, and for drastically cutting his speech-language pathology hours despite those difficulties.  *See Damarcus S.*, 2016 WL 2993158, at *12-*15.  These were both serious failures.  The Court's statute-of-limitations ruling also makes it possible that he will receive additional relief on remand for alleged violations that the Hearing Officer erroneously deemed time-barred. *See id.* at *6.  On the other side of the scale, the claims that the Court rejected were less significant—if plaintiffs had succeeded on those claims, they would have received far less relief.  *See, e.g.*, *id.* at *9-*10 (plaintiffs' claims regarding IEP baselines, IEP goals, and specificity of IEPs, even if theoretically plausible, failed because they caused no injury); *id.* at *16 (if successful, plaintiffs' Rehabilitation Act claim would only have entitled them to expert witness fees).  Therefore, in light of the fact that plaintiffs received a substantial majority of the relief they sought, the Court finds that a 15% reduction of the total fee award is appropriate.

## III.  BILLING PRACTICES

The District takes issue with three billing practices reflected in plaintiffs' invoice, arguing that the use of these practices warrants a further 25% reduction of the total fee award. (Def.'s Opp'n Br. at 14-17.)

First, it asserts that plaintiffs' invoice calculates time to the eighth of an hour, rather than "the industry-norm of billing to the tenth of an hour," resulting in a less accurate bill. (*Id.* at 15.) It is certainly true that the award may "be reduced to account for any inaccuracies and overbilling that may have occurred as a result of [plaintiffs'] unacceptable timekeeping habits." *See Citizens for Responsibility & Ethics in Washington v. U.S. DOJ*, 825 F. Supp. 2d 226, 231 (D.D.C. 2011) (citing *Berkeley v. Home Ins. Co.,* 68 F.3d 1409, 1419–20 (D.C.Cir.1995)). However, the only cases cited by the District involved courts' disapproval of billing to *quarter-hour* increments. *See, e.g., Am. Civil Liberties Union v. U.S. DHS*, 810 F. Supp. 2d 267, 278–79 (D.D.C. 2011); *A.C. ex rel. Clark v. Dist. of Columbia*, 674 F. Supp. 2d 149, 157 (D.D.C. 2009); *Blackman v. Dist. of Columbia*, 59 F. Supp. 2d 37, 44 n.5 (D.D.C. 1999), *abrogated on other grounds by Buckhannon Bd. & Care Home, Inc. v. W. Va. Dep't of Health & Human Res.*, 532 U.S. 598, 610 (2001). Nor has the Court located any cases in which billing to the eighth of an hour has been disapproved. In fact, courts in this district have expressly approved billing to the sixth of an hour. *See Citizens for Responsibility & Ethics in Washington v. U.S. DOJ*, 142 F. Supp. 3d 1, 10 (D.D.C. 2015); *see also Citizens for Responsibility & Ethics in Washington v. FEC*, 66 F. Supp. 3d 134, 150 (D.D.C. 2014) (noting "a preference for time records that are, at most, in quarter-hour increments"). Thus, there is simply no basis to argue that plaintiffs' billing to the eighth of an hour is improper.

Second, the District argues that rounding errors have inflated plaintiffs' invoice. (Def.'s Opp'n Br. at 15-16.) In particular, it points out that plaintiffs' invoice reflects a total of 621.11 hours worked, when in reality it should be 618.125. (*Id.*) This "total hours" figure was not used to calculate the total fee request, and therefore it is wholly irrelevant. Plaintiffs arrived at their fee request by multiplying each individual time entry by the appropriate rate—which the District

11

acknowledges they did correctly (*id.* at 15)—and then they added the correct individual amounts together. (*See* Ex. A to Pls.' Mot.) It would have been impossible to calculate the total fee request using the total hours figure, because each attorney charged a different rate and thus the multiplier would have varied. As a result, no purported rounding errors affected plaintiffs' total fee request.[5]

Finally, plaintiffs assert that a reduction is warranted due to the invoice's inappropriate use of block billing. (*See* Def.'s Opp'n Br. at 16-17.) Block billing involves lumping multiple tasks into a single time entry, which can "mak[e] it impossible to evaluate their reasonableness." *Role Models Am., Inc. v. Brownlee*, 353 F.3d 962, 971 (D.C. Cir. 2004). There is no question that plaintiffs' invoice is completely block-billed throughout—it groups all tasks performed by each attorney into a single daily time entry. (*See, e.g.*, Ex. A to Pls.' Mot. at 49-50 (billing 2.75 hours on fifteen different tasks); *id.* at 104 (billing two hours on seven different tasks); *id.* at 119 (billing 7.5 hours on four different tasks); *id.* at 119-20 (billing 7.875 hours on eight different tasks).) Plaintiffs do not dispute this, but they argue that "there is no prohibition in this Circuit on 'block billing' and the use of this practice does not result in a fee reduction where the descriptions within the time entries are otherwise sufficiently detailed and reasonable." (*See* Pls.' Reply Br. at 20.) They also state that block billing is the result of the computer program used by McAndrews Law Offices, arguing that this practice is more efficient. (*Id.* at 22.)

---

[5] The District also goes to the trouble of asserting an overage of $2.135, which it apparently arrived at by adding fractions of pennies that plaintiffs rounded up. (*See* Def.'s Opp'n Br. at 16 n.8.) Even if the District had adequately shown how it reached that figure, the Court is concerned with determining a reasonable overall award, not with fractions of pennies that add up to less than the price of a cup of coffee. *Cf. Sandifer v. U.S. Steel Corp.*, 134 S. Ct. 870, 880 (2014) (discussing the doctrine of "*de minimis non curat lex* (the law does not take account of trifles)").

12

Plaintiffs' efforts to defend block billing are unpersuasive, particularly considering that they bear the burden of justifying their fee request. *See Covington*, 57 F.3d at 1107. Although it is of course true that block billing is not "prohibit[ed]," it is also true that courts often reduce fee awards as a result of it. *See, e.g.*, *Role Models Am., Inc.*, 353 F.3d at 971; *Bennett v. Castro*, 74 F. Supp. 3d 382, 406 (D.D.C. 2014); *In re InPhonic, Inc.*, 674 F. Supp. 2d 273, 289 (D.D.C. 2009); *Summers v. Howard Univ.*, 2006 WL 751316, at *7 (D.D.C. Mar. 20, 2006). The reason for this is obvious: even if tasks are adequately described, there is simply no way for the Court to assess whether the time spent on each of those tasks was reasonable. *See Role Models Am., Inc.*, 353 F.3d at 970 (quoting *In re Olson*, 884 F.2d 1415, 1428 (D.C. Cir. 1989) (court must "determine with a high degree of certainty that such hours were actually and reasonably expended"). Where the number of tasks and blocks of time are small, the risk of inaccuracy is also small—if an attorney spends a half-hour emailing opposing counsel and reviewing her response, the Court can be reasonably assured that the time spent was justified. However, if the attorney spends 10.8 hours researching standing, emailing co-counsel, revising a brief, and teleconferencing with the client, the Court lacks that same assurance. Did the research take nine hours? Was it a four-hour teleconference? The Court has no idea.

By the same token, the efficiency of block billing is irrelevant, as is the type of computer system used by plaintiffs' firm—even if plaintiffs' attorneys might benefit from block billing, the Court is concerned here only with their ability to justify their fee request. This particular invoice fails to adequately do that. If it had relied on block billing infrequently, a reduction might not be warranted, *see Fitts v. Unum Life Ins. Co. of Am.*, 680 F. Supp. 2d 38, 42 (D.D.C. 2010) (declining a reduction where only a "relatively small fraction" of entries were block-billed), but

this entire invoice here is block-billed. As a result, the Court will reduce plaintiffs' total award by an additional 5%.

## IV. NON-COMPENSABLE TIME

The District takes issue with numerous entries that it argues are either wholly non-compensable or improperly billed: time related to resolution sessions meetings (RSMs); time spent on plaintiffs' earlier administrative complaints, which they voluntarily withdrew; attorney travel time; and time that the District alleges is related to plaintiffs' ongoing concerns rather than the instant litigation.

### A. Resolution Session Meetings

The District argues that plaintiffs should not be reimbursed for time spent preparing for, or participating in, RSMs. (*See* Def.'s Opp'n Br. at 17-19 (quoting 20 U.S.C. § 1415(i)(3)(D)(iii) ("A meeting conducted pursuant to subsection (f)(1)(B)(i) shall not be considered a meeting convened as a result of an administrative hearing or judicial action or an administrative hearing or judicial action for purposes of [20 U.S.C. § 1415(i)(3)].")).) In response, plaintiffs have agreed to withdraw their request for time spent participating in the RSMs, but they insist that time spent preparing for those sessions is fully compensable. (*See* Pls.' Reply Br. at 23-24.)

Section 1415(i)(3)(D)(iii), when read in context with other provisions in that section, prohibits any award for time spent preparing for an RSM. *See Howard v. Achievement Preparatory Acad. Pub. Charter Sch.*, 2016 WL 1212409, at *14 (D.D.C. Mar. 8, 2016); *Brandon E. v. Dep't of Educ.*, 2008 WL 4602533, at *7 (D. Haw. Oct. 16, 2008); *see also Mars Area Sch. Dist. v. C. L.*, 2015 WL 8207463, at *6 n.5 (W.D. Pa. Dec. 7, 2015) (citing cases) (noting that it is "well-established" that fees related to RSMs are non-compensable). First, an

14

RSM is a meeting of the IEP team.  *See* 20 U.S.C. § 1415(f)(1)(B)(i) (defining an RSM as "a meeting with the parents and the relevant member or members of the IEP Team").  Next, an award of attorney's fees is prohibited if it "relat[es] to any meeting of the IEP team unless such meeting is convened as a result of an administrative proceeding or judicial action."  *See id.* § 1415(i)(3)(D)(ii).  Thus, time spent preparing for an RSM—which "relat[es] to [a] meeting of the IEP Team"—would only be compensable if the exception applies, *i.e.*, if the RSM was "convened as a result of an administrative proceeding or judicial action."  *See id.*  However, the very next provision makes clear that this exception does *not* apply to an RSM, which "shall not be considered . . . a meeting convened as a result of an administrative hearing or judicial action." *See id.* § 1415(i)(3)(D)(iii)(I).

The Court recognizes that this issue is not entirely clear-cut.  *See Y.B. v. Williamson Cty. Bd. of Educ.*, 2009 WL 4061311, at *25 (M.D. Tenn. Nov. 20, 2009).  Even acknowledging the minor statutory inconsistency—Section 1415(i)(3)(D)(ii) uses the phrase "convened as a result of an administrative *proceeding*," while Section 1415(i)(3)(D)(iii) says "convened as a result of an administrative *hearing*"—the Court concludes that it is simply a result of imprecise drafting.  *Cf. G.L. v. Ligonier Valley School District Authority*, 802 F.3d 601, 624 (3d Cir. 2015) (finding that an inconsistency in another part of Section 1415 was the result of a drafting error).  The linguistic structure of the exception in (D)(ii) is otherwise identical to the structure in (D)(iii), giving rise to a strong inference that the two provisions were meant to be read in tandem.  After all, standing alone, the RSM provision in (D)(iii) has no apparent effect—it is only given meaning if an RSM is an IEP meeting for which attorneys cannot recover for.  There is simply no other way to explain its presence in a subsection entitled "Prohibition of attorneys' fees and related costs for certain services."  *See* 20 U.S.C. § 1415(i)(3)(D)(iii).

15

Therefore, plaintiffs' request for RSM preparation fees is denied.[6]

**B. Time Spent on "Earlier Cases"**

In May 2013 and January 2014, plaintiffs filed and later voluntarily withdrew two administrative complaints against the District, prior to the December 2014 filing of the complaint at issue here. *See Damarcus S.*, 2016 WL 2993158, at *2 (D.D.C. May 23, 2016). As the Court previously noted, the May 2013 complaint raised "basically the same issues" as those raised here, while the January 2014 complaint sought an independent evaluation for which plaintiffs were ultimately awarded reimbursement here. *Id.* at *2, *15. The District argues that plaintiffs are not entitled to any reimbursement for work done prior to November 6, 2014, because that work related to "earlier cases" in which plaintiffs were not the prevailing party. (*See* Def.'s Opp'n Br. at 19-20.) Plaintiffs respond that these do not represent different cases at all, but instead are intertwined with the current litigation, such that full reimbursement is appropriate. (*See* Pls.' Reply Br. at 24-25.)

Although the District is correct that plaintiffs were not prevailing parties in their earlier complaints, that is not the relevant issue here. The issue is whether the work performed prior to November 6, 2014 is reasonably compensable as a result of their success in *this* litigation. *See* 20 U.S.C. § 1415 (i)(3)(b)(i). The District does not dispute the interrelatedness of the issues raised in the withdrawn complaints and those raised here, nor could it. Thus, there is no question that much of that earlier work contributed to plaintiffs' success in this litigation, and as a result, the District's argument for a full reduction fails. Nevertheless, the Court finds that plaintiffs are

---

[6] Plaintiffs note that their RSM preparation fees are block billed together with unrelated, compensable fees. (*See* Pls.' Reply Br. at 24.) This is yet another drawback of block billing. *See Role Models Am., Inc.*, 353 F.3d at 971. The Court will thus approximate the amount of time in those block entries that remain compensable and award only those fees.

16

not entitled to full reimbursement, given that the withdrawal of those complaints prolonged the overall litigation by roughly nineteen months. Despite plaintiffs' argument that "*[a]ll* of the work that went into the initial Due Process complaints was directly relevant to this litigation" (Pls.' Reply. Br. at 25), there is no question that this nineteen-month delay created much additional work, even if it was technically "relevant" to this litigation. (*See, e.g.*, Ex. A to Pls.' Mot. at 23 (charges for preparation of second complaint); *id.* at 26 (charges related to Prehearing Conference that was later rendered unnecessary by withdrawal).) To account for this self-imposed delay, which is not reasonably charged to the District, the Court will reduce plaintiffs' pre-November 6, 2014 award by 20%.

**C. Attorney Travel Time**

Plaintiffs concede that their fee request improperly bills attorney travel time at a full rate, as opposed to the proper 50% rate. (*See* Pls.' Reply Br. at 25; *see also McAllister v. Dist. of Columbia*, 21 F. Supp. 3d 94, 106 (D.D.C. 2014) ("[I]n this Circuit, travel time is compensated at half of the attorney's rate.").) Plaintiffs' award will be reduced accordingly.

**D. Unrelated Time**

The District challenges numerous charges incurred after February 17, 2016, which it argues are unrelated to the instant litigation and therefore non-compensable. (*See* Def.'s Opp'n Br. at 22-23 & Table 3.) Plaintiffs argue that these entries are clearly related, because they concern

> (a) counsel's efforts to implement the Hearing Officer's and this Court's award of compensatory education, including through communications with counsel for the District; (b) preparation for the upcoming Due Process hearing on remand ordered by this Court; (c) efforts to settle the instant litigation; or (d) the instant federal court proceedings.

17

(Pls.' Reply Br. at 27.)

Time entries that fall into the latter two categories are compensable at the rates already approved by the Court. However, the Court's determination of reasonable rates took into account only the complexity of the litigation to the point of judgment (*i.e.*, May 23, 2016), and those are not directly applicable to the former two categories. The Court is not inclined to address in piecemeal fashion the fees performed on remand and in implementing relief: the process is still ongoing, and, at this juncture, the Court cannot determine the complexity of the legal work involved.

Moreover, the invoice plainly reflects that certain entries fall outside of the four categories listed by plaintiffs, and thus, they are not compensable. It is unclear, for instance, how work related to future IEP meetings; Damarcus's current mental health and residence; "alerts;" "Department of Revenue check[s];" or Damarcus's current IEP, FBA, evaluations, or medical referrals have anything to do with this litigation. (*See* Ex. A to Pls.' Mot. at 96-118.) Again, these non-compensable entries have been block-billed with compensable entries. Therefore, as with the time plaintiffs claimed for RSMs, the Court will approximate the necessary reduction of each blocked entry.

## V. OVER-STAFFING

Finally, in one short paragraph, the District argues that plaintiffs overstaffed the case. (*See* Def.'s Opp'n Br. at 21.) It notes that five senior attorneys and three junior attorneys worked on the case over the course of the litigation, and that at times "two professionals perform[ed] the same task." (*Id.* at 21 & n.14.) However, a look at the "duplicative" entries flagged by the District reveals nothing improper. For instance, on June 11, 2014, the task that two professionals performed was communicating with one another. (*See* Ex. A to Pls.' Mot. at 34.) Of course,

18

both attorneys could properly bill for that time.  And regardless of the total number of attorneys that touched the case, the invoice reflects that a single attorney was responsible for the majority of charges at any one point in time, something the District itself acknowledges.  (*See* Def.'s Opp'n Br. at 21 n.15.)  The District's argument for a reduction on this basis is not well-taken.

## CONCLUSION

Accordingly, plaintiffs' motion for attorney's fees is **GRANTED IN PART** and **DENIED IN PART**.  A separate Order accompanies this Memorandum Opinion.

/s/   *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date:  August 30, 2016

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/09/13 | JH | Telephone communication with client | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 13.10 | Rate reduced to 85% USAO; Fee reduced by 20% (Pre-11/6/14) |
| 01/14/13 | JH | Telephone communication with client | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 13.10 | Rate reduced to 85% USAO; Fee reduced by 20% (Pre-11/6/14) |
| 01/16/13 | DCM | Review of Intake | 0.125 | 0.125 | 450.00 | 450.00 | 56.25 | 56.25 | 45.00 | Fee reduced 20% (Pre-11/6/14) |
| 01/16/13 | JH | Preparation of Intake Preparation of correspondence to client | 0.625 | 0.625 | 185.00 | 131.00 | 115.63 | 81.88 | 65.50 | Rate reduced to 85% USAO; Fee reduced by 20% (Pre-11/6/14) |
| 01/18/13 | JH | Review of file materials regarding School District records | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 13.10 | Rate reduced to 85% USAO; Fee reduced by 20% (Pre-11/6/14) |
| 01/24/13 | CEM | Telephone communication with client regarding records | 0.125 | 0.125 | 275.00 | 245.00 | 34.38 | 30.63 | 24.50 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |
| 01/31/13 | CEM | Telephone communication with D. Hodges Preparation of memorandum to file | 0.125 | 0.125 | 275.00 | 245.00 | 34.38 | 30.63 | 24.50 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |
| 02/01/13 | CEM | Telephone communication with client | 0.125 | 0.125 | 275.00 | 245.00 | 34.38 | 30.63 | 24.50 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |
| 02/06/13 | HBK | Review of correspondence from D. Hodges | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 43.00 | Fee reduced 20% (Pre-11/6/14) |
| 02/06/13 | CEM | Review of records | 0.375 | 0.375 | 275.00 | 245.00 | 103.13 | 91.88 | 73.50 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |
| 02/07/13 | HBK | Review of file materials/Interoffice communication regarding police charges and status | 0.375 | 0.375 | 430.00 | 430.00 | 161.25 | 161.25 | 129.00 | Fee reduced 20% (Pre-11/6/14) |
| 02/07/13 | CEM | Telephone communications with client Review of records Preparation of correspondence to D. Hodges | 0.625 | 0.625 | 275.00 | 245.00 | 171.88 | 153.13 | 122.50 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |
| 02/12/13 | CEM | Interoffice communication with M. Buczkowski regarding discipline | 0.125 | 0.125 | 275.00 | 245.00 | 34.38 | 30.63 | 24.50 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |
| 02/21/13 | CEM | Telephone communication with client regarding discipline issues | 0.250 | 0.250 | 275.00 | 245.00 | 68.75 | 61.25 | 49.00 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/01/13 | CEM | Telephone communication with D. Hodges regarding IEP meeting and need for evaluation Interoffice communication with H.B. Konkler-Goldsmith regarding IEP meeting | 0.250 | 0.250 | 275.00 | 245.00 | 68.75 | 61.25 | 49.00 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |
| 03/02/13 | CEM | Review of file materials Update case status Preparation of correspondence to D. Hodges regarding IEP Meeting | 0.125 | 0.125 | 275.00 | 245.00 | 34.38 | 30.63 | 24.50 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |
| 03/04/13 | CEM | Telephone communication with D. Hodges regarding IEP and evaluation | 0.125 | 0.125 | 275.00 | 245.00 | 34.38 | 30.63 | 24.50 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |
| 03/08/13 | CEM | Telephone communication with D. Hodges regarding job and services | 0.125 | 0.125 | 275.00 | 245.00 | 34.38 | 30.63 | 24.50 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |
| 03/14/13 | CEM | Preparation of File Review | 0.500 | 0.500 | 275.00 | 245.00 | 137.50 | 122.50 | 98.00 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |
| 03/15/13 | JH | Telephone communication with client | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 13.10 | Rate reduced to 85% USAO; Fee reduced by 20% (Pre-11/6/14) |
| 03/15/13 | CEM | Interoffice communication with J. Hardy regarding scheduling Initial client meeting | 0.750 | 0.750 | 275.00 | 245.00 | 206.25 | 183.75 | 147.00 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |
| 03/15/13 | HBK | Review of records Preparation for, travel to and attendance at initial client meeting | 3.625 | 3.250 | 430.00 | 430.00 | 1,558.75 | 1,397.50 | 1,118.00 | Hours reduced (travel); Fee reduced 20% (Pre-11/6/14) |
| 03/25/13 | CEM | Preparation of correspondence to client regarding representation | 0.125 | 0.125 | 275.00 | 245.00 | 34.38 | 30.63 | 24.50 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |
| 03/26/13 | HBK | Interoffice communication with C. McAndrews and M. Buczkowski regarding representation and Due Process Complaint | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 43.00 | Fee reduced 20% (Pre-11/6/14) |
| 03/26/13 | CEM | Preparation of correspondence to client regarding representation Interoffice communication with H.B. Konkler-Goldsmith and M. Buczkowski regarding same and Due Process Complaint | 0.250 | 0.250 | 275.00 | 245.00 | 68.75 | 61.25 | 49.00 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |
| 03/27/13 | MM | Preparation of File Chronology | 0.375 | 0.375 | 140.00 | 116.00 | 52.50 | 43.50 | 34.80 | Rate reduced to 75% USAO; Fee reduced by 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/03/13 | HBK | Review of file materials/Interoffice communication regarding Due Process Request | 0.250 | 0.250 | 430.00 | 430.00 | 107.50 | 107.50 | 86.00 | Fee reduced 20% (Pre-11/6/14) |
| 04/05/13 | CEM | Preparation of correspondence to counsel, M. Hobson, regarding update and Due Process Complaint Review of records Preparation of Due Process Complaint | 5.125 | 5.125 | 275.00 | 245.00 | 1,409.38 | 1,255.63 | 1,004.50 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |
| 04/08/13 | HBK | Interoffice communication with C. McAndrews regarding Due Process Complaint | 0.250 | 0.250 | 430.00 | 430.00 | 107.50 | 107.50 | 86.00 | Fee reduced 20% (Pre-11/6/14) |
| 04/08/13 | MM | Telephone communication with client | 0.125 | 0.125 | 140.00 | 116.00 | 17.50 | 14.50 | 11.60 | Rate reduced to 75% USAO; Fee reduced by 20% (Pre-11/6/14) |
| 04/08/13 | CEM | Interoffice communication with M. Buczkowski regarding representation Interoffice communication with H.B. Konkler-Goldsmith regarding Due Process Complaint | 0.375 | 0.375 | 275.00 | 245.00 | 103.13 | 91.88 | 73.50 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |
| 04/09/13 | HBK | Review of file materials/Interoffice communication regarding Due Process Request | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 43.00 | Fee reduced 20% (Pre-11/6/14) |
| 04/09/13 | MM | Review of correspondence from client | 0.125 | 0.125 | 140.00 | 116.00 | 17.50 | 14.50 | 11.60 | Rate reduced to 75% USAO; Fee reduced by 20% (Pre-11/6/14) |
| 04/09/13 | JH | Review of file materials regarding representation and Releases | 0.250 | 0.250 | 185.00 | 131.00 | 46.25 | 32.75 | 26.20 | Rate reduced to 85% USAO; Fee reduced by 20% (Pre-11/6/14) |
| 04/09/13 | CEM | Interoffice communication with H.B. Konkler-Goldsmith regarding representation and Due Process Complaint Interoffice communication with M. Buczkowski regarding meeting and representation | 0.375 | 0.375 | 275.00 | 245.00 | 103.13 | 91.88 | 73.50 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |
| 04/15/13 | CEM | Preparation of correspondence to counsel, M. Hobson regarding Due Process Complaint | 0.125 | 0.125 | 275.00 | 245.00 | 34.38 | 30.63 | 24.50 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |
| 04/22/13 | CEM | Review and revise Due Process Complaint | 0.500 | 0.500 | 275.00 | 245.00 | 137.50 | 122.50 | 98.00 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|------|----------|----------------|---------------|----------------|--------------|---------------|-------------|--------------|----------------|-------|
| 04/23/13 | CEM | Review of sample Due Process Complaint Interoffice communication with H.B. Konkler-Goldsmith regarding Due Process Complaint | 0.250 | 0.250 | 275.00 | 245.00 | 68.75 | 61.25 | 49.00 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |
| 04/25/13 | HBK | Interoffice communication with C. McAndrews regarding Due Process Complaint | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 43.00 | Fee reduced 20% (Pre-11/6/14) |
| 04/25/13 | CEM | Interoffice communication with H.B. Konkler-Goldsmith regarding Due Process Complaint format | 0.125 | 0.125 | 275.00 | 245.00 | 34.38 | 30.63 | 24.50 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |
| 04/26/13 | CEM | Interoffice communication with M. Hobson regarding Due Process Complaint | 0.125 | 0.125 | 275.00 | 245.00 | 34.38 | 30.63 | 24.50 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |
| 04/30/13 | CEM | Interoffice communication with H.B. Konkler-Goldsmith regarding Due Process Complaint | 0.250 | 0.250 | 275.00 | 245.00 | 68.75 | 61.25 | 49.00 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |
| 05/05/13 | CEM | Telephone communication with D. Hodges regarding Due Process Complaint | 0.125 | 0.125 | 275.00 | 245.00 | 34.38 | 30.63 | 24.50 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |
| 05/06/13 | HBK | Review of file materials/Interoffice communication regarding records | 0.250 | 0.250 | 430.00 | 430.00 | 107.50 | 107.50 | 86.00 | Fee reduced 20% (Pre-11/6/14) |
| 05/06/13 | CEM | Telephone communication with client regarding Due Process Complaint | 0.125 | 0.125 | 275.00 | 245.00 | 34.38 | 30.63 | 24.50 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |
| 05/07/13 | CEM | Interoffice communication with M. Buczkowski and F. Hobson regarding Due Process Complaint | 0.125 | 0.125 | 275.00 | 245.00 | 34.38 | 30.63 | 24.50 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |
| 05/08/13 | HBK | Interoffice communication with D.C. McAndrews, C. McAndrews and M. Buczkowski regarding Due Process Complaint | 0.250 | 0.250 | 430.00 | 430.00 | 107.50 | 107.50 | 86.00 | Fee reduced 20% (Pre-11/6/14) |
| 05/08/13 | CEM | Review and revise Due Process Complaint Interoffice communication with D.C. McAndrews, H.B. Konkler-Goldsmith and M. Buczkowski regarding same | 1.625 | 1.625 | 275.00 | 245.00 | 446.88 | 398.13 | 318.50 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |
| 05/09/13 | HBK | Interoffice communication with C. McAndrews regarding Due Process Complaint | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 43.00 | Fee reduced 20% (Pre-11/6/14) |
| 05/09/13 | CEM | Interoffice communications with H.B. Konkler-Goldsmith regarding Due Process Complaint Review and revise same | 1.500 | 1.500 | 275.00 | 245.00 | 412.50 | 367.50 | 294.00 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/10/13 | CEM | Interoffice communication with H.B. Konkler-Goldsmith regarding Due Process Complaint | 0.125 | 0.125 | 275.00 | 245.00 | 34.38 | 30.63 | 24.50 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |
| 05/13/13 | CEM | Interoffice communication with M. Hobson regarding Due Process Complaint Revise Due Process Complaint Telephone communication with D. Hodges regarding meeting with school Interoffice communication with H.B. Konkler-Goldsmith regarding same Interoffice communication with M. Buczkowski regarding meeting | 1.375 | 1.375 | 275.00 | 245.00 | 378.13 | 336.88 | 269.50 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |
| 05/14/13 | CEM | Interoffice communication with H.B. Konkler-Goldsmith regarding Due Process Complaint Interoffice communication with M. Hobson regarding same Preparation of Due Process Complaint Interoffice communications with M. Buczkowski regarding same and meeting Review of correspondence from D. Hodges regarding meeting | 0.875 | 0.875 | 275.00 | 245.00 | 240.63 | 214.38 | 171.50 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |
| 05/15/13 | CEM | Interoffice communication with H.B. Konkler-Goldsmith regarding meeting | 0.125 | 0.125 | 275.00 | 245.00 | 34.38 | 30.63 | 24.50 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |
| 05/16/13 | MM | Telephone communication with D. Hodges | 0.125 | 0.125 | 140.00 | 116.00 | 17.50 | 14.50 | 11.60 | Rate reduced to 75% USAO; Fee reduced by 20% (Pre-11/6/14) |
| 05/16/13 | CEM | Preparation of Due Process Complaint Review of correspondence from D. Hodges regarding meeting Preparation of correspondence to D. Hodges regarding same | 0.875 | 0.875 | 275.00 | 245.00 | 240.63 | 214.38 | 171.50 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |
| 05/17/13 | HBK | Review of file materials/Interoffice communication regarding job placement | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 43.00 | Fee reduced 20% (Pre-11/6/14) |
| 05/17/13 | CEM | Interoffice communication with H.B. Konkler-Goldsmith regarding MDT meeting | 0.125 | 0.125 | 275.00 | 245.00 | 34.38 | 30.63 | 24.50 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/20/13 | CEM | Telephone communication with D. Hodges regarding MDT meeting | 0.125 | 0.125 | 275.00 | 245.00 | 34.38 | 30.63 | 24.50 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |
| 05/21/13 | CEM | Review of correspondences from Student Hearing Office regarding Due Process Hearing Review of correspondence from counsel, M. Washington, regarding same | 0.375 | 0.375 | 275.00 | 245.00 | 103.13 | 91.88 | 73.50 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |
| 05/22/13 | HBK | Review of file materials/Interoffice communication regarding Due Process Telephone communication with counsel | 0.750 | 0.750 | 430.00 | 430.00 | 322.50 | 322.50 | 258.00 | Fee reduced 20% (Pre-11/6/14) |
| 05/22/13 | MM | Telephone communications with client | 0.250 | 0.250 | 140.00 | 116.00 | 35.00 | 29.00 | 23.20 | Rate reduced to 75% USAO; Fee reduced by 20% (Pre-11/6/14) |
| 05/22/13 | CEM | Review of correspondence from Student Hearing Office regarding scheduling Telephone communication with counsel Interoffice communication with H.B. Konkler-Goldsmith regarding Due Process Hearing and IEE Interoffice communication with M. Hobson regarding Due Process Hearing Interoffice communication with M. Buczkowski regarding same Telephone communication with client Preparation of correspondence to Hearing Officer and M. Washington | 2.250 | 2.250 | 275.00 | 245.00 | 618.75 | 551.25 | 441.00 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |
| 05/23/13 | MM | Review of correspondence from Hearing Officer Massey Telephone communication with client | 0.250 | 0.250 | 140.00 | 116.00 | 35.00 | 29.00 | 23.20 | Rate reduced to 75% USAO; Fee reduced by 20% (Pre-11/6/14) |
| 05/23/13 | JH | Review of file materials regarding Due Process | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 13.10 | Rate reduced to 85% USAO; Fee reduced by 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/23/13 | CEM | Interoffice communication with M. Hobson regarding scheduling Due Process Hearing Interoffice communication with M. Buczkowski and J. Hardy regarding same Interoffice communication with H.B. Konkler-Goldsmith regarding Due Process Hearing Preparation of correspondence to Student Hearing Office Review of correspondence from Hearing Officer Massey | 0.875 | 0.875 | 275.00 | 245.00 | 240.63 | 214.38 | 171.50 | Rate reduced to Laffey (12-13); Fee reduced by 20% (Pre-11/6/14) |
| 05/24/13 | HBK | Review of file materials/Interoffice communication regarding Due Process | 0.250 | 0.250 | 430.00 | 430.00 | 107.50 | 107.50 | 86.00 | Fee reduced 20% (Pre-11/6/14) |
| 05/28/13 | HBK | Interoffice communication with C. McAndrews regarding Resolution Session | 0.125 | 0.000 | 430.00 | 430.00 | 53.75 | 0.00 | 0.00 | Hours reduced (RSM); Fee reduced 20% (Pre-11/6/14) |
| 05/28/13 | CEM | Review of 2012 Jones ADR Agreement Review of correspondence from counsel, M. Washington, regarding Due Process Hearing Interoffice communications with H.B. Konkler-Goldsmith regarding Resolution Session, DCPS Response and records Review of DCPS Response to Due Process Complaint Review of correspondence from counsel regarding records Telephone communication with client regarding Resolution Session Preparation of correspondence to C. Ahaghotu regarding same Interoffice communication with M. Hobson regarding School District negotiations | 1.625 | 1.125 | 275.00 | 245.00 | 446.88 | 275.63 | 220.50 | Hours reduced (RSM); Rate reduced to Laffey (12-13); Fee reduced 20% (Pre-11/6/14) |
| 05/29/13 | HBK | Interoffice communication with C. McAndrews regarding Resolution Session | 0.125 | 0.000 | 430.00 | 430.00 | 53.75 | 0.00 | 0.00 | Hours reduced (RSM); Fee reduced 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/29/13 | CEM | Interoffice communication with H.B. Konkler-Goldsmith regarding Resolution Session and Records Request Telephone communication with C. Ahaghotu regarding Resolution Session Preparation of correspondence to counsel | 0.625 | 0.000 | 275.00 | 245.00 | 171.88 | 0.00 | 0.00 | Hours reduced (RSM); Rate reduced to Laffey (12-13); Fee reduced 20% (Pre-11/6/14) |
| 05/31/13 | CEM | Interoffice communication with H.B. Konkler-Goldsmith regarding Resolution Meeting Preparation of correspondence to counsel | 0.500 | 0.000 | 275.00 | 245.00 | 137.50 | 0.00 | 0.00 | Hours reduced (RSM); Rate reduced to Laffey (12-13); Fee reduced 20% (Pre-11/6/14) |
| 06/03/13 | CEM | Telephone communication with client Preparation of correspondence to C. Ahaghotu regarding Resolution Session | 0.250 | 0.000 | 275.00 | 250.00 | 68.75 | 0.00 | 0.00 | Hours reduced (RSM); Rate reduced to Laffey (13-14); Fee reduced 20% (Pre-11/6/14) |
| 06/04/13 | HBK | Review of file materials/Interoffice communication regarding resolution Review of correspondence from DCPS | 0.500 | 0.000 | 430.00 | 430.00 | 215.00 | 0.00 | 0.00 | Hours reduced (RSM); Fee reduced 20% (Pre-11/6/14) |
| 06/04/13 | CEM | Review of correspondence from C. Ahaghotu regarding Resolution Session Preparation of correspondence to C. Ahagotu regarding same Interoffice communication with H.B. Konkler-Goldsmith regarding Resolution Session Review of correspondence from D. Defino regarding same | 0.875 | 0.000 | 275.00 | 250.00 | 240.63 | 0.00 | 0.00 | Hours reduced (RSM); Rate reduced to Laffey (13-14); Fee reduced 20% (Pre-11/6/14) |
| 06/05/13 | CEM | Review of correspondence from C. Ahaghotu regarding Resolution Session Preparation of correspondence to C. Ahaghotu regarding same Interoffice communication with M. Buczkowski regarding Resolution Session Review of correspondence from counsel | 0.500 | 0.000 | 275.00 | 250.00 | 137.50 | 0.00 | 0.00 | Hours reduced (RSM); Rate reduced to Laffey (13-14); Fee reduced 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/06/13 | CEM | Interoffice communications with M. Buczkowski regarding Resolution Session Telephone communication with client regarding same | 0.500 | 0.000 | 275.00 | 250.00 | 137.50 | 0.00 | 0.00 | Hours reduced (RSM); Rate reduced to Laffey (13-14); Fee reduced 20% (Pre-11/6/14) |
| 06/06/13 | MM | Telephone communication with client | 0.125 | 0.000 | 140.00 | 116.00 | 17.50 | 0.00 | 0.00 | Hours reduced (RSM); Fee reduced 20% (Pre-11/6/14) |
| 06/07/13 | CEM | Review of case law regarding compensatory education | 0.250 | 0.250 | 275.00 | 250.00 | 68.75 | 62.50 | 50.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 06/13/13 | CEM | Interoffice communication with H.B. Konkler-Goldsmith regarding records | 0.125 | 0.125 | 275.00 | 250.00 | 34.38 | 31.25 | 25.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 06/14/13 | CEM | Preparation of correspondence to counsel, M. Washington, regarding records Review of Scheduling Order Review of file materials Update case status Telephone communication with D. Hodges regarding Resolution Session and Due Process Hearing | 0.500 | 0.250 | 275.00 | 250.00 | 137.50 | 62.50 | 50.00 | Hours reduced (RSM); Rate reduced to Laffey (13-14); Fee reduced 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/17/13 | CEM | Interoffice communications with H.B. Konkler-Goldsmith regarding records and Resolution Session<br>Review of correspondence from C. Anaghotu regarding Resolution Session<br>Telephone communications with client regarding same<br>Interoffice communication with J. Bradley and D. Beer regarding scheduling<br>Review of correspondence from Hearing Officer Massey regarding pre-hearing conference<br>Review of correspondence from counsel, M. Washington, regarding same<br>Review of correspondence from A. Terry regarding facilitated resolution<br>Preparation of correspondence to A. Terry regarding same<br>Preparation of correspondence to C. Anaghotu regarding Resolution Session<br>Preparation of correspondences to Hearing Officer regarding pre-hearing conference | 2.125 | 1.125 | 275.00 | 250.00 | 584.38 | 281.25 | 225.00 | Hours reduced (RSM); Rate reduced to Laffey (13-14); Fee reduced 20% (Pre-11/6/14) |
| 06/18/13 | CEM | Preparation of correspondences to Hearing Officer Massey regarding prehearing conference<br>Review of correspondence from Hearing Officer regarding same<br>Interoffice communications with H.B. Konkler-Goldsmith regarding records<br>Review of correspondence from counsel, M. Washington, to Hearing Officer regarding prehearing | 1.125 | 1.130 | 275.00 | 250.00 | 309.38 | 282.50 | 226.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 06/19/13 | HBK | Review of correspondence from DCPS | 0.500 | 0.000 | 430.00 | 430.00 | 215.00 | 0.00 | 0.00 | Hours reduced (RSM); Fee reduced 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|------|----------|----------------|---------------|----------------|--------------|---------------|-------------|--------------|----------------|-------|
| 06/19/13 | CEM | Interoffice communication with H.B. Konkler-Goldsmith regarding records Telephone communication with counsel, M. Washington, regarding records and Resolution Meeting | 0.250 | 0.000 | 275.00 | 250.00 | 68.75 | 0.00 | 0.00 | Hours reduced (RSM); Rate reduced to Laffey (13-14); Fee reduced 20% (Pre-11/6/14) |
| 06/20/13 | CEM | Review of correspondence from C. Ahaghotu regarding resolution session Preparation of correspondence to C. Ahaghotu regarding same Preparation of correspondence to counsel Facilitate resolution session | 0.750 | 0.000 | 275.00 | 250.00 | 206.25 | 0.00 | 0.00 | Hours reduced (RSM); Rate reduced to Laffey (13-14); Fee reduced 20% (Pre-11/6/14) |
| 06/21/13 | CEM | Review of correspondences from counsel, M. Washington, regarding records, Resolution Session and settlement Preparation of correspondences to counsel regarding same Interoffice communications with H.B. Konkler-Goldsmith regarding settlement, Due Process Hearing, pro hac vice and Five-Day Notices Interoffice communication with L. Mehalick regarding pro hac vice Research regarding same Telephone communications with client regarding settlement Preparation of Motion to Admit Pro Hac Vice | 2.500 | 2.000 | 275.00 | 250.00 | 687.50 | 500.00 | 400.00 | Hours reduced (RSM); Rate reduced to Laffey (13-14); Fee reduced 20% (Pre-11/6/14) |
| 06/22/13 | CEM | Review of correspondence from counsel, M. Washington, regarding records Interoffice communications with H.B. Konkler-Goldsmith regarding same | 0.500 | 0.500 | 275.00 | 250.00 | 137.50 | 125.00 | 100.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 06/23/13 | CEM | Telephone communication with client regarding records | 0.125 | 0.125 | 275.00 | 250.00 | 34.38 | 31.25 | 25.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 06/24/13 | HBK | Review of file materials/Interoffice communication regarding Due Process Hearing Preparation for same | 1.750 | 1.750 | 430.00 | 430.00 | 752.50 | 752.50 | 602.00 | Fee reduced 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/24/13 | CEM | Interoffice communications with H.B. Konkler-Goldsmith and D. Weidman regarding DC Bar Application and Due Process Hearing<br>Telephone communication with D. Hodges regarding settlement and Due Process Hearing<br>Telephone communications with client regarding Due Process Hearing and settlement<br>Preparation of correspondences to counsel, M. Washington, regarding records and Facilitated Resolution<br>Preparation of correspondence to C. Ahaghotu regarding Resolution Session<br>Preparation of pro hac vice Motion | 1.625 | 1.500 | 275.00 | 250.00 | 446.88 | 375.00 | 300.00 | Hours reduced (RSM); Rate reduced to Laffey (13-14); Fee reduced 20% (Pre-11/6/14) |
| 06/25/13 | HBK | Pre-Hearing Conference<br>Review of correspondence from Hearing Officer | 1.250 | 1.250 | 430.00 | 430.00 | 537.50 | 537.50 | 430.00 | Fee reduced 20% (Pre-11/6/14) |
| 06/25/13 | CEM | Travel to school to pick up records<br>Review of correspondence from Hearing Officer Massey regarding prehearing conference<br>Review of Prehearing Conference Notice<br>Review of School District records<br>Attend prehearing conference<br>Telephone communication with counsel<br>Interoffice communication with H.B. Konkler-Goldsmith regarding Due Process Hearing and pro hac vice<br>Preparation of correspondence to counsel<br>Telephone communication with client | 4.125 | 4.000 | 275.00 | 250.00 | 1,168.75 | 1,000.00 | 800.00 | Hours reduced (travel); Rate reduced to Laffey (13-14); Fee reduced 20% (Pre-11/6/14) |
| 06/26/13 | CEM | Telephone communication with client<br>Preparation of correspondence to C. Ahagotu regarding resolution session | 0.500 | 0.000 | 275.00 | 250.00 | 137.50 | 0.00 | 0.00 | Hours reduced (RSM); Rate reduced to Laffey (13-14); Fee reduced 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/28/13 | HBK | Interoffice communication with C. McAndrews regarding settlement<br>Telephone communication with counsel, M. Washington, regarding same | 0.250 | 0.250 | 430.00 | 430.00 | 107.50 | 107.50 | 86.00 | Fee reduced 20% (Pre-11/6/14) |
| 06/28/13 | CEM | Interoffice communication with H.B. Konkler-Goldsmith regarding settlement and Five-Day Notices<br>Telephone communication with counsel<br>Review of Prehearing Order<br>Preparation of correspondence to counsel<br>Preparation of correspondence to client | 1.000 | 1.000 | 275.00 | 250.00 | 275.00 | 250.00 | 200.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 06/30/13 | CEM | Preparation of correspondence to D. Hodges regarding resolution session<br>Preparation of correspondence to counsel<br>Preparation for hearing | 2.500 | 2.000 | 275.00 | 250.00 | 687.50 | 500.00 | 400.00 | Hours reduced (RSM); Rate reduced to Laffey (13-14); Fee reduced 20% (Pre-11/6/14) |
| 07/01/13 | MM | Telephone communication with client | 0.125 | 0.125 | 140.00 | 116.00 | 17.50 | 14.50 | 11.60 | Rate reduced to 75% USAO; Fee reduced by 20% (Pre-11/6/14) |
| 07/01/13 | HBK | Preparation for, travel to and attendance at Resolution Session<br>Review of correspondence from counsel<br>Review of correspondence from Hearing Officer | 6.000 | 0.250 | 430.00 | 430.00 | 2,580.00 | 107.50 | 86.00 | Hours reduced (RSM); Fee reduced 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/01/13 | CEM | Review of correspondence from D. Hodges regarding resolution session<br>Preparation of correspondence to D. Hodges regarding same<br>Review of correspondence from counsel<br>Telephone communication with client<br>Preparation of Five-Day Notices<br>Research regarding Notices to appear and expert witnesses<br>Interoffice communication with M. Buczkowski regarding Resolution Session<br>Interoffice communication with H.B. Konkler-Goldsmith regarding withdrawal, S/L Pathologist and Due Process Hearing<br>Preparation for Resolution Session<br>Preparation of correspondence to Hearing Officer Massey regarding witnesses<br>Preparation of correspondence to colleagues regarding withdrawal of Due Process Complaint<br>Review of correspondence from Hearing Officer Massey regarding witnesses<br>Review of correspondence from A. Crawford regarding Resolution Session<br>Preparation of Motion to Withdraw | 6.250 | 3.000 | 275.00 | 250.00 | 1,718.75 | 750.00 | 600.00 | Hours reduced (RSM); Rate reduced to Laffey (13-14); Fee reduced 20% (Pre-11/6/14) |
| 07/02/13 | MM | Preparation and filing of Five-Day Notices | 0.500 | 0.500 | 140.00 | 116.00 | 70.00 | 58.00 | 46.40 | Rate reduced to 75% USAO; Fee reduced by 20% (Pre-11/6/14) |
| 07/02/13 | DW | Preparation of file contents | 4.000 | 4.000 | 130.00 | 116.00 | 520.00 | 464.00 | 371.20 | Rate reduced to 75% USAO; Fee reduced by 20% (Pre-11/6/14) |
| 07/02/13 | CEM | Interoffice communication with H.B. Konkler-Goldsmith regarding withdrawal of Due Process Complaint and Five-Day Notices<br>Interoffice communication with M. Buczkowski regarding same | 1.000 | 1.000 | 275.00 | 250.00 | 275.00 | 250.00 | 200.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 07/03/13 | HBK | Review of correspondence from Hearing Officer | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 43.00 | Fee reduced 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/03/13 | CEM | Review of Order of Withdrawal Interoffice communication with H.B. Konkler-Goldsmith regarding resolution session | 0.250 | 0.130 | 275.00 | 250.00 | 68.75 | 32.50 | 26.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 07/09/13 | CEM | Telephone communication with T. Sterling regarding redacted report Research S/L evaluators Telephone communication with Scottish Rite Center for Hearing and Speech regarding evaluators Telephone communication with National Speech/Language Therapy Center regarding evaluators Preparation of correspondence to National S/L Therapy Center regarding evaluators Review of correspondence from T. Sterling regarding S/L evaluation | 0.875 | 0.875 | 275.00 | 250.00 | 240.63 | 218.75 | 175.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 07/10/13 | HBK | Interoffice communication with C. McAndrews regarding Due Process Hearing and IEE | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 43.00 | Fee reduced 20% (Pre-11/6/14) |
| 07/10/13 | CEM | Preparation of correspondence to counsel, M. Washington, regarding records Preparation of correspondence to K. Conaboy regarding S/L IEE Review of correspondences from National Speech regarding IEE Interoffice communications with H.B. Konkler-Goldsmith regarding compensatory education case law, Due Process Hearing and IEE Preparation of correspondences to National Speech regarding IEE | 1.375 | 1.375 | 275.00 | 250.00 | 378.13 | 343.75 | 275.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 07/15/13 | CEM | Review of correspondence from K. Conaboy regarding S/L IEE Interoffice communication with H.B. Konkler-Goldsmith regarding same | 0.250 | 0.250 | 275.00 | 250.00 | 68.75 | 62.50 | 50.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 07/22/13 | CEM | Telephone communication with client Preparation of correspondence to K. Conaboy regarding S/L IEE | 0.500 | 0.500 | 275.00 | 250.00 | 137.50 | 125.00 | 100.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/30/13 | CEM | Telephone communication with Conaboy & Assoicates regarding S/L IEE | 0.125 | 0.125 | 275.00 | 250.00 | 34.38 | 31.25 | 25.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 08/02/13 | CEM | Compilation and review of records for evaluator Telephone communication with client Preparation of correspondence to K. Conaboy regarding S/L IEE | 1.000 | 1.000 | 275.00 | 250.00 | 275.00 | 250.00 | 200.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 08/06/13 | HBK | Interoffice communication with C. McAndrews regarding IEE | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 43.00 | Fee reduced 20% (Pre-11/6/14) |
| 08/06/13 | CEM | Interoffice communication with H.B. Konkler-Goldsmith regarding IEE | 0.125 | 0.125 | 275.00 | 250.00 | 34.38 | 31.25 | 25.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 08/11/13 | CEM | Preparation of IEE Request | 0.625 | 0.625 | 275.00 | 250.00 | 171.88 | 156.25 | 125.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 08/12/13 | CEM | Preparation of IEE Request | 0.125 | 0.125 | 275.00 | 250.00 | 34.38 | 31.25 | 25.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 08/14/13 | HBK | Interoffice communication with C. McAndrews regarding IEE request | 0.250 | 0.250 | 430.00 | 430.00 | 107.50 | 107.50 | 86.00 | Fee reduced 20% (Pre-11/6/14) |
| 08/14/13 | DW | Preparation of records for conference call | 0.125 | 0.125 | 130.00 | 116.00 | 16.25 | 14.50 | 11.60 | Rate reduced to 75% USAO; Fee reduced by 20% (Pre-11/6/14) |
| 08/14/13 | CEM | Interoffice communication with H.B. Konkler-Goldsmith regarding IEE Request | 0.125 | 0.125 | 275.00 | 250.00 | 34.38 | 31.25 | 25.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 08/16/13 | JTN | Interoffice communication with H.B. Konkler-Goldsmith regarding IEE | 0.125 | 0.125 | 240.00 | 240.00 | 30.00 | 30.00 | 24.00 | Fee reduced 20% (Pre-11/6/14) |
| 08/16/13 | HBK | Interoffice communication with C. McAndrews regarding IEE | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 43.00 | Fee reduced 20% (Pre-11/6/14) |
| 08/16/13 | MM | Revise and file IEE request | 0.250 | 0.250 | 140.00 | 116.00 | 35.00 | 29.00 | 23.20 | Rate reduced to 75% USAO; Fee reduced by 20% (Pre-11/6/14) |
| 08/16/13 | CEM | Preparation of IEE request Interoffice communication with M. Buczkowski regarding same Preparation of correspondence to counsel Interoffice communication with H.B. Konkler-Goldsmith regarding IEE | 0.375 | 0.375 | 275.00 | 250.00 | 103.13 | 93.75 | 75.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|------|----------|----------------|---------------|----------------|--------------|---------------|-------------|--------------|----------------|-------|
| 08/26/13 | CEM | Review of correspondence from K. Conaboy regarding IEE Telephone communication with client regarding same Telephone communication with D. Hodges regarding client contact Preparation of correspondence to client regarding communication and IEE Interoffice communication with M. Buczkowski regarding client communication Preparation of correspondence to K. Conaboy regarding IEE | 0.875 | 0.875 | 275.00 | 250.00 | 240.63 | 218.75 | 175.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 09/03/13 | CEM | Review of correspondence from K. Marcus regarding IEE request Preparation of correspondence to D. Hodges regarding client communication Review of correspondence from D. Hodges regarding client contact | 0.500 | 0.500 | 275.00 | 250.00 | 137.50 | 125.00 | 100.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 09/04/13 | HBK | Interoffice communication with C. McAndrews regarding client contact and IEE request | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 43.00 | Fee reduced 20% (Pre-11/6/14) |
| 09/04/13 | CEM | Preparation of correspondence to D. Hodges regarding client contact Review of correspondence from D. Hodges regarding client contact Interoffice communication with H.B. Konkler-Goldsmith regarding client contact and IEE request | 0.375 | 0.375 | 275.00 | 250.00 | 103.13 | 93.75 | 75.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 09/05/13 | CEM | Interoffice communication with R. Paul regarding client contact information Review of correspondence from D. Hodges regarding client communication Preparation of correspondence to D. Hodges regarding same | 0.250 | 0.250 | 275.00 | 250.00 | 68.75 | 62.50 | 50.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 09/09/13 | CEM | Telephone communication with client Telephone communication with D. Hodges regarding contact with client | 0.250 | 0.250 | 275.00 | 250.00 | 68.75 | 62.50 | 50.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/12/13 | CEM | Telephone communication with D. Hodges regarding client communication | 0.125 | 0.125 | 275.00 | 250.00 | 34.38 | 31.25 | 25.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 09/13/13 | MM | Interoffice communication with C. McAndrews regarding S/L evaluation | 0.125 | 0.125 | 140.00 | 116.00 | 17.50 | 14.50 | 11.60 | Rate reduced to 75% USAO; Fee reduced by 20% (Pre-11/6/14) |
| 09/13/13 | CEM | Interoffice communication with M. Buczkowski regarding client communication, IEE Request and S/L IEE | 0.125 | 0.125 | 275.00 | 250.00 | 34.38 | 31.25 | 25.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 09/16/13 | MM | Telephone communication with client | 0.250 | 0.250 | 140.00 | 116.00 | 35.00 | 29.00 | 23.20 | Rate reduced to 75% USAO; Fee reduced by 20% (Pre-11/6/14) |
| 09/24/13 | CEM | Telephone communication with D. Hodges regarding client communication | 0.125 | 0.125 | 275.00 | 250.00 | 34.38 | 31.25 | 25.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 09/26/13 | CEM | Telephone communication with client | 0.250 | 0.250 | 275.00 | 250.00 | 68.75 | 62.50 | 50.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 10/02/13 | CEM | Interoffice communication with H.B. Konkler-Goldsmith regarding IEE request | 0.125 | 0.125 | 275.00 | 250.00 | 34.38 | 31.25 | 25.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 10/08/13 | HBK | Intraoffice communication with C. McAndrews regarding IEE | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 43.00 | Fee reduced 20% (Pre-11/6/14) |
| 10/08/13 | CEM | Preparation of correspondence to K. Marcus and M. Washington regarding IEE Review of correspondence from M. Washington regarding IEE Request Interoffice communication with H.B. Konkler-Goldsmith regarding IEE | 0.375 | 0.375 | 275.00 | 250.00 | 103.13 | 93.75 | 75.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 10/09/13 | CEM | Telephone communication with client regarding IEE Preparation of correspondence to counsel, M. Washington, regarding same Preparation of correspondences to K. Conaboy regarding S/L evaluation Review of file materials K. Conaboy regarding same | 0.625 | 0.625 | 275.00 | 250.00 | 171.88 | 156.25 | 125.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/10/13 | CEM | Interoffice communication with H.B. Konkler-Goldsmith regarding FBA<br>Telephone communications with client regarding evaluation<br>Preparation of correspondence to counsel, M. Washington, regarding same<br>Review of correspondence from counsel regarding evaluation | 0.750 | 0.750 | 275.00 | 250.00 | 206.25 | 187.50 | 150.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 10/14/13 | HBK | Intraoffice communication with C. McAndrews regarding IEE request | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 43.00 | Fee reduced 20% (Pre-11/6/14) |
| 10/14/13 | CEM | Interoffice communication with H.B. Konkler-Goldsmith regarding IEE Request | 0.125 | 0.125 | 275.00 | 250.00 | 34.38 | 31.25 | 25.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 10/23/13 | CEM | Preparation of correspondence to counsel | 0.125 | 0.125 | 275.00 | 250.00 | 34.38 | 31.25 | 25.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 10/24/13 | CEM | Telephone communication with client<br>Telephone communication with D. Hodges regarding compensatory education | 0.250 | 0.250 | 275.00 | 250.00 | 68.75 | 62.50 | 50.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 10/28/13 | CEM | Review of correspondence from Conaboy & Assoc. regarding S/L IEE<br>Preparation of correspondence to Conaboy & Assoc. regarding same<br>Interoffice communication with M. Buczkowski regarding S/L IEE | 0.250 | 0.250 | 275.00 | 250.00 | 68.75 | 62.50 | 50.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 10/30/13 | HBK | Intraoffice communication with C. McAndrews regarding IEE | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 43.00 | Fee reduced 20% (Pre-11/6/14) |
| 10/30/13 | CEM | Review of correspondence from K. Conaboy regarding IEE<br>Intraoffice communication with H.B. Konkler-Goldsmith regarding same<br>Research regarding IEE providers<br>Preparation of correspondence to Dr. Iseman regarding IEE | 0.500 | 0.500 | 275.00 | 250.00 | 137.50 | 125.00 | 100.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 11/01/13 | CEM | Telephone communication with client | 0.125 | 0.125 | 275.00 | 250.00 | 34.38 | 31.25 | 25.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/05/13 | CEM | Telephone communication with client regarding evaluation and school<br>Telephone communication with D. Hodges regarding contact with client<br>Preparation of correspondence to K. Conaboy regarding S/L evaluation | 0.375 | 0.375 | 275.00 | 250.00 | 103.13 | 93.75 | 75.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 11/08/13 | CEM | Telephone communication with client regarding IEE and behaviors<br>Preparation of correspondence to K. Marcus regarding FBA and IEE<br>Review of records regarding current school year | 0.750 | 0.750 | 275.00 | 250.00 | 206.25 | 187.50 | 150.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 11/12/13 | CEM | Telephone communications with D. Hodges regarding contact information | 0.250 | 0.250 | 275.00 | 250.00 | 68.75 | 62.50 | 50.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 11/13/13 | CEM | Intraoffice communication with H.B. Konkler-Goldsmith regarding communication with client and IEE<br>Preparation of correspondence to K. Marcus regarding IEE Request | 0.375 | 0.375 | 275.00 | 250.00 | 103.13 | 93.75 | 75.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 11/20/13 | HBK | Intraoffice communication with C. McAndrews regarding S/L IEE | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 43.00 | Fee reduced 20% (Pre-11/6/14) |
| 11/20/13 | CEM | Review of S/L IEE<br>Intraoffice communication with H.B. Konkler-Goldsmith regarding same<br>Preparation of correspondence to K. Conaboy regarding S/L IEE | 0.750 | 0.750 | 275.00 | 250.00 | 206.25 | 187.50 | 150.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 11/21/13 | CEM | Review of correspondence from K. Conaboy regarding S/L IEE | 0.125 | 0.125 | 275.00 | 250.00 | 34.38 | 31.25 | 25.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 11/25/13 | PW | Preparation of Due Process Complaint | 2.000 | 2.000 | 130.00 | 116.00 | 260.00 | 232.00 | 185.60 | Rate reduced to 75% USAO; Fee reduced by 20% (Pre-11/6/14) |
| 11/25/13 | CEM | Intraoffice communication with P. Wedderburn regarding Due Process Complaint | 0.125 | 0.125 | 275.00 | 250.00 | 34.38 | 31.25 | 25.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 12/06/13 | CEM | Telephone communication with client regarding Due Process Complaint | 0.125 | 0.125 | 275.00 | 250.00 | 34.38 | 31.25 | 25.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/16/13 | CEM | Preparation of Due Process Complaint | 0.625 | 0.625 | 275.00 | 250.00 | 171.88 | 156.25 | 125.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 01/08/14 | HBK | Intraoffice communication with C. McAndrews regarding evaluation | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 43.00 | Fee reduced 20% (Pre-11/6/14) |
| 01/08/14 | CEM | Intraoffice communication with H.B. Konkler-Goldsmith regarding private evaluation | 0.125 | 0.125 | 275.00 | 250.00 | 34.38 | 31.25 | 25.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 01/10/14 | HBK | Review of records | 0.250 | 0.250 | 430.00 | 430.00 | 107.50 | 107.50 | 86.00 | Fee reduced 20% (Pre-11/6/14) |
| 01/10/14 | CEM | Intraoffice communication with P. Wedderburn regarding evaluations | 0.125 | 0.125 | 275.00 | 250.00 | 34.38 | 31.25 | 25.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 01/11/14 | CEM | Review of evaluations Intraoffice communication with H.B. Konkler-Goldsmith regarding IEE | 0.250 | 0.250 | 275.00 | 250.00 | 68.75 | 62.50 | 50.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 01/17/14 | CEM | Telephone communication with D. Hodges regarding evaluation | 0.125 | 0.125 | 275.00 | 250.00 | 34.38 | 31.25 | 25.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 01/20/14 | HBK | Intraoffice communication with C. McAndrews regarding evaluation | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 43.00 | Fee reduced 20% (Pre-11/6/14) |
| 01/20/14 | CEM | Intraoffice communication with H.B. Konkler-Goldsmith regarding evaluation | 0.125 | 0.125 | 275.00 | 250.00 | 34.38 | 31.25 | 25.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 01/24/14 | CEM | Preparation of Due Process Complaint | 0.250 | 0.250 | 275.00 | 250.00 | 68.75 | 62.50 | 50.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 01/27/14 | CEM | Preparation of Due Process Complaint | 0.500 | 0.500 | 275.00 | 250.00 | 137.50 | 125.00 | 100.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 01/28/14 | HMH | Review and revise Due Process Complaint | 0.375 | 0.375 | 380.00 | 360.00 | 142.50 | 135.00 | 108.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 01/29/14 | CEM | Intraoffice communication with H. Hulse regarding Due Process Complaint revisions Telephone communications with client regarding Due Process Complaint, progress, IEP Meeting and FBA Preparation of Due Process Complaint | 1.375 | 1.375 | 275.00 | 250.00 | 378.13 | 343.75 | 275.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/03/14 | CEM | Telephone communication with DCPS Scheduler regarding RSM<br>Review of correspondence from SHO regarding Hearing Officer Appointment Notice<br>Review of correspondence from Hearing Officer Massey regarding Initial Order | 0.375 | 0.125 | 275.00 | 250.00 | 103.13 | 31.25 | 25.00 | Hours reduced (RSM); Rate reduced to Laffey (13-14); Fee reduced 20% (Pre-11/6/14) |
| 02/04/14 | CEM | Review of correspondence from client<br>Preparation of correspondence to client | 0.375 | 0.375 | 275.00 | 250.00 | 103.13 | 93.75 | 75.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 02/05/14 | CEM | Intraoffice communication with D. Dubose regarding scheduling resolution meeting<br>Telephone communication with T. Ingram regarding scheduling resolution meeting | 0.250 | 0.000 | 275.00 | 250.00 | 68.75 | 0.00 | 0.00 | Hours reduced (RSM); Rate reduced to Laffey (13-14); Fee reduced 20% (Pre-11/6/14) |
| 02/06/14 | CEM | Telephone communication with client<br>Telephone communication with T. Ingram regarding scheduling resolution meeting | 0.375 | 0.000 | 275.00 | 250.00 | 103.13 | 0.00 | 0.00 | Hours reduced (RSM); Rate reduced to Laffey (13-14); Fee reduced 20% (Pre-11/6/14) |
| 02/07/14 | CEM | Telephone communication with T. Ingram regarding scheduling RSM | 0.125 | 0.000 | 275.00 | 250.00 | 34.38 | 0.00 | 0.00 | Hours reduced (RSM); Rate reduced to Laffey (13-14); Fee reduced 20% (Pre-11/6/14) |
| 02/08/14 | CEM | Telephone communication with client | 0.125 | 0.000 | 275.00 | 250.00 | 34.38 | 0.00 | 0.00 | Hours reduced (RSM); Rate reduced to Laffey (13-14); Fee reduced 20% (Pre-11/6/14) |
| 02/10/14 | CEM | Telephone communications with client regarding IEP Meeting, behavior, RSM and discipline<br>Intraoffice communication with H.B. Konkler-Goldsmith regarding IEP Meeting<br>Review of correspondence from T. Ingram regarding RSM<br>Preparation of correspondence to T. Ingram regarding same | 0.500 | 0.130 | 275.00 | 250.00 | 137.50 | 32.50 | 26.00 | Hours reduced (RSM); Rate reduced to Laffey (13-14); Fee reduced 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/12/14 | CEM | Review of DCPS Response to Due Process Complaint Review of text messages from teacher to parent regarding behavior | 0.250 | 0.250 | 275.00 | 250.00 | 68.75 | 62.50 | 50.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 02/13/14 | CEM | Preparation of correspondence to T. Ingram regarding RSM Telephone communication with client regarding same | 0.250 | 0.000 | 275.00 | 250.00 | 68.75 | 0.00 | 0.00 | Hours reduced (RSM); Rate reduced to Laffey (13-14); Fee reduced 20% (Pre-11/6/14) |
| 02/14/14 | CEM | Review of correspondence from client regarding RSM Telephone communication with client regarding same Preparation of correspondence to client regarding RSM | 0.375 | 0.000 | 275.00 | 250.00 | 103.13 | 0.00 | 0.00 | Hours reduced (RSM); Rate reduced to Laffey (13-14); Fee reduced 20% (Pre-11/6/14) |
| 02/18/14 | DD | Telephone communication with client regarding Resolution Meeting | 0.125 | 0.000 | 145.00 | 116.00 | 18.13 | 0.00 | 0.00 | Hours reduced (RSM); Fee reduced 20% (Pre-11/6/14) |
| 02/18/14 | CEM | Intraoffice communication with D. Dubose regarding RSM Telephone communication with D. Hodges regarding Due Process Complaint and discipline | 0.250 | 0.130 | 275.00 | 250.00 | 68.75 | 32.50 | 26.00 | Hours reduced (RSM); Rate reduced to Laffey (13-14); Fee reduced 20% (Pre-11/6/14) |
| 02/19/14 | DD | Telephone communication with client Preparation of correspondence to client | 0.125 | 0.000 | 145.00 | 116.00 | 18.13 | 0.00 | 0.00 | Hours reduced (RSM); Fee reduced 20% (Pre-11/6/14) |
| 02/19/14 | CEM | Intraoffice communication with D. Dubose regarding scheduling resolution meeting Review of correspondence from T. Ingram regarding scheduling Due Process Hearing Preparation of correspondence to T. Ingram regarding same | 0.375 | 0.125 | 275.00 | 250.00 | 103.13 | 31.25 | 25.00 | Hours reduced (RSM); Rate reduced to Laffey (13-14); Fee reduced 20% (Pre-11/6/14) |
| 02/20/14 | DD | Telephone communications with client regarding Resolution Meeting | 0.250 | 0.000 | 145.00 | 116.00 | 36.25 | 0.00 | 0.00 | Hours reduced (RSM); Fee reduced 20% (Pre-11/6/14) |
| 02/20/14 | CEM | Intraoffice communication with D. Dubose regarding RSM Telephone communication with client regarding same and IEP Meeting Preparation of correspondence to T. Ingram regarding RSM | 0.375 | 0.000 | 275.00 | 250.00 | 103.13 | 0.00 | 0.00 | Hours reduced (RSM); Rate reduced to Laffey (13-14); Fee reduced 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/21/14 | CEM | Intraoffice communication with H.B. Konkler-Goldsmith regarding RSM and IEP | 0.125 | 0.000 | 275.00 | 250.00 | 34.38 | 0.00 | 0.00 | Hours reduced (RSM); Rate reduced to Laffey (13-14); Fee reduced 20% (Pre-11/6/14) |
| 02/26/14 | DD | Telephone communication with DCPS resolution scheduler to confirm 2/27 session | 0.125 | 0.000 | 145.00 | 116.00 | 18.13 | 0.00 | 0.00 | Hours reduced (RSM); Fee reduced 20% (Pre-11/6/14) |
| 02/26/14 | CEM | Intraoffice communication with D. Dubose regarding resolution meeting Telephone communication with client | 0.250 | 0.000 | 275.00 | 250.00 | 68.75 | 0.00 | 0.00 | Hours reduced (RSM); Rate reduced to Laffey (13-14); Fee reduced 20% (Pre-11/6/14) |
| 02/27/14 | CEM | Telephone communication with M. Smith regarding RSM Telephone communication with client Travel to and attendance at RSM | 2.375 | 0.000 | 275.00 | 250.00 | 653.13 | 0.00 | 0.00 | Hours reduced (RSM); Rate reduced to Laffey (13-14); Fee reduced 20% (Pre-11/6/14) |
| 02/28/14 | CEM | Review of correspondence from Hearing Officer Massey regarding Prehearing Conference Review of correspondence from counsel Preparation of correspondence to Hearing Officer Massey regarding Prehearing Conference Intraoffice communication with H.B. Konkler-Goldsmith regarding attorneys fees | 0.625 | 0.625 | 275.00 | 250.00 | 171.88 | 156.25 | 125.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 03/01/14 | CEM | Preparation of correspondence to M. Smith regarding request for FBA and increase in IEE rate | 0.500 | 0.500 | 275.00 | 250.00 | 137.50 | 125.00 | 100.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 03/05/14 | CEM | Review of correspondence from DCPS regarding RSM | 0.125 | 0.000 | 275.00 | 250.00 | 34.38 | 0.00 | 0.00 | Hours reduced (RSM); Rate reduced to Laffey (13-14); Fee reduced 20% (Pre-11/6/14) |
| 03/06/14 | CEM | Review of correspondences from Hearing Officer Massey regarding Prehearing Conference Review of correspondence from counsel, L. Smalls, regarding same Preparation of correspondence to Hearing Officer regarding Prehearing Conference | 0.500 | 0.500 | 275.00 | 250.00 | 137.50 | 125.00 | 100.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/07/14 | CEM | Review of correspondence from counsel, L. Smalls, regarding Prehearing Conference Review of correspondence from Hearing Officer Massey regarding same | 0.250 | 0.250 | 275.00 | 250.00 | 68.75 | 62.50 | 50.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 03/11/14 | CEM | Review of correspondence from Hearing Officer regarding Prehearing Conference Notice Preparation of correspondence regarding Prehearing Conference Order | 0.375 | 0.375 | 275.00 | 250.00 | 103.13 | 93.75 | 75.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 03/12/14 | CEM | Prehearing Conference Preparation of correspondence to counsel Preparation of correspondence to Hearing Officer Massey and L. Smalls regarding witnesses Review of correspondence from counsel | 0.500 | 0.500 | 275.00 | 250.00 | 137.50 | 125.00 | 100.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 03/13/14 | CEM | Preparation of correspondence to colleagues regarding IEE rates | 0.250 | 0.250 | 275.00 | 250.00 | 68.75 | 62.50 | 50.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 03/14/14 | CEM | Review of Prehearing Conference Order Review of correspondences from Hearing Officer Massey regarding same Preparation of Motion for Summary Judgment Review of correspondences from counsel, L. Smalls, regarding evaluations and Prehearing Conference Order Preparation of correspondences to Hearing Officer regarding Prehearing Conference Order Research regarding DC IEE providers Intraoffice communication with D. Dubose regarding redacted reports Intraoffice communication with H.B. Konkler-Goldsmith regarding evaluation, Due Process Hearing and withdrawal of Due Process Complaint | 2.125 | 2.130 | 275.00 | 250.00 | 584.38 | 532.50 | 426.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/18/14 | CEM | Review of correspondence from Hearing Officer Massey regarding Prehearing Order Telephone communication with counsel, L. Smalls, regarding withdrawal Telephone communication with client regarding same Preparation of correspondence to client regarding evaluations and withdrawal Preparation of correspondence to Dr. Levisohn regarding IEE | 0.750 | 0.750 | 275.00 | 250.00 | 206.25 | 187.50 | 150.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 03/19/14 | CEM | Telephone communication with client regarding withdrawal Review of correspondence from Dr. Levisohn regarding evaluation Telephone communication with Dr. Levisohn regarding same Preparation of Motion to Withdraw Intraoffice communication with H.B. Konkler-Goldsmith regarding same | 0.625 | 0.625 | 275.00 | 250.00 | 171.88 | 156.25 | 125.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 03/21/14 | HBK | Review of file materials/Intraoffice communication regarding suspension | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 43.00 | Fee reduced 20% (Pre-11/6/14) |
| 03/21/14 | CEM | Telephone communication with client Intraoffice communication with H.B. Konkler-Goldsmith regarding suspension | 0.250 | 0.250 | 275.00 | 250.00 | 68.75 | 62.50 | 50.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 03/24/14 | HBK | Review of file materials/Intraoffice communication regarding Motion to Dismiss | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 43.00 | Fee reduced 20% (Pre-11/6/14) |
| 03/24/14 | CEM | Telephone communications with counsel, L. Smalls, regarding behavior and Due Process Hearing Preparation of correspondence to counsel regarding same Intraoffice communication with H.B. Konkler-Goldsmith regarding Motion to Withdraw Preparation of same | 0.625 | 0.625 | 275.00 | 250.00 | 171.88 | 156.25 | 125.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/25/14 | HBK | Review of file materials/Intraoffice communication regarding Permission to Evaluate | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 43.00 | Fee reduced 20% (Pre-11/6/14) |
| 03/25/14 | DD | Submission of Motion | 0.125 | 0.125 | 145.00 | 116.00 | 18.13 | 14.50 | 11.60 | Rate reduced to 75% USAO; Fee reduced by 20% (Pre-11/6/14) |
| 03/25/14 | CEM | Review of correspondence from client regarding communication Preparation of correspondence to client regarding same Telephone communications with client regarding suspension Intraoffice communication with H.B. Konkler-Goldsmith regarding Permission to Evaluate Review of Order | 1.000 | 1.000 | 275.00 | 250.00 | 275.00 | 250.00 | 200.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 03/26/14 | CEM | Review of correspondence from counsel, L. Smalls, regarding FBA Intraoffice communication with H.B. Konkler-Goldsmith regarding Permission to Evaluate Telephone communication with client regarding suspension | 0.375 | 0.375 | 275.00 | 250.00 | 103.13 | 93.75 | 75.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 03/27/14 | CEM | Review of correspondence from counsel, L. Smalls, regarding suspension Telephone communication with client regarding same Preparation of correspondence to client regarding Consent to Evaluate | 0.500 | 0.500 | 275.00 | 250.00 | 137.50 | 125.00 | 100.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 03/28/14 | HBK | Review of file materials/Intraoffice communication regarding suspensions | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 43.00 | Fee reduced 20% (Pre-11/6/14) |
| 03/28/14 | CEM | Intraoffice communication with H.B. Konkler-Goldsmith regarding suspensions | 0.125 | 0.125 | 275.00 | 250.00 | 34.38 | 31.25 | 25.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 04/07/14 | CEM | Telephone communication with Dr. Levisohn regarding IEE Preparation of correspondence to Dr. Levisohn regarding same | 0.250 | 0.250 | 275.00 | 250.00 | 68.75 | 62.50 | 50.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/08/14 | CEM | Review of correspondence from Dr. Levisohn regarding IEE Review of correspondence from client regarding behavior Telephone communication with client Telephone communication with Dr. Levisohn regarding IEE Preparation of correspondence to counsel | 0.875 | 0.875 | 275.00 | 250.00 | 240.63 | 218.75 | 175.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 04/09/14 | HBK | Intraoffice communication with C. McAndrews regarding behavior | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 43.00 | Fee reduced 20% (Pre-11/6/14) |
| 04/09/14 | CEM | Intraoffice communication with H.B. Konkler-Goldsmith regarding behavior | 0.125 | 0.125 | 275.00 | 250.00 | 34.38 | 31.25 | 25.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 04/10/14 | CEM | Review of correspondences from counsel, L. Smalls, regarding IEE and behavior incidents | 0.250 | 0.250 | 275.00 | 250.00 | 68.75 | 62.50 | 50.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 04/11/14 | CEM | Review of discipline referral forms Telephone communication with L. Levisohn regarding evaluation Telephone communication with client | 0.750 | 0.750 | 275.00 | 250.00 | 206.25 | 187.50 | 150.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 04/15/14 | JTN | Review of correspondence to School District regarding behavioral issues | 0.250 | 0.250 | 240.00 | 240.00 | 60.00 | 60.00 | 48.00 | Fee reduced 20% (Pre-11/6/14) |
| 04/15/14 | CEM | Preparation of correspondence to Dr. Levisohn regarding IEE Intraoffice communication with H.B. Konkler-Goldsmith regarding payment for same Preparation of correspondences to counsel, L. Smalls, regarding behavior | 1.375 | 1.375 | 275.00 | 250.00 | 378.13 | 343.75 | 275.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 04/20/14 | CEM | Research regarding behavior assessment and intervention | 0.250 | 0.250 | 275.00 | 250.00 | 68.75 | 62.50 | 50.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 04/21/14 | CEM | Research regarding behavior assessment and intervention | 0.125 | 0.125 | 275.00 | 250.00 | 34.38 | 31.25 | 25.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 04/23/14 | HBK | Review of file materials/Intraoffice communication regarding evaluation | 0.250 | 0.250 | 430.00 | 430.00 | 107.50 | 107.50 | 86.00 | Fee reduced 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/23/14 | CEM | Review of correspondences from L. Levisohn regarding evaluation Preparation of correspondence to L. Levisohn regarding same | 0.250 | 0.250 | 275.00 | 250.00 | 68.75 | 62.50 | 50.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 04/24/14 | CEM | Review of correspondence from L. Levisohn regarding IEE Review of correspondence from D. Topolosky regarding IEE Preparation of correspondence to L. Levisohn and D. Topolosky regarding IEE | 0.375 | 0.375 | 275.00 | 250.00 | 103.13 | 93.75 | 75.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 04/28/14 | CEM | Review of correspondence from A. McLaughlin regarding observation Preparation of correspondence to A. McLaughlin regarding same Telephone communication with Dr. Topolosky regarding psychoeducational testing Preparation of correspondence to Dr. Topolosky regarding same Preparation of correspondence to Dr. Levisohn and Dr. Topolosky regarding IEE Intraoffice communication with D. Dubose regarding IEE records | 1.000 | 1.000 | 275.00 | 250.00 | 275.00 | 250.00 | 200.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 04/29/14 | HBK | Intraoffice communication with C. McAndrews regarding IEE and behavior incidents | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 43.00 | Fee reduced 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|------|----------|----------------|---------------|----------------|--------------|---------------|-------------|--------------|----------------|-------|
| 04/29/14 | CEM | Review of correspondence from A. McLaughlin regarding observation Preparation of correspondence to A. McLaughlin regarding same Review of correspondence from D. Topolosky and Dr. Levisohn regarding IEE and rate Preparation of correspondence to D. Topolosky and Dr. Levisohn regarding same Preparation of correspondence to D. Topolosky regarding IEE Authorization Intraoffice communication with H.B. Konkler-Goldsmith regarding IEE and behavior incidents Review of correspondences from Dr. Levisohn regarding student information and rate Preparation of correspondence to Dr. Levisohn regarding same | 1.125 | 1.125 | 275.00 | 250.00 | 309.38 | 281.25 | 225.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 05/01/14 | DD | Preparation of file materials for Evaluator review | 0.500 | 0.500 | 145.00 | 116.00 | 72.50 | 58.00 | 46.40 | Rate reduced to 75% USAO; Fee reduced by 20% (Pre-11/6/14) |
| 05/06/14 | DD | Preparation of file materials and correspondence to Evaluators | 1.000 | 1.000 | 145.00 | 116.00 | 145.00 | 116.00 | 92.80 | Rate reduced to 75% USAO; Fee reduced by 20% (Pre-11/6/14) |
| 05/06/14 | CEM | Telephone communication with A. McLaughlin regarding observation | 0.125 | 0.125 | 275.00 | 250.00 | 34.38 | 31.25 | 25.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 05/07/14 | HBK | Intraoffice communication with C. McAndrews regarding rate approval | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 43.00 | Fee reduced 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/07/14 | CEM | Telephone communication with A. McLaughlin regarding observation Intraoffice communication with H.B. Konkler-Goldsmith regarding rate approval Review of correspondence from D. Topolosky and L. Levisohn regarding IEE Preparation of correspondence to D. Topolosky and L. Levisohn regarding same Review of correspondence from A. McLaughlin regarding School District contact | 0.625 | 0.625 | 275.00 | 250.00 | 171.88 | 156.25 | 125.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 05/08/14 | CEM | Preparation of correspondence to A. McLaughlin regarding observation | 0.125 | 0.125 | 275.00 | 250.00 | 34.38 | 31.25 | 25.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 05/12/14 | CEM | Intraoffice communication with H.B. Konkler-Goldsmith regarding IEE rate | 0.125 | 0.125 | 275.00 | 250.00 | 34.38 | 31.25 | 25.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 05/15/14 | DD | Telephone communication with client | 0.125 | 0.125 | 145.00 | 116.00 | 18.13 | 14.50 | 11.60 | Rate reduced to 75% USAO; Fee reduced by 20% (Pre-11/6/14) |
| 05/15/14 | CEM | Telephone communication with client regarding cause of action, evaluations and behavior | 0.375 | 0.375 | 275.00 | 250.00 | 103.13 | 93.75 | 75.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 05/23/14 | CEM | Telephone communications with client regarding testing and transportation | 0.500 | 0.500 | 275.00 | 250.00 | 137.50 | 125.00 | 100.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 05/27/14 | CEM | Telephone communications with client regarding transportation to IEE | 0.875 | 0.875 | 275.00 | 250.00 | 240.63 | 218.75 | 175.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 05/28/14 | CEM | Telephone communication with client regarding IEE | 0.125 | 0.125 | 275.00 | 250.00 | 34.38 | 31.25 | 25.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 05/29/14 | HBK | Review of file materials/Intraoffice communication regarding evaluation | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 43.00 | Fee reduced 20% (Pre-11/6/14) |
| 05/29/14 | DCM | Review of file materials/Intraoffice communication regarding evaluation issues | 0.125 | 0.125 | 450.00 | 450.00 | 56.25 | 56.25 | 45.00 | Fee reduced 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/29/14 | CEM | Telephone communications with client regarding transportation Intraoffice communication with H.B. Konkler-Goldsmith and D.C. McAndrews regarding same | 0.375 | 0.375 | 275.00 | 250.00 | 103.13 | 93.75 | 75.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 05/30/14 | CEM | Research regarding transportation Preparation of correspondence to client regarding same | 0.750 | 0.750 | 275.00 | 250.00 | 206.25 | 187.50 | 150.00 | Rate reduced to Laffey (13-14); Fee reduced by 20% (Pre-11/6/14) |
| 06/02/14 | CEM | Review of correspondence from client Investigate transportation Telephone communication with client Preparation of correspondence to client Telephone communication with UPS regarding lost package | 1.250 | 1.250 | 275.00 | 255.00 | 343.75 | 318.75 | 255.00 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 06/03/14 | CEM | Preparation for, travel to and attendance at client meeting regarding transportation Telephone communications with A. McLaughlin regarding observation Preparation of correspondence to A. McLaughlin regarding same | 1.375 | 0.875 | 275.00 | 255.00 | 378.13 | 223.13 | 178.50 | Hours reduced (travel); Rate reduced to Laffey (14-15); Fee reduced 20% (Pre-11/6/14) |
| 06/09/14 | CEM | Intraoffice communication with F. Abdul regarding IEE forms | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 25.50 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 06/10/14 | CEM | Telephone communication with client regarding placement | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 25.50 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 06/11/14 | HBK | Intraoffice communication with C. McAndrews regarding placement | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 43.00 | Fee reduced 20% (Pre-11/6/14) |
| 06/11/14 | CEM | Intraoffice communication with H.B. Konkler-Goldsmith regarding placement | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 25.50 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 06/16/14 | CEM | Review of correspondence from A. McLaughlin regarding observation Preparation of correspondence to A. McLaughlin | 0.250 | 0.250 | 275.00 | 255.00 | 68.75 | 63.75 | 51.00 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 06/17/14 | FA | Correspondence with client regarding Dr. Levisohn evaluation forms | 0.375 | 0.375 | 145.00 | 116.00 | 54.38 | 43.50 | 34.80 | Rate reduced to 75% USAO; Fee reduced by 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/17/14 | CEM | Intraoffice communication with F. Abdul regarding UPS delivery Review of correspondences from client regarding ESY, observation and summer transportation Preparation of correspondences to client regarding same Review of correspondences from A. McLaughlin regarding observation Preparation of correspondences to A. McLaughlin regarding same Intraoffice communication with H.B. Konkler-Goldsmith regarding IEE | 1.375 | 1.375 | 275.00 | 255.00 | 378.13 | 350.63 | 280.50 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 06/18/14 | CEM | Telephone communications with client regarding IEE transportation | 0.250 | 0.250 | 275.00 | 255.00 | 68.75 | 63.75 | 51.00 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 06/19/14 | CEM | Arrange transportation Telephone communication with client Telephone communication with Taxi company regarding transportation Preparation of correspondence to client | 1.625 | 1.625 | 275.00 | 255.00 | 446.88 | 414.38 | 331.50 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 06/25/14 | CEM | Intraoffice communication with H.B. Konkler-Goldsmith regarding IEE and observation Preparation of correspondence to A. McLaughlin regarding observation | 0.250 | 0.250 | 275.00 | 255.00 | 68.75 | 63.75 | 51.00 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 07/01/14 | CEM | Review of correspondence from A. McLaughlin regarding observation Intraoffice communication with F. Abdul regarding observation | 0.250 | 0.250 | 275.00 | 255.00 | 68.75 | 63.75 | 51.00 | Rates reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 07/02/14 | FA | Telephone communication with client | 0.125 | 0.125 | 145.00 | 116.00 | 18.13 | 14.50 | 11.60 | Rate reduced to 75% USAO; Fee reduced by 20% (Pre-11/6/14) |
| 07/02/14 | CEM | Intraoffice communication with F. Abdul regarding ESY schedule | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 25.50 | Rates reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 07/03/14 | FA | Telephone communication with client | 0.125 | 0.125 | 145.00 | 116.00 | 18.13 | 14.50 | 11.60 | Rate reduced to 75% USAO; Fee reduced by 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/03/14 | CEM | Intraoffice communication with F. Abdul regarding ESY observation Correspondence with A. McLaughlin regarding same Review of correspondence from A. McLaughlin regarding observation | 0.250 | 0.250 | 275.00 | 255.00 | 68.75 | 63.75 | 51.00 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 07/08/14 | CEM | Telephone communication with client regarding placement and ESY | 0.250 | 0.250 | 275.00 | 255.00 | 68.75 | 63.75 | 51.00 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 07/09/14 | CEM | Review of correspondence from A. McLaughlin regarding ESY observation Telephone communication with client Preparation of correspondence to client | 0.375 | 0.375 | 275.00 | 255.00 | 103.13 | 95.63 | 76.50 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 07/10/14 | CEM | Review of correspondence from client Preparation of correspondence to client | 0.375 | 0.375 | 275.00 | 255.00 | 103.13 | 95.63 | 76.50 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 07/11/14 | HBK | Intraoffice communication with C. McAndrews regarding services | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 43.00 | Fee reduced 20% (Pre-11/6/14) |
| 07/11/14 | CEM | Review of correspondence from client regarding ESY Preparation of correspondence to A. McLaughlin regarding ESY observation Intraoffice communication with H.B. Konkler-Goldsmith regarding services | 0.500 | 0.500 | 275.00 | 255.00 | 137.50 | 127.50 | 102.00 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 07/15/14 | CEM | Review of correspondence from client regarding new contact information | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 25.50 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 07/16/14 | CEM | Review of correspondence from A. McLaughlin regarding observation Preparation of correspondence to A. McLaughlin regarding same | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 25.50 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 07/17/14 | CEM | Intraoffice communication with F. Abdul regarding UPS | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 25.50 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 07/18/14 | FA | Preparation of file materials | 0.125 | 0.125 | 145.00 | 116.00 | 18.13 | 14.50 | 11.60 | Rate reduced to 75% USAO; Fee reduced by 20% (Pre-11/6/14) |
| 07/21/14 | CEM | Review of correspondence from client regarding new contact information Preparation of correspondence to client regarding same | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 25.50 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/23/14 | HBK | Intraoffice communication with C. McAndrews regarding IEEs | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 43.00 | Fee reduced 20% (Pre-11/6/14) |
| 07/24/14 | CEM | Intraoffice communication with H.B. Konkler-Goldsmith regarding IEEs | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 25.50 | Rates reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 07/31/14 | CEM | Telephone communication with client regarding placement | 0.250 | 0.250 | 275.00 | 255.00 | 68.75 | 63.75 | 51.00 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 08/01/14 | CEM | Intraoffice communication with H.B. Konkler-Goldsmith regarding residency | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 25.50 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 08/05/14 | CEM | Preparation of correspondence to L. Levisohn regarding evaluation | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 25.50 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 08/06/14 | CEM | Review of correspondence from Dr. Levisohn regarding IEE Preparation of correspondence to Dr. Levisohn regarding same Preparation of correspondence to A. McLaughlin regarding observation Intraoffice communication with H.B. Konkler-Goldsmith regarding enrollment | 0.500 | 0.500 | 275.00 | 255.00 | 137.50 | 127.50 | 102.00 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 08/07/14 | CEM | Review of correspondence from A. McLaughlin regarding IEE | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 25.50 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 08/08/14 | CEM | Preparation of correspondence to A. McLaughlin regarding IEE Intraoffice communication with H.B. Konkler-Goldsmith regarding enrollment | 0.250 | 0.250 | 275.00 | 255.00 | 68.75 | 63.75 | 51.00 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 08/26/14 | HBK | Intraoffice communication with C. McAndrews regarding IEE | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 43.00 | Fee reduced 20% (Pre-11/6/14) |
| 08/26/14 | CEM | Review of IEE Report Intraoffice communication with H.B. Konkler-Goldsmith regarding IEE | 0.250 | 0.250 | 275.00 | 255.00 | 68.75 | 63.75 | 51.00 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/27/14 | CEM | Telephone communication with Dr. Levisohn regarding IEE Preparation of correspondences to client regarding enrollment and transportation Review of correspondence from client regarding same Review of correspondence from Dr. Levisohn regarding IEE Preparation of correspondence to Dr. Levisohn regarding same Preparation of correspondence to A. McLaughlin regarding observation | 0.750 | 0.750 | 275.00 | 255.00 | 206.25 | 191.25 | 153.00 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 08/28/14 | HBK | Intraoffice communication with C. McAndrews regarding Due Process Complaint | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 43.00 | Fee reduced 20% (Pre-11/6/14) |
| 08/28/14 | CEM | Review of correspondence from A. McLaughlin regarding observation Review of correspondence from client Intraoffice communication with H.B. Konkler-Goldsmith regarding Due Process Complaint Telephone communication with client Preparation of correspondence to client | 1.875 | 1.875 | 275.00 | 255.00 | 515.63 | 478.13 | 382.50 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 08/29/14 | CEM | Review of correspondence from A. McLaughlin regarding observation Preparation of correspondence to A. McLaughlin regarding same Review of correspondence from client | 0.500 | 0.500 | 275.00 | 255.00 | 137.50 | 127.50 | 102.00 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 09/02/14 | CEM | Telephone communication with client regarding transportation Preparation of correspondence to client regarding same | 0.375 | 0.375 | 275.00 | 255.00 | 103.13 | 95.63 | 76.50 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 09/04/14 | CEM | Review of correspondence from A. McLaughlin regarding observation Telephone communication with A. McLaughlin regarding same Preparation of correspondence to A. McLaughlin regarding observation | 0.875 | 0.875 | 275.00 | 255.00 | 240.63 | 223.13 | 178.50 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/08/14 | CEM | Review of correspondences from A. McLaughlin regarding behavior and observation Research regarding observation policy Preparation of correspondence to A. McLaughlin regarding same Review of correspondences from client regarding IEP Meeting and transportation Preparation of correspondence to client regarding IEP Meeting | 1.000 | 1.000 | 275.00 | 255.00 | 275.00 | 255.00 | 204.00 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 09/09/14 | FA | Telephone communication with client regarding Releases | 0.125 | 0.125 | 145.00 | 116.00 | 18.13 | 14.50 | 11.60 | Rate reduced to 75% USAO; Fee reduced by 20% (Pre-11/6/14) |
| 09/10/14 | FA | Telephone communication with client regarding Records Release Preparation of correspondence to client regarding same | 0.375 | 0.375 | 145.00 | 116.00 | 54.38 | 43.50 | 34.80 | Rate reduced to 75% USAO; Fee reduced by 20% (Pre-11/6/14) |
| 09/16/14 | CEM | Telephone communication with A. McLaughlin regarding observation | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 25.50 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 09/19/14 | CEM | Review of file materials/Intraoffice communication with F. Abdul regarding Releases | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 25.50 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 09/22/14 | FA | Preparation of file materials regarding Release | 0.125 | 0.125 | 145.00 | 116.00 | 18.13 | 14.50 | 11.60 | Rate reduced to 75% USAO; Fee reduced by 20% (Pre-11/6/14) |
| 09/24/14 | CEM | Telephone communication with client regarding 30 Day Review | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 25.50 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 09/24/14 | CEM | Telephone communication with client regarding 30 Day Review | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 25.50 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 09/25/14 | CEM | Telephone communication with DCPS Special Education Compliance Office regarding observation Preparation of correspondence to A. McLaughlin regarding observation | 0.375 | 0.375 | 275.00 | 255.00 | 103.13 | 95.63 | 76.50 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/28/14 | CEM | Review of correspondence from A. McLaughlin regarding observation Preparation of correspondence to A. McLaughlin regarding same Intraoffice communication with H.B. Konkler-Goldsmith regarding observation | 0.250 | 0.250 | 275.00 | 255.00 | 68.75 | 63.75 | 51.00 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 10/01/14 | HBK | Intraoffice communication with C. McAndrews regarding observation | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 43.00 | Fee reduced 20% (Pre-11/6/14) |
| 10/01/14 | CEM | Review of correspondence from client Telephone communication with client Review of correspondence from A. McLaughlin regarding observation Preparation of correspondence to A. McLaughlin regarding same Intraoffice communication with H.B. Konkler-Goldsmith regarding same | 1.000 | 1.000 | 275.00 | 255.00 | 275.00 | 255.00 | 204.00 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 10/07/14 | CEM | Review of correspondence from L. Levisohn regarding IEE | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 25.50 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 10/08/14 | CEM | Intraoffice communication with H.B. Konkler-Goldsmith regarding Due Process Complaint Preparation of correspondence to L. Levisohn regarding IEE | 0.250 | 0.250 | 275.00 | 255.00 | 68.75 | 63.75 | 51.00 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 10/09/14 | CEM | Review of correspondence from L. Levisohn regarding IEE | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 25.50 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 10/15/14 | CEM | Review of correspondence from L. Levisohn regarding IEE Intraoffice communication with F. Abdul regarding same | 0.375 | 0.375 | 275.00 | 255.00 | 103.13 | 95.63 | 76.50 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 10/17/14 | CEM | Intraoffice communication with F. Abdul regarding IEE | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 25.50 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 10/21/14 | CEM | Intraoffice communication with E. Gilmore regarding IEE | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 25.50 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 10/27/14 | FA | Preparation of records | 0.125 | 0.125 | 145.00 | 116.00 | 18.13 | 14.50 | 11.60 | Rate reduced to 75% USAO; Fee reduced by 20% (Pre-11/6/14) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/27/14 | CEM | Review of correspondences from D. Topolosky regarding IEE Intraoffice communication with F. Abdul regarding same Preparation of correspondence to D. Topolosky regarding IEE | 0.375 | 0.375 | 275.00 | 255.00 | 103.13 | 95.63 | 76.50 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 11/03/14 | CEM | Telephone communication with client | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 25.50 | Rate reduced to Laffey (14-15); Fee reduced by 20% (Pre-11/6/14) |
| 11/06/14 | MC | Intraoffice communication with C. McAndrews regarding IEE | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 11/06/14 | CEM | Intraoffice communication with M. Clarke regarding communication with client | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 31.88 | Rate reduced to Laffey (14-15) |
| 11/14/14 | CEM | Review of file materials regarding Due Process Complaint | 3.125 | 3.125 | 275.00 | 255.00 | 859.38 | 796.88 | 796.88 | Rate reduced to Laffey (14-15) |
| 11/17/14 | CEM | Telephone communication with client Preparation of Due Process Complaint Intraoffice communication with H.B. Konkler-Goldsmith regarding Due Process Complaint | 2.625 | 2.625 | 275.00 | 255.00 | 721.88 | 669.38 | 669.38 | Rate reduced to Laffey (14-15) |
| 11/18/14 | CEM | Preparation of Due Process Complaint Intraoffice communication with H.B. Konkler-Goldsmith regarding same Review of correspondence from client regarding IEP Preparation of correspondence to client regarding same | 0.875 | 0.875 | 275.00 | 255.00 | 240.63 | 223.13 | 223.13 | Rate reduced to Laffey (14-15) |
| 11/24/14 | CEM | Preparation of correspondence to client regarding IEP | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 31.88 | Rate reduced to Laffey (14-15) |
| 11/25/14 | CEM | Review of correspondence from client regarding conference call Preparation of correspondence to client regarding same | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 31.88 | Rate reduced to Laffey (14-15) |
| 11/25/14 | CEM | Review of correspondence from counsel | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 31.88 | Rate reduced to Laffey (14-15) |
| 11/26/14 | CEM | Telephone communication with client regarding IEP Intraoffice communication with H.B. Konkler-Goldsmith regarding McKinney-Vento | 0.500 | 0.500 | 275.00 | 255.00 | 137.50 | 127.50 | 127.50 | Rate reduced to Laffey (14-15) |
| 12/03/14 | CEM | Research regarding Mckinney-Vento Act | 0.625 | 0.625 | 275.00 | 255.00 | 171.88 | 159.38 | 159.38 | Rate reduced to Laffey (14-15) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/04/14 | CEM | Preparation of Due Process Complaint | 0.375 | 0.375 | 275.00 | 255.00 | 103.13 | 95.63 | 95.63 | Rate reduced to Laffey (14-15) |
| 12/05/14 | JTN | Review and revise Due Process Complaint | 0.375 | 0.375 | 240.00 | 240.00 | 90.00 | 90.00 | 90.00 | - |
| 12/11/14 | JCL | Intraoffice communication with H.B. Konkler-Goldsmith regarding Due Process Complaint | 0.125 | 0.125 | 230.00 | 230.00 | 28.75 | 28.75 | 28.75 | - |
| 12/11/14 | HBK | Intraoffice communication with C. McAndrews regarding Due Process Complaint | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 53.75 | - |
| 12/11/14 | CEM | Intraoffice communication with H.B. Konkler-Goldsmith regarding Due Process Complaint | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 31.88 | Rate reduced to Laffey (14-15) |
| 12/16/14 | MC | Preparation of Due Process Complaint for filing | 1.000 | 1.000 | 185.00 | 131.00 | 185.00 | 131.00 | 131.00 | Rate reduced to 85% USAO |
| 12/16/14 | CEM | Preparation of Due Process Complaint | 1.375 | 1.375 | 275.00 | 255.00 | 378.13 | 350.63 | 350.63 | Rate reduced to Laffey (14-15) |
| 12/18/14 | CEM | Review of file materials regarding Hearing Officer assignment | 0.250 | 0.250 | 275.00 | 255.00 | 68.75 | 63.75 | 63.75 | Rate reduced to Laffey (14-15) |
| 12/19/14 | CEM | Review of correspondence from Hearing Officer Blount and counsel regarding Prehearing Conference and Due Process Hearing Preparation of correspondence to Hearing Officer and counsel regarding same Telephone communication with E. Castillo regarding RSM Review of correspondence from E. Castillo regarding RSM | 0.375 | 0.500 | 275.00 | 255.00 | 103.13 | 127.50 | 127.50 | Hours reduced (RSM); Rate reduced to Laffey (14-15) |
| 12/22/14 | CEM | Review of initial Order and Notice of Prehearing Conference Intraoffice communication with H.B. Konkler-Goldsmith and D.C. McAndrews regarding scheduling | 0.375 | 0.375 | 275.00 | 255.00 | 103.13 | 95.63 | 95.63 | Rate reduced to Laffey (14-15) |
| 12/31/14 | CEM | Review of correspondence from E. Castillo regarding RSM Preparation of correspondence to E. Castillo regarding same Intraoffice communication with D.C. McAndrews and H.B. Konkler-Goldsmith regarding regarding same | 0.250 | 0.000 | 275.00 | 255.00 | 68.75 | 0.00 | 0.00 | Hours reduced (RSM); Rate reduced to Laffey (14-15) |
| 01/02/15 | DCM | Preparation for Due Process | 0.375 | 0.375 | 450.00 | 450.00 | 168.75 | 168.75 | 168.75 | - |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/02/15 | CEM | Intraoffice communication with D.C. McAndrews regarding scheduling<br>Telephone communication with client<br>Review of correspondence from Hearing Officer Blount regarding scheduling<br>Preparation of correspondence to Hearing Officer Blount regarding same<br>Review of correspondence from E. Castillo regarding same<br>Review of DCPS Response<br>Review of correspondence from Hearing Officer regarding Due Process Hearing | 1.125 | 1.125 | 275.00 | 255.00 | 309.38 | 286.88 | 286.88 | Rate reduced to Laffey (14-15) |
| 01/05/15 | JH | Review of file materials regarding Due Process | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 01/05/15 | MC | Telephone communication with client | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 01/05/15 | CEM | Intraoffice communication with D.C. McAndrews, J. Hardy regarding Prehearing Conference | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 31.88 | Rate reduced to Laffey (14-15) |
| 01/06/15 | DCM | Review of correspondences from Hearing Officer and Notices<br>Review of correspondence from counsel, M. Washington<br>Preparation for Due Process<br>Review of records | 0.625 | 0.625 | 450.00 | 450.00 | 281.25 | 281.25 | 281.25 | - |
| 01/06/15 | JH | Review of file materials/Intraoffice communication regarding file contents | 0.250 | 0.250 | 185.00 | 131.00 | 46.25 | 32.75 | 32.75 | Rate reduced to 85% USAO |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/06/15 | CEM | Review of Prehearing Conference Order<br>Telephone communication with client<br>Intraoffice communication with J. Hardy regarding file<br>Intraoffice communication with M. Clarke regarding file<br>Intraoffice communication with J. Hardy regarding records<br>Review of correspondence from E. Castillo regarding RSM<br>Preparation of correspondence to E. Castillo regarding same<br>Review of correspondence from counsel, M. Washington, Hearing Officer Blount and D.C. McAndrews regarding Prehearing Conference and Due Process Hearing<br>Intraoffice communication with D.C. McAndrews regarding residence<br>Preparation of correspondence to client | 1.250 | 1.125 | 275.00 | 255.00 | 343.75 | 286.88 | 286.88 | Hours reduced (RSM); Rate reduced to Laffey (14-15) |
| 01/07/15 | HBK | Intraoffice communication with C. McAndrews regarding Resolution Meeting | 0.125 | 0.000 | 430.00 | 430.00 | 53.75 | 0.00 | 0.00 | Hours reduced (RSM) |
| 01/07/15 | CEM | Preparation of correspondence to E. Castillo regarding RSM<br>Review of correspondence from E. Castillo regarding same<br>Preparation of correspondence to client<br>Preparation for, travel to and attendance at RSM<br>Intraoffice communication with H.B. Konkler-Goldsmith regarding RSM<br>Research regarding transportation | 5.625 | 0.000 | 275.00 | 255.00 | 1,546.88 | 0.00 | 0.00 | - |
| 01/08/15 | DCM | Preparation for Due Process | 0.250 | 0.250 | 450.00 | 450.00 | 112.50 | 112.50 | 112.50 | - |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/08/15 | CEM | Review of correspondences from colleague regarding resources Preparation of correspondences to colleague regarding same Preparation of correspondence to D. Hodges regarding residence Intraoffice communication with D.C. McAndrews regarding Due Process Hearing Preparation of correspondence to L. Levisohn regarding same | 1.000 | 1.000 | 275.00 | 255.00 | 275.00 | 255.00 | 255.00 | Rate reduced to Laffey (14-15) |
| 01/12/15 | DCM | Review of records Preparation for Due Process | 1.750 | 1.750 | 450.00 | 450.00 | 787.50 | 787.50 | 787.50 | - |
| 01/12/15 | CEM | Preparation for Prehearing Conference and Due Process Hearing | 1.000 | 1.000 | 275.00 | 255.00 | 275.00 | 255.00 | 255.00 | Rate reduced to Laffey (14-15) |
| 01/13/15 | MC | Telephone communication with client | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 01/13/15 | JH | Review of file materials regarding school record and Resolution Disposition form | 0.125 | 0.000 | 185.00 | 131.00 | 23.13 | 0.00 | 0.00 | Hours reduced (RSM) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/13/15 | CEM | Research regarding housing Review of correspondence from D. Hodges regarding client communication Preparation of correspondence to D. Hodges regarding same Review of correspondence from A. Anokye regarding RSM Intraoffice communication with D.C. McAndrews regarding same Telephone communication with client Preparation of correspondence to A. McLaughlin regarding Due Process Hearing Telephone communication with Lindamood Bell regarding evaluation Review of correspondence from Hearing Officer and counsel regarding Prehearing Conference Review of correspondence from A. McLaughlin regarding Due Process Hearing Review of correspondence from L. Levisohn regarding Due Process Hearing | 1.625 | 1.500 | 275.00 | 255.00 | 446.88 | 382.50 | 382.50 | Hours reduced (RSM); Rate reduced to Laffey (14-15) |
| 01/14/15 | DCM | Review of multiple emails from prospective witnesses Preparation of multiple emails to prospective witnesses Preparation for and attendance at Prehearing Conference Preparation of correspondence to Dr. Levisohn Preparation of Motion for Continuance Preparation of Witness Lists Preparation of questions for Due Process | 2.500 | 2.500 | 450.00 | 450.00 | 1,125.00 | 1,125.00 | 1,125.00 | - |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/14/15 | CEM | Intraoffice communications with M. Clarke regarding compensatory education Intraoffice communication with D.C. McAndrews regarding Due Process Hearing Review of correspondence from Dr. Levisohn regarding same Telephone communication with Lindamood Bell regarding evaluation Review of correspondence from counsel M. Washington, regarding RSM disposition Preparation of Motion Review of Prehearing Conference Order Preparation of memorandum to file regarding same | 1.875 | 1.500 | 275.00 | 255.00 | 515.63 | 382.50 | 382.50 | Hours reduced (RSM); Rate reduced to Laffey (14-15) |
| 01/15/15 | DCM | Preparation of Motion for Continuance Review of correspondence from Dr. Levisohn Preparation of correspondence to Dr. Levisohn | 0.375 | 0.375 | 450.00 | 450.00 | 168.75 | 168.75 | 168.75 | - |
| 01/15/15 | MC | Intraoffice communication with C. McAndrews regarding Lindamood Bell testing Telephone communication with client | 0.250 | 0.250 | 185.00 | 131.00 | 46.25 | 32.75 | 32.75 | Rate reduced to 85% USAO |
| 01/15/15 | CEM | Intraoffice communication with D.C. McAndrews regarding Motions Preparation of correspondence to Hearing Officer regarding Motion for Continuance Review of correspondence from Hearing Officer regarding same Intraoffice communication with M. Clarke regarding evaluation | 0.750 | 0.750 | 275.00 | 255.00 | 206.25 | 191.25 | 191.25 | Rate reduced to Laffey (14-15) |
| 01/16/15 | DCM | Preparation of correspondence to School District regarding IEP Review of correspondence from counsel regarding transportation Preparation of correspondence to counsel regarding same | 0.500 | 0.500 | 450.00 | 450.00 | 225.00 | 225.00 | 225.00 | - |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/16/15 | CEM | Review of correspondence from K. Conaboy regarding Due Process Hearing<br>Preparation of correspondence to K. Conaboy regarding same<br>Telephone communications with client regarding transportation and evaluation<br>Intraoffice communications with D.C. McAndrews regarding Due Process Hearing and behavior<br>Telephone communication with counsel, M. Washington, regarding transportation<br>Preparation of correspondences to counsel regarding same<br>Telephone communication with Lindamood Bell regarding evaluation<br>Preparation of correspondence to C. Sandoval regarding IEP<br>Review of correspondence from counsel regarding transportation | 2.375 | 2.375 | 275.00 | 255.00 | 653.13 | 605.63 | 605.63 | Rate reduced to Laffey (14-15) |
| 01/19/15 | CEM | Review of file materials/Intraoffice communication regarding Lindamood Bell<br>Telephone communications with client regarding transportation and housing<br>Preparation of Motion to Correct Prehearing Conference Order | 1.250 | 1.250 | 275.00 | 255.00 | 343.75 | 318.75 | 318.75 | Rate reduced to Laffey (14-15) |
| 01/20/15 | DCM | Review of Hearing Officer's Order<br>Preparation of Motion to Correct Order<br>Review of correspondence from counsel, M. Washington<br>Preparation of correspondence to counsel | 0.375 | 0.375 | 450.00 | 450.00 | 168.75 | 168.75 | 168.75 | - |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/20/15 | CEM | Preparation of correspondence to A. McLaughlin regarding resume Review of correspondences from A. McLaughlin regarding same and Due Process Hearing Review of correspondences from counsel, M. Washington, regarding continuance and Prehearing Conference Order Telephone communication with client regarding transportation Review of correspondence from Hearing Officer regarding Due Process Hearing Intraoffice communication with D.C. McAndrews regarding same | 1.125 | 1.125 | 275.00 | 255.00 | 309.38 | 286.88 | 286.88 | Rate reduced to Laffey (14-15) |
| 01/21/15 | DCM | Telephone communications with counsel, M. Washington and C. McAndrews | 0.250 | 0.250 | 450.00 | 450.00 | 112.50 | 112.50 | 112.50 | - |
| 01/21/15 | CEM | Preparation of correspondence to Hearing Officer regarding Due Process Hearing Review of file materials | 0.250 | 0.250 | 275.00 | 255.00 | 68.75 | 63.75 | 63.75 | Rate reduced to Laffey (14-15) |
| 01/22/15 | DCM | Review of correspondence from Hearing Officer | 0.125 | 0.125 | 450.00 | 450.00 | 56.25 | 56.25 | 56.25 | - |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/22/15 | CEM | Telephone communications with client regarding transportation and reading<br>Intraoffice communication with H.B. Konkler-Goldsmith regarding residence<br>Intraoffice communications with D.C. McAndrews regarding resumes and transportation<br>Review of correspondences from counsel, M. Washington, regarding transportation and records<br>Preparation of correspondences to counsel regarding same<br>Review of correspondence from Lindamood Bell regarding evaluation<br>Review of correspondence from Hearing Officer regarding Due Process Hearing<br>Research regarding transportation<br>Preparation of correspondence to D. Douglas regarding Due Process<br>Review of correspondence from A. McLaughlin regarding same<br>Preparation of correspondence to A. McLaughlin regarding Due Process Hearing<br>Preparation of correspondence to Dr. Levisohn regarding same<br>Preparation of correspondence to client regarding reading evaluation<br>Preparation of Intake for Reading Evaluation | 2.750 | 2.500 | 275.00 | 255.00 | 756.25 | 637.50 | 637.50 | Hours reduced (travel); Rate reduced to Laffey (13-14); Fee reduced 20% (Pre-11/6/14) |
| 01/23/15 | CEM | Review of correspondence from Hearing Officer regarding Motion<br>Preparation of correspondence to Hearing Officer regarding same and scheduling<br>Preparation of correspondence to K. Conaboy and D. Douglas regarding Due Process Hearing<br>Review of correspondence from D. Douglas regarding same | 0.625 | 0.625 | 275.00 | 255.00 | 171.88 | 159.38 | 159.38 | Rate reduced to Laffey (14-15) |
| 01/26/15 | CEM | Intraoffice communication with D.C. McAndrews regarding witnesses | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 31.88 | Rate reduced to Laffey (14-15) |
| 01/27/15 | DCM | Review of records<br>Preparation for hearing | 0.750 | 0.750 | 450.00 | 450.00 | 337.50 | 337.50 | 337.50 | - |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|------|----------|----------------|---------------|----------------|--------------|---------------|-------------|--------------|----------------|-------|
| 01/27/15 | AS | Intraoffice communication with C. McAndrews regarding Due Process Hearing<br>Telephone communication with client regarding same | 0.250 | 0.250 | 155.00 | 116.00 | 38.75 | 29.00 | 29.00 | Rate reduced to 75% USAO |
| 01/27/15 | CEM | Review of Order granting continuance<br>Review of Prehearing Conference Order<br>Preparation of correspondence to A. McLaughlin regarding Due Process Hearing<br>Intraoffice communication with D.C. McAndrews regarding witnesses<br>Preparation of memorandum to D.C. McAndrews and J. Hardy regarding same<br>Review of correspondence from Dr. Levisohn regarding Due Process Hearing<br>Preparation of correspondence to Dr. Levisohn regarding same<br>Preparation of correspondence to D. Douglas regarding Due Process Hearing<br>Intraoffice communication with A. Sauer regarding same | 2.000 | 2.000 | 275.00 | 255.00 | 550.00 | 510.00 | 510.00 | Rate reduced to Laffey (14-15) |
| 01/28/15 | HBK | Intraoffice communication regarding Due Process Hearing and residence | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 53.75 | - |
| 01/28/15 | AS | Intraoffice communications with H.B. Konkler-Goldsmith, D.C. McAndrews and C. McAndrews regarding Due Process Hearing and residence | 0.250 | 0.250 | 155.00 | 116.00 | 38.75 | 29.00 | 29.00 | Rate reduced to 75% USAO |
| 01/28/15 | CEM | Intraoffice communication a A. Sauer regarding Due Process Hearing<br>Review of correspondence from A. McLaughlin regarding testimony<br>Intraoffice communication with H.B. Konkler-Goldsmith, D.C. McAndrews and A. Sauer regarding Due Process Hearing and residence | 0.375 | 0.375 | 275.00 | 255.00 | 103.13 | 95.63 | 95.63 | Rate reduced to Laffey (14-15) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/29/15 | AS | Telephone communications with client regarding placement Telephone communication with Fairfax County Coordinated Services Planning regarding enrollment | 0.625 | 0.625 | 155.00 | 116.00 | 96.88 | 72.50 | 72.50 | Rate reduced to 75% USAO |
| 01/29/15 | CEM | Telephone communications with client regarding contact information and placement Telephone communication with Fairfax County Coordinated Services Planning regarding enrollment Intraoffice communication with A. Sauer regarding same Telephone communication with D. Hodges regarding supports Review of correspondence from Hearing Officer regarding Motions Review of correspondence from client regarding transportation | 1.250 | 1.250 | 275.00 | 255.00 | 343.75 | 318.75 | 318.75 | Rate reduced to Laffey (14-15) |
| 02/03/15 | CEM | Telephone communication with client Intraoffice communication with A. Sauer regarding client communication | 0.375 | 0.375 | 275.00 | 255.00 | 103.13 | 95.63 | 95.63 | Rate reduced to Laffey (14-15) |
| 02/04/15 | AS | Telephone communication with client | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 02/04/15 | CEM | Telephone communication with client Intraoffice communication with A. Sauer regarding communication with client, transportation | 0.250 | 0.250 | 275.00 | 255.00 | 68.75 | 63.75 | 63.75 | Rate reduced to Laffey (14-15) |
| 02/05/15 | AS | Telephone communication with client | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 02/05/15 | CEM | Review of phone message regarding transportation | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 31.88 | Rate reduced to Laffey (14-15) |
| 02/06/15 | AS | Telephone communication with client regarding transportation | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/06/15 | CEM | Intraoffice communications with A. Sauer regarding transportation<br>Review of correspondence from A. Anokye regarding IEP Meeting<br>Intraoffice communications with D.C. McAndrews regarding same and conference call<br>Review of correspondence from client regarding IEP Meeting | 0.750 | 0.130 | 275.00 | 255.00 | 206.25 | 33.15 | 33.15 | Hours reduced (IEP); Rate reduced to Laffey (14-15) |
| 02/06/15 | JH | Review of file materials regarding Invitation to IEP and Resolution Meeting | 0.125 | 0.000 | 185.00 | 131.00 | 23.13 | 0.00 | 0.00 | Hours reduced (RSM); Rate reduced to 85% USAO |
| 02/07/15 | DCM | Review of records | 0.750 | 0.750 | 450.00 | 450.00 | 337.50 | 337.50 | 337.50 | - |
| 02/07/15 | CEM | Intraoffice communication with D.C. McAndrews regarding records and meeting<br>Intraoffice communication with A. Sauer regarding IEP meeting<br>Research regarding IEPs<br>Intraoffice communication with D.C. McAndrews regarding IEP<br>Preparation of correspondence to counsel | 1.250 | 0.000 | 275.00 | 255.00 | 343.75 | 0.00 | 0.00 | Hours reduced (IEP); Rate reduced to Laffey (14-15) |
| 02/08/15 | CEM | Intraoffice communication with D.C. McAndrews regarding records | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 31.88 | Rate reduced to Laffey (14-15) |
| 02/09/15 | AS | Telephone communication with client | 0.250 | 0.250 | 155.00 | 116.00 | 38.75 | 29.00 | 29.00 | Rate reduced to 75% USAO |
| 02/09/15 | CEM | Intraoffice communication with D.C. McAndrews regarding IEP Meeting and residence<br>Intraoffice communication with A. Sauer regarding IEP Meeting<br>Review of correspondence from client<br>Review of correspondence from counsel<br>Preparation of correspondence to counsel | 1.500 | 0.000 | 275.00 | 255.00 | 412.50 | 0.00 | 0.00 | Hours reduced (IEP); Rate reduced to Laffey (14-15) |
| 02/09/15 | DCM | Preparation for resolution session<br>Telephone communication with client<br>Review of records<br>Review of correspondence from counsel, M. Washington | 0.750 | 0.000 | 450.00 | 450.00 | 337.50 | 0.00 | 0.00 | Hours reduced (RSM) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/10/15 | HBK | Intraoffice communication with C. McAndrews regarding procedure | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 53.75 | - |
| 02/10/15 | DCM | Review of correspondences from counsel, M. Washington Review of correspondence from client Preparation of correspondence to client Preparation of correspondence to counsel | 0.750 | 0.750 | 450.00 | 450.00 | 337.50 | 337.50 | 337.50 | - |
| 02/10/15 | AS | Telephone communication with client regarding status | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 02/10/15 | JH | Review of file materials regarding Custody Order | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 02/10/15 | CEM | Review of correspondence from counsel, M. Washington, regarding records Intraoffice communications with D.C. McAndrews regarding same Telephone communication with client regarding meetings Intraoffice communication with H.B. Konkler-Goldsmith regarding procedure | 0.625 | 0.625 | 275.00 | 255.00 | 171.88 | 159.38 | 159.38 | Rate reduced to Laffey (14-15) |
| 02/11/15 | DCM | Review of correspondence from counsel, M. Washington Preparation of correspondence to counsel Correspondence with client | 0.250 | 0.250 | 450.00 | 450.00 | 112.50 | 112.50 | 112.50 | - |
| 02/11/15 | CEM | Review of correspondence from counsel, M. Washington, regarding records Intraoffice communication with D.C. McAndrews regarding same, IEP and Resolution Meeting | 0.375 | 0.125 | 275.00 | 255.00 | 103.13 | 31.88 | 31.88 | Hours reduced (RSM); Rate reduced to Laffey (14-15) |
| 02/12/15 | DCM | Preparation for, travel to and attendance at Resolution Meeting Review of records | 10.000 | 0.000 | 450.00 | 450.00 | 4,500.00 | 0.00 | 0.00 | Hours reduced (RSM) |
| 02/13/15 | DCM | Correspondence with client Review of records Preparation of witness sheets for deposition | 0.375 | 0.375 | 450.00 | 450.00 | 168.75 | 168.75 | 168.75 | - |
| 02/13/15 | CEM | Intraoffice communication with D.C. McAndrews regarding Resolution Meeting | 0.125 | 0.000 | 275.00 | 255.00 | 34.38 | 0.00 | 0.00 | - |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/14/15 | CEM | Intraoffice communication with D.C. McAndrews regarding reading, IEP Meeting and Due Process Hearing | 1.250 | 0.500 | 275.00 | 255.00 | 343.75 | 127.50 | 127.50 | Hours reduced (IEP); Rate reduced to Laffey (14-15) |
| 02/16/15 | CEM | Review of correspondence from colleague regarding homeless services<br>Intraoffice communication with D.C. McAndrews regarding same | 0.125 | 0.000 | 275.00 | 255.00 | 34.38 | 0.00 | 0.00 | Hours reduced (non-compensable) |
| 02/18/15 | DCM | Telephone communication with client<br>Telephone communication with N. Gregerson | 0.375 | 0.375 | 450.00 | 450.00 | 168.75 | 168.75 | 168.75 | - |
| 02/18/15 | CEM | Intraoffice communication with A. Sauer regarding OSSE contacts<br>Intraoffice communication with D.C. McAndrews regarding reading intervention<br>Review of correspondence from colleague regarding McKinney-Vento<br>Preparation of correspondence to colleague regarding same | 0.375 | 0.375 | 275.00 | 255.00 | 103.13 | 95.63 | 95.63 | Rate reduced to Laffey (14-15) |
| 02/19/15 | DCM | Preparation of correspondence to L. Levisohn<br>Preparation of correspondence to A. McLaughlin<br>Telephone communications with client<br>Preparation of correspondence to counsel, M. Washington<br>Review of correspondence from counsel<br>Telephone communication with N. Gregorson | 2.250 | 2.250 | 450.00 | 450.00 | 1,012.50 | 1,012.50 | 1,012.50 | - |
| 02/19/15 | CEM | Intraoffice communication with H.B. Konkler-Goldsmith<br>Intraoffice communication with D.C. McAndrews regarding Due Process Hearing | 0.375 | 0.375 | 275.00 | 255.00 | 103.13 | 95.63 | 95.63 | Rate reduced to Laffey (14-15) |
| 02/20/15 | DCM | Review of correspondence from N. Gregerson<br>Preparation of correspondence to N. Gregerson<br>Review of correspondence from L. Levisohn<br>Preparation of correspondence to L. Levisohn | 0.375 | 0.375 | 450.00 | 450.00 | 168.75 | 168.75 | 168.75 | - |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/20/15 | JH | Review of emails | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 02/20/15 | CEM | Review of correspondence from N. Gregorson regarding Due Process Hearing<br>Review of correspondence from A. McLaughlin regarding same<br>Intraoffice communication with D.C. McAndrews and J. Hardy regarding OSSE<br>Review of DCPS report on IEE | 0.875 | 0.875 | 275.00 | 255.00 | 240.63 | 223.13 | 223.13 | Rate reduced to Laffey (14-15) |
| 02/21/15 | DCM | Preparation for Due Process Hearing | 0.375 | 0.375 | 450.00 | 450.00 | 168.75 | 168.75 | 168.75 | - |
| 02/22/15 | DCM | Preparation for Due Process<br>Review of records<br>Preparation of Exhibits<br>Preparation of witness sheets<br>Preparation of correspondence to Experts | 8.250 | 8.250 | 450.00 | 450.00 | 3,712.50 | 3,712.50 | 3,712.50 | - |
| 02/22/15 | CEM | Intraoffice communication with D.C. McAndrews regarding Due Process Hearing | 0.625 | 0.625 | 275.00 | 255.00 | 171.88 | 159.38 | 159.38 | Rate reduced to Laffey (14-15) |
| 02/23/15 | DCM | Telephone communication with Dr. L. Levisohn<br>Preparation of witness sheets | 1.375 | 1.375 | 450.00 | 450.00 | 618.75 | 618.75 | 618.75 | - |
| 02/23/15 | CEM | Telephone communication with L. Levisohn regarding Due Process Hearing<br>Preparation of correspondence to A. Sauer regarding Due Process Hearing<br>Review of correspondence from C. Sandoval regarding IEP<br>Intraoffice communication with D.C. McAndrews regarding same | 1.125 | 0.875 | 275.00 | 255.00 | 309.38 | 223.13 | 223.13 | Hours reduced (IEP); Rate reduced to Laffey (14-15) |
| 02/24/15 | DCM | Five-Day Notice<br>Correspondence with D. Douglas<br>Correspondence with M. Washington<br>Review of correspondence from Dr. A. McLaughlin<br>Preparation of correspondence to Dr. A. McLaughlin<br>Telephone communication with Dr. N. Gregerson regarding possible testimony | 3.125 | 3.125 | 450.00 | 450.00 | 1,406.25 | 1,406.25 | 1,406.25 | - |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/24/15 | AS | Telephone communication with client Hearing travel arrangements Research regarding same | 1.125 | 1.125 | 155.00 | 116.00 | 174.38 | 130.50 | 130.50 | Rate reduced to 75% USAO |
| 02/24/15 | JH | Intraoffice communication regarding Due Process Exhibits Telephone communication with client | 0.375 | 0.375 | 185.00 | 131.00 | 69.38 | 49.13 | 49.13 | Rate reduced to 85% USAO |
| 02/24/15 | CEM | Intraoffice communication with D.C. McAndrews regarding Hearing | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 31.88 | Rate reduced to Laffey (14-15) |
| 02/25/15 | DCM | Preparation of Due Process letter Preparation of Exhibits Preparation of experts Telephone communication with L. Levisohn Telephone communications with D. Douglas Telephone communication with A. McLaughlin | 3.875 | 3.875 | 450.00 | 450.00 | 1,743.75 | 1,743.75 | 1,743.75 | - |
| 02/25/15 | JH | Initial Preparation of Exhibits Preparation of Exhibits | 1.250 | 1.250 | 185.00 | 131.00 | 231.25 | 163.75 | 163.75 | Rate reduced to 85% USAO |
| 02/26/15 | AS | Telephone communication with client regarding Hearing | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 02/26/15 | CEM | Intraoffice communication with D.C. McAndrews regarding transportation, Due Process Hearing, compensatory education and S/L Review of correspondence from counsel, M. Washington, regarding transportation Intraoffice communication with A. Sauer regarding IEP and residence Review of correspondence from N. Gregorson regarding Due Process Hearing Review of correspondence from A. McLaughlin regarding same | 0.875 | 0.500 | 275.00 | 255.00 | 240.63 | 127.50 | 127.50 | Hours reduced (IEP); Rate reduced to Laffey (14-15) |
| 02/27/15 | DCM | Review of School District Motion to Dismiss | 0.125 | 0.125 | 450.00 | 450.00 | 56.25 | 56.25 | 56.25 | - |
| 02/27/15 | CEM | Review of Five-Day Notice Intraoffice communication with D.C. McAndrews, K. Conaboy and Evaluators regarding Due Process Hearing and Exhibits | 0.500 | 0.500 | 275.00 | 255.00 | 137.50 | 127.50 | 127.50 | Rate reduced to Laffey (14-15) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/01/15 | CEM | Intraoffice communication with D.C. McAndrews regarding exhibits<br>Intraoffice communication with A. Sauer and D.C. McAndrews regarding residence and Due Process Hearing<br>Intraoffice communication with D.C. McAndrews regarding Motion | 0.500 | 0.500 | 275.00 | 255.00 | 137.50 | 127.50 | 127.50 | Rate reduced to Laffey (14-15) |
| 03/02/15 | DCM | Preparation of Reply to Motion to Dismiss | 0.875 | 0.875 | 450.00 | 450.00 | 393.75 | 393.75 | 393.75 | - |
| 03/02/15 | JH | Finalization of Due Process Exhibit Books | 1.000 | 1.000 | 185.00 | 131.00 | 185.00 | 131.00 | 131.00 | Rate reduced to 85% USAO |
| 03/02/15 | CEM | Review of Motion to Dismiss<br>Intraoffice communication with D.C. McAndrews regarding same<br>Intraoffice communication with A. Sauer regarding housing for Due Process Hearing<br>Intraoffice communication with D.C. McAndrews regarding Due Process Hearing<br>Review of file materials regarding exhibits<br>Intraoffice communication with D.C. McAndrews, E. Gilmore regarding Response to Motion to Dismiss | 1.250 | 1.250 | 275.00 | 255.00 | 343.75 | 318.75 | 318.75 | Rate reduced to Laffey (14-15) |
| 03/03/15 | DCM | Review of correspondence from counsel, M. Washington | 0.125 | 0.125 | 450.00 | 450.00 | 56.25 | 56.25 | 56.25 | - |
| 03/03/15 | JH | Correspondence with counsel | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 03/03/15 | CEM | Intraoffice communication with D.C. McAndrews regarding Motion and Disclosures<br>Review of correspondence from A. McLaughlin regarding Due Process Hearing<br>Intraoffice communication with A. Sauer regarding services and transportation<br>Intraoffice communication with D.C. McAndrews, E. Gilmore and J. Hardy regarding Disclosures | 0.750 | 0.750 | 275.00 | 255.00 | 206.25 | 191.25 | 191.25 | Rate reduced to Laffey (14-15) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|------|----------|----------------|---------------|----------------|--------------|---------------|-------------|--------------|----------------|-------|
| 03/04/15 | DCM | Review of file materials/Intraoffice communication regarding School District records receipt Telephone communication with L. Levisohn Research regarding Due Process Review of correspondence from A. McLaughlin Preparation of correspondence to A. McLaughlin Preparation of correspondence to Hearing Officer Review of correspondence from Hearing Officer | 2.250 | 2.250 | 450.00 | 450.00 | 1,012.50 | 1,012.50 | 1,012.50 | - |
| 03/04/15 | AS | Telephone communication with OSSE Transportation regarding location/address Telephone communication with client regarding housing, attendance and transportation | 0.750 | 0.750 | 155.00 | 116.00 | 116.25 | 87.00 | 87.00 | Rate reduced to 75% USAO |
| 03/04/15 | CEM | Intraoffice communication with D.C. McAndrews regarding objections, Disclosures and Due Process Hearing Intraoffice communication with A. Sauer regarding Disclosures, telephone call with OSSE and services Intraoffice communication with D.C. McAndrews, J. Hardy and H.B. Konkler-Goldsmith regarding same Research regarding services Review of correspondence from Hearing Officer regarding Disclosures | 1.375 | 1.375 | 275.00 | 255.00 | 378.13 | 350.63 | 350.63 | Rate reduced to Laffey (14-15) |
| 03/05/15 | DCM | Review of correspondences from A. Washington Preparation of correspondences to A. Washington Review of correspondence from counsel, M. Washington Preparation of correspondence to counsel Review of School District records Preparation for Due Process | 1.375 | 1.375 | 450.00 | 450.00 | 618.75 | 618.75 | 618.75 | - |
| 03/05/15 | AS | Telephone communication with client regarding assistance and Hearing | 0.250 | 0.250 | 155.00 | 116.00 | 38.75 | 29.00 | 29.00 | Rate reduced to 75% USAO |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/05/15 | CEM | Review of correspondence from counsel, M. Washington and D.C. McAndrews, regarding Disclosures<br>Review of correspondence from D.C. McAndrews and A. McLaughlin regarding Due Process Hearing<br>Intraoffice communication with A. Sauer and D.C. McAndrews regarding services<br>Intraoffice communication with D.C. McAndrews regarding Exhibits | 0.750 | 0.750 | 275.00 | 255.00 | 206.25 | 191.25 | 191.25 | Rate reduced to Laffey (14-15) |
| 03/06/15 | DCM | Telephone communication with A. McLaughlin<br>Preparation of correspondence to Hearing Officer | 1.500 | 1.500 | 450.00 | 450.00 | 675.00 | 675.00 | 675.00 | - |
| 03/06/15 | JH | Update case status | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 03/06/15 | CEM | Intraoffice communication with D.C. McAndrews regarding objections to disclosures | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 31.88 | Rate reduced to Laffey (14-15) |
| 03/08/15 | DCM | Preparation for Due Process Hearing<br>Communications with clients<br>Preparation of Opening<br>Preparation of witness sheets<br>Review of records<br>Preparation for cross-examination<br>Research legal issues underlying claims for relief | 8.500 | 8.500 | 450.00 | 450.00 | 3,825.00 | 3,825.00 | 3,825.00 | - |
| 03/08/15 | JH | Review of file materials/Intraoffice communication regarding Exhibits<br>Preparation of correspondence to D. Douglas | 0.375 | 0.375 | 185.00 | 131.00 | 69.38 | 49.13 | 49.13 | Rate reduced to 85% USAO |
| 03/08/15 | CEM | Telephone communications with client regarding Due Process Hearing and services<br>Intraoffice communication with D.C. McAndrews regarding same<br>Review of correspondence from D.C. McAndrews, L. Levisohn and D. Douglas regarding Due Process Hearing | 1.000 | 1.000 | 275.00 | 255.00 | 275.00 | 255.00 | 255.00 | Rate reduced to Laffey (14-15) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/09/15 | DCM | Preparation for, travel to and attendance at Due Process Hearing<br>Preparation for second day of Hearing | 9.500 | 9.500 | 450.00 | 450.00 | 4,275.00 | 4,275.00 | 4,275.00 | - |
| 03/09/15 | CEM | Intraoffice communication with D.C. McAndrews regarding resolution and Due Process Complaint | 0.500 | 0.500 | 275.00 | 255.00 | 137.50 | 127.50 | 127.50 | Rate reduced to Laffey (14-15) |
| 03/10/15 | DCM | Preparation for second day of hearing | 0.750 | 0.750 | 450.00 | 450.00 | 337.50 | 337.50 | 337.50 | - |
| 03/10/15 | JH | Telephone communication with client | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 03/11/15 | AS | Telephone communication with client regarding new housing and transportation | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 03/11/15 | CEM | Review of correspondence from M. Acosta regarding telephone call with client | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 31.88 | Rate reduced to Laffey (14-15) |
| 03/12/15 | DCM | Preparation for and attendance at Due Process Hearing<br>Post-hearing research | 13.125 | 13.125 | 450.00 | 450.00 | 5,906.25 | 5,906.25 | 5,906.25 | - |
| 03/16/15 | JCL | Research regarding Due Process issues | 0.375 | 0.375 | 230.00 | 230.00 | 86.25 | 86.25 | 86.25 | - |
| 03/16/15 | DCM | Research regarding Post-Hearing submission<br>Preparation of same<br>Review of School District cases and statements regarding cases | 2.250 | 2.250 | 450.00 | 450.00 | 1,012.50 | 1,012.50 | 1,012.50 | - |
| 03/16/15 | JH | Telephone communication with client | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 03/16/15 | EG | Preparation of materials for Post-Hearing submission | 2.625 | 2.625 | 185.00 | 131.00 | 485.63 | 343.88 | 343.88 | Rate reduced to 85% USAO |
| 03/16/15 | CEM | Intraoffice communication with D.C. McAndrews regarding case law support | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 31.88 | Rate reduced to Laffey (14-15) |
| 03/17/15 | DCM | Review of correspondence from OSSE<br>Preparation of correspondence to OSSE<br>Preparation of correspondence to counsel, M. Washington | 0.500 | 0.500 | 450.00 | 450.00 | 225.00 | 225.00 | 225.00 | - |
| 03/17/15 | AS | Review of correspondence from client regarding Hearing transcript | 0.750 | 0.750 | 155.00 | 116.00 | 116.25 | 87.00 | 87.00 | Rate reduced to 75% USAO |
| 03/17/15 | JH | Review of correspondence from ODR<br>Preparation of correspondence to ODR<br>Telephone communication with client | 0.375 | 0.375 | 185.00 | 131.00 | 69.38 | 49.13 | 49.13 | Rate reduced to 85% USAO |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/17/15 | CEM | Intraoffice communication with A. Sauer regarding transcript Intraoffice communication with D.C. McAndrews regarding same and transportation | 0.375 | 0.375 | 275.00 | 255.00 | 103.13 | 95.63 | 95.63 | Rate reduced to Laffey (14-15) |
| 03/18/15 | AS | Preparation of Hearing Transcript Request | 0.500 | 0.500 | 155.00 | 116.00 | 77.50 | 58.00 | 58.00 | Rate reduced to 75% USAO |
| 03/18/15 | CEM | Intraoffice communication with A. Sauer regarding transcript Intraoffice communication with D.C. McAndrews regarding transcript | 0.375 | 0.375 | 275.00 | 255.00 | 103.13 | 95.63 | 95.63 | Rate reduced to Laffey (14-15) |
| 03/22/15 | DCM | Review of correspondence from client Preparation of correspondence to client | 0.250 | 0.250 | 450.00 | 450.00 | 112.50 | 112.50 | 112.50 | - |
| 03/24/15 | CEM | Intraoffice communication with D.C. McAndrews | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 31.88 | Rate reduced to Laffey (14-15) |
| 03/25/15 | CEM | Intraoffice communication with A. Sauer regarding transcript | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 31.88 | Rate reduced to Laffey (14-15) |
| 03/28/15 | CEM | Review of correspondence from ODR regarding Hearing Officer Decision Intraoffice communication with D.C. McAndrews regarding same | 0.250 | 0.250 | 275.00 | 255.00 | 68.75 | 63.75 | 63.75 | Rate reduced to Laffey (14-15) |
| 03/30/15 | DCM | Review of file materials/Intraoffice communication regarding Hearing Officer Decision Preparation of appeal Preparation of fee materials | 1.750 | 1.750 | 450.00 | 450.00 | 787.50 | 787.50 | 787.50 | - |
| 03/30/15 | JH | Review of file materials regarding Due Process transcript | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 03/30/15 | CEM | Review of Hearing Officer Decision Intraoffice communication with D.C. McAndrews regarding same Review of correspondences from S. Cogdell regarding transcript and Hearing Officer Decision Preparation of correspondences to S. Cogdell regarding same | 1.625 | 1.625 | 275.00 | 255.00 | 446.88 | 414.38 | 414.38 | Rate reduced to Laffey (14-15) |
| 03/31/15 | JH | Review of file materials regarding IEP Amendment Form | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 04/01/15 | HBK | Review Due Process decision | 0.250 | 0.250 | 430.00 | 430.00 | 107.50 | 107.50 | 107.50 | - |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/01/15 | DCM | Telephone communication with client<br>Preparation of correspondence to client<br>Preparation of Appeal materials | 0.625 | 0.625 | 450.00 | 450.00 | 281.25 | 281.25 | 281.25 | - |
| 04/02/15 | MEG | Intraoffice communication with D.C. McAndrews regarding Decision<br>Review of same<br>Intraoffice communication with J. Hardy regarding conference call | 0.375 | 0.375 | 430.00 | 430.00 | 161.25 | 161.25 | 161.25 | - |
| 04/02/15 | CEM | Intraoffice communication with D.C. McAndrews regarding Hearing Officer Decision<br>Intraoffice communication with J. Hardy regarding intraoffice meeting<br>Intraoffice communication with A. Sauer regarding IEP Amendment | 0.375 | 0.250 | 275.00 | 255.00 | 103.13 | 63.75 | 63.75 | Hours reduced (IEP); Rate reduced to Laffey (14-15) |
| 04/03/15 | DCM | Review IEP/ESY request<br>Review of file materials/Intraoffice communication regarding response | 0.250 | 0.000 | 450.00 | 450.00 | 112.50 | 0.00 | 0.00 | Hours reduced (IEP) |
| 04/03/15 | CEM | Intraoffice communication with D.C. McAndrews regarding Amendment | 0.250 | 0.000 | 275.00 | 255.00 | 68.75 | 0.00 | 0.00 | Hours reduced (IEP); Rate reduced to Laffey (14-15) |
| 04/06/15 | DCM | Telephone communication with client | 0.250 | 0.250 | 450.00 | 450.00 | 112.50 | 112.50 | 112.50 | - |
| 04/06/15 | CEM | Intraoffice communication with D.C. McAndrews regarding IEP Amendment | 0.125 | 0.000 | 275.00 | 255.00 | 34.38 | 0.00 | 0.00 | Hours reduced (IEP); Rate reduced to Laffey (14-15) |
| 04/07/15 | HBK | Review of file materials/Intraoffice communication regarding Due Process Decision | 0.250 | 0.250 | 430.00 | 430.00 | 107.50 | 107.50 | 107.50 | - |
| 04/07/15 | MEG | Review of Decision<br>Intraoffice communication with D.C. McAndrews and H.B. Konkler-Goldsmith regarding same | 0.750 | 0.750 | 430.00 | 430.00 | 322.50 | 322.50 | 322.50 | - |
| 04/07/15 | DCM | Preparation of appeal materials | 0.625 | 0.625 | 450.00 | 450.00 | 281.25 | 281.25 | 281.25 | - |
| 04/07/15 | JH | Review of file materials regarding Complaint | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 04/07/15 | CEM | Intraoffice communication with D.C. McAndrews, H.B. Konkler-Goldsmith and M. Gehring regarding appeal | 0.375 | 0.375 | 275.00 | 255.00 | 103.13 | 95.63 | 95.63 | Rate reduced to Laffey (14-15) |
| 04/13/15 | CEM | Review of correspondence from S. Cogdell regarding compensatory education<br>Preparation of correspondence to S. Cogdell regarding same | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 31.88 | Rate reduced to Laffey (14-15) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/21/15 | AS | Review of file regarding transcript | 0.250 | 0.250 | 155.00 | 116.00 | 38.75 | 29.00 | 29.00 | Rate reduced to 75% USAO |
| 04/22/15 | CEM | Intraoffice communication with D.C. McAndrews regarding case law | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 31.88 | Rate reduced to Laffey (14-15) |
| 04/22/15 | DCM | Research regarding recent cases regarding specificity in IEP | 0.125 | 0.000 | 450.00 | 450.00 | 56.25 | 0.00 | 0.00 | Hours reduced (IEP) |
| 04/25/15 | JH | Deadlines | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 04/28/15 | CEM | Review of correspondence from S. Cogdell, K. Conaboy and D.C. McAndrews Intraoffice communication with D.C. McAndrews regarding Hearing Officer Decision implementation | 0.375 | 0.375 | 275.00 | 255.00 | 103.13 | 95.63 | 95.63 | Rate reduced to Laffey (14-15) |
| 05/04/15 | MEG | Review of file, Note Review of documents | 0.500 | 0.500 | 430.00 | 430.00 | 215.00 | 215.00 | 215.00 | - |
| 05/05/15 | DCM | Preparation of appeal papers | 0.250 | 0.250 | 450.00 | 450.00 | 112.50 | 112.50 | 112.50 | - |
| 05/05/15 | AS | Telephone communication with client regarding services | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 05/05/15 | JH | Review of file materials regarding emails | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 05/05/15 | CEM | Intraoffice communication with D.C. McAndrews and J. Hardy regarding negotiations, compensatory education and fees Intraoffice communication with A. Sauer regarding communication with client and compensatory education | 1.000 | 1.000 | 275.00 | 255.00 | 275.00 | 255.00 | 255.00 | Rate reduced to Laffey (14-15) |
| 05/06/15 | DCM | Review of file materials/Intraoffice communication regarding compensatory education programs | 0.250 | 0.250 | 450.00 | 450.00 | 112.50 | 112.50 | 112.50 | - |
| 05/06/15 | AS | Intraoffice communication with C. McAndrews, J. Hardy, and D.C. McAndrews regarding billing | 0.250 | 0.250 | 155.00 | 116.00 | 38.75 | 29.00 | 29.00 | Rate reduced to 75% USAO |
| 05/06/15 | CEM | Intraoffice communication with D.C. McAndrews regarding compensatory education and costs Intraoffice communication with A. Sauer, E. Gilmore and D.C. McAndrews regarding compensatory education and reimbursement | 0.375 | 0.375 | 275.00 | 255.00 | 103.13 | 95.63 | 95.63 | Rate reduced to Laffey (14-15) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/07/15 | AS | Intraoffice communication with C. McAndrews regarding services | 0.250 | 0.250 | 155.00 | 116.00 | 38.75 | 29.00 | 29.00 | Rate reduced to 75% USAO |
| 05/07/15 | CEM | Intraoffice communication with A. Sauer regarding compensatory education | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 31.88 | Rate reduced to Laffey (14-15) |
| 05/08/15 | AS | Intraoffice communication with C. McAndrews and H.B. Konkler-Goldsmith | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 05/08/15 | CEM | Intraoffice communication with A. Sauer regarding compensatory education Intraoffice communication with H.B. Konkler-Goldsmith and A. Sauer regarding Due Process Hearing | 0.250 | 0.250 | 275.00 | 255.00 | 68.75 | 63.75 | 63.75 | Rate reduced to Laffey (14-15) |
| 05/11/15 | MEG | Preparation of Complaint Intraoffice communication with D.C. McAndrews regarding same | 10.250 | 10.250 | 430.00 | 430.00 | 4,407.50 | 4,407.50 | 4,407.50 | - |
| 05/11/15 | AS | Telephone communication with client | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 05/11/15 | EB | Preparation of N.T. binders Review of correspondence from counsel | 0.500 | 0.500 | 155.00 | 116.00 | 77.50 | 58.00 | 58.00 | Rate reduced to 75% USAO |
| 05/11/15 | CEM | Intraoffice communication with A. Sauer regarding program and compensatory education Intraoffice communication with M. Gehring regarding Complaint | 0.250 | 0.250 | 275.00 | 255.00 | 68.75 | 63.75 | 63.75 | Rate reduced to Laffey (14-15) |
| 05/14/15 | CEM | Review of correspondence from S. Cogdell regarding implementation | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 31.88 | Rate reduced to Laffey (14-15) |
| 05/17/15 | CEM | Telephone communication with client regarding compensatory education | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 31.88 | Rate reduced to Laffey (14-15) |
| 05/18/15 | CEM | Intraoffice communication with D.C. McAndrews regarding contact with client Intraoffice communication with A. Sauer regarding same Telephone communication with client regarding compensatory education | 0.375 | 0.375 | 275.00 | 255.00 | 103.13 | 95.63 | 95.63 | Rate reduced to Laffey (14-15) |
| 05/19/15 | AS | Intraoffice communication with C. McAndrews | 0.250 | 0.250 | 155.00 | 116.00 | 38.75 | 29.00 | 29.00 | Rate reduced to 75% USAO |
| 05/19/15 | CEM | Intraoffice communication with A.Sauer regarding compensatory education and programming | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 31.88 | Rate reduced to Laffey (14-15) |
| 05/20/15 | MEG | Intraoffice communication with C. McAndrews regarding Complaint Update case status | 0.250 | 0.250 | 430.00 | 430.00 | 107.50 | 107.50 | 107.50 | - |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/20/15 | DCM | Preparation of Federal Court Complaint | 0.500 | 0.500 | 450.00 | 450.00 | 225.00 | 225.00 | 225.00 | - |
| 05/21/15 | MEG | Intraoffice communication with E. Bissell regarding Complaint Intraoffice communication with C. McAndrews and D.C. McAndrews regarding status | 0.375 | 0.375 | 430.00 | 430.00 | 161.25 | 161.25 | 161.25 | - |
| 05/21/15 | DCM | Review of file materials/Intraoffice communication regarding contacts for School District implementation Preparation of Federal Court Complaint | 1.000 | 1.000 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | - |
| 05/21/15 | AS | Intraoffice communication with C. McAndrews Preparation of correspondence to client | 0.500 | 0.500 | 155.00 | 116.00 | 77.50 | 58.00 | 58.00 | Rate reduced to 75% USAO |
| 05/21/15 | EB | Review and revise Complaint | 0.750 | 0.750 | 155.00 | 116.00 | 116.25 | 87.00 | 87.00 | Rate reduced to 75% USAO |
| 05/21/15 | JH | Review of email | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 05/21/15 | CEM | Preparation of correspondences to S. Cogdell regarding compensatory education Preparation of correspondence to client regarding contact Intraoffice communication with D.C. McAndrews regarding Complaint, Hearing Officer Decision implementation and appeal | 0.625 | 0.625 | 275.00 | 255.00 | 171.88 | 159.38 | 159.38 | Rate reduced to Laffey (14-15) |
| 05/22/15 | AS | Intraoffice communication with C. McAndrews, D.C. McAndrews and J. Hardy | 0.250 | 0.250 | 155.00 | 116.00 | 38.75 | 29.00 | 29.00 | Rate reduced to 75% USAO |
| 05/23/15 | JH | Review of file materials regarding deadlines | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 05/27/15 | MEG | Update case status Intraoffice communication with C. McAndrews regarding status | 0.250 | 0.250 | 430.00 | 430.00 | 107.50 | 107.50 | 107.50 | - |
| 05/27/15 | CEM | Intraoffice communication with M. Gehring regarding Complaint | 0.125 | 0.125 | 275.00 | 255.00 | 34.38 | 31.88 | 31.88 | Rate reduced to Laffey (14-15) |
| 05/28/15 | MEG | Intraoffice communication with J. Hardy and C. McAndrews regarding status Update case status | 0.250 | 0.250 | 430.00 | 430.00 | 107.50 | 107.50 | 107.50 | - |
| 05/28/15 | DCM | Preparation of Complaint | 0.125 | 0.125 | 450.00 | 450.00 | 56.25 | 56.25 | 56.25 | - |
| 05/28/15 | CEM | Intraoffice communication with J. Hardy regarding appeal | 0.250 | 0.250 | 275.00 | 255.00 | 68.75 | 63.75 | 63.75 | Rate reduced to Laffey (14-15) |
| 05/29/15 | MEG | Review and revise Complaint | 0.625 | 0.625 | 430.00 | 430.00 | 268.75 | 268.75 | 268.75 | - |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|------|----------|----------------|---------------|----------------|--------------|---------------|-------------|--------------|----------------|-------|
| 06/01/15 | DCM | Preparation of Complaint | 0.500 | 0.500 | 450.00 | 450.00 | 225.00 | 225.00 | 225.00 | - |
| 06/02/15 | EB | Preparation of CV for D.C. McAndrews | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 06/03/15 | CEM | Preparation of fee materials Intraoffice communication with A. Sauer regarding communication with client | 0.500 | 0.500 | 275.00 | 275.00 | 137.50 | 137.50 | 137.50 | - |
| 06/03/15 | MEG | Intraoffice communication with C. McAndrews and D.C. McAndrews regarding status | 0.375 | 0.375 | 430.00 | 430.00 | 161.25 | 161.25 | 161.25 | - |
| 06/05/15 | CEM | Review of correspondence from S. Cogdell regarding compensatory education Review of file materials regarding same Intraoffice communication with D.C. McAndrews regarding expert | 0.375 | 0.375 | 275.00 | 275.00 | 103.13 | 103.13 | 103.13 | - |
| 06/05/15 | DCM | Telephone communication with counsel, V. Porter | 0.250 | 0.250 | 450.00 | 450.00 | 112.50 | 112.50 | 112.50 | - |
| 06/08/15 | CEM | Intraoffice communication with D.C. McAndrews and A. Sauer regarding Hearing Officer Decision implementation Intraoffice communication with D.C. McAndrews regarding communication with client | 0.250 | 0.250 | 275.00 | 275.00 | 68.75 | 68.75 | 68.75 | - |
| 06/09/15 | MEG | Intraoffice communication with J. Hardy regarding filing | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 53.75 | - |
| 06/09/15 | DCM | Preparation of Complaint Review of file materials/Intraoffice communication regarding same | 0.250 | 0.250 | 450.00 | 450.00 | 112.50 | 112.50 | 112.50 | - |
| 06/09/15 | AS | Telephone communication with client Intraoffice communication with C. McAndrews, D.C. McAndrews and J. Hardy | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 06/09/15 | JH | Preparation of Complaint documents Finalize Complaint | 1.000 | 1.000 | 185.00 | 131.00 | 185.00 | 131.00 | 131.00 | Rate reduced to 85% USAO |
| 06/10/15 | CEM | Intraoffice communication regarding Federal Complaint Intraoffice communication with J. Hardy regarding Summons and Judge Intraoffice communication with D.C. McAndrews and J. Hardy regarding Complaint | 0.625 | 0.625 | 275.00 | 275.00 | 171.88 | 171.88 | 171.88 | - |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/10/15 | MEG | Intraoffice communication with J. Hardy regarding status | 0.250 | 0.250 | 430.00 | 430.00 | 107.50 | 107.50 | 107.50 | - |
| 06/10/15 | DCM | Preparation of materials to accompany Complaint | 0.250 | 0.250 | 450.00 | 450.00 | 112.50 | 112.50 | 112.50 | - |
| 06/10/15 | AS | Intraoffice communication with C. McAndrews, D.C. McAndrews and J. Hardy | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 06/10/15 | JH | Telephone communication with R. Dawson, District Court Federal District Court Finalize Notice Preparation of Certificate of Service Intraoffice communication | 0.500 | 0.500 | 185.00 | 131.00 | 92.50 | 65.50 | 65.50 | Rate reduced to 85% USAO |
| 06/12/15 | CEM | Review of correspondence from J. Michney regarding compensatory education | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - |
| 06/14/15 | CEM | Intraoffice communication with D.C. McAndrews regarding compensatory education Intraoffice communication with D.C. McAndrews and J. Hardy regarding negotiations and Complaint | 0.375 | 0.375 | 275.00 | 275.00 | 103.13 | 103.13 | 103.13 | - |
| 06/15/15 | CEM | Intraoffice communication with J. Hardy regarding Complaint | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - |
| 06/15/15 | MEG | Intraoffice communication with J. Hardy regarding service | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 53.75 | - |
| 06/15/15 | JH | Review of file materials regarding Complaint Preparation of correspondence to counsel, L. George | 0.375 | 0.375 | 185.00 | 131.00 | 69.38 | 49.13 | 49.13 | Rate reduced to 85% USAO |
| 06/16/15 | CEM | Review of Complaint Preparation of correspondence to J. Michney regarding compensatory education | 0.500 | 0.500 | 275.00 | 275.00 | 137.50 | 137.50 | 137.50 | - |
| 06/18/15 | CEM | Intraoffice communication with D.C. McAndrews regarding resolution | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - |
| 06/18/15 | DCM | Telephone communications with counsel, L. George Preparation of correspondence to counsel, A. Crawford | 0.625 | 0.625 | 450.00 | 450.00 | 281.25 | 281.25 | 281.25 | - |
| 06/18/15 | AS | Intraoffice communication with C. McAndrews | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 06/19/15 | DCM | Research regarding compensatory education | 0.250 | 0.250 | 450.00 | 450.00 | 112.50 | 112.50 | 112.50 | - |
| 06/20/15 | CEM | Intraoffice communication with D.C. McAndrews regarding resolution | 0.250 | 0.000 | 275.00 | 275.00 | 68.75 | 0.00 | 0.00 | Hours reduced (RSM) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/15 | CEM | Intraoffice communication with A. Sauer regarding compensatory education | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - |
| 06/30/15 | AS | Telephone communication with client Intraoffice communication with C. McAndrews | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 07/01/15 | AS | Telephone communication with client | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 07/02/15 | CEM | Intraoffice communication with J. Hardy regarding transcript | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - |
| 07/02/15 | MEG | Update case status | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 53.75 | - |
| 07/06/15 | CEM | Review of correspondence from A. Crawford regarding reimbursement Intraoffice communication with E. Gilmore regarding same | 0.250 | 0.250 | 275.00 | 275.00 | 68.75 | 68.75 | 68.75 | - |
| 07/06/15 | DCM | Review of file materials/Intraoffice communication regarding implementation issues | 0.250 | 0.250 | 450.00 | 450.00 | 112.50 | 112.50 | 112.50 | - |
| 07/07/15 | CEM | Preparation of correspondence to A. Crawford regarding reimbursement Intraoffice communication with D.C. McAndrews regarding same | 0.250 | 0.250 | 275.00 | 275.00 | 68.75 | 68.75 | 68.75 | - |
| 07/08/15 | AS | Telephone communication with client Intraoffice communication with C. McAndrews | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 07/15/15 | DCM | Preparation of correspondence to counsel, A. Crawford, regarding IEE reimbursement and global settlement | 0.375 | 0.375 | 450.00 | 450.00 | 168.75 | 168.75 | 168.75 | - |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/16/15 | CEM | Review of correspondence from A. Crawford regarding reimbursement<br>Review of correspondence from L. Levisohn regarding invoice<br>Intraoffice communication with D.C. McAndrews regarding same<br>Intraoffice communication with J. Hardy regarding service<br>Review of correspondence from A. Crawford, D.C. McAndrews, and E. Gilmore regarding reimbursement<br>Review of correspondence from D.C. McAndrews and A. Crawford regarding reimbursesment<br>Review of correspondence from counsel, M. Washington regarding settlement<br>Review of correspondence from D.C. McAndrews regarding invoice | 0.750 | 0.750 | 275.00 | 275.00 | 206.25 | 206.25 | 206.25 | - | |
| 07/16/15 | DCM | Review of correspondence from counsel, A. Crawford<br>Preparation of correspondence to counsel | 0.375 | 0.375 | 450.00 | 450.00 | 168.75 | 168.75 | 168.75 | - | |
| 07/16/15 | JH | Review of file materials/Intraoffice communication regarding service<br>Preparation of correspondence to counsel<br>Preparation of services documents | 1.375 | 1.375 | 185.00 | 131.00 | 254.38 | 180.13 | 180.13 | | Rate reduced to 85% USAO |
| 07/27/15 | CEM | Review of correspondence from counsel, L. George, regarding service<br>Intraoffice communication with D.C. McAndrews regarding same | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - | |
| 07/27/15 | MEG | Review of correspondence from counsel<br>Review of email regarding service | 0.250 | 0.250 | 430.00 | 430.00 | 107.50 | 107.50 | 107.50 | - | |
| 07/29/15 | DCM | Review of correspondence from counsel, L. George regarding service | 0.125 | 0.125 | 450.00 | 450.00 | 56.25 | 56.25 | 56.25 | - | |
| 07/30/15 | CEM | Intraoffice communication with D.C. McAndrews regarding service | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - | |
| 08/03/15 | CEM | Review of memorandum regarding service of process | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - | |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/05/15 | CEM | Intraoffice communication with D.C. McAndrews regarding service of process<br>Intraoffice communication with A. Sauer regarding call with client | 0.375 | 0.375 | 275.00 | 275.00 | 103.13 | 103.13 | 103.13 | - |
| 08/05/15 | DCM | Review of correspondence from counsel, L. Gease<br>Research regarding service of process | 0.500 | 0.500 | 450.00 | 450.00 | 225.00 | 225.00 | 225.00 | - |
| 08/05/15 | AS | Intraoffice communication with C. McAndrews<br>Telephone communication with client | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 08/06/15 | AS | Telephone communication with client<br>Intraoffice communication with C. McAndrews | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 08/07/15 | CEM | Intraoffice communication with A. Sauer regarding communication with client | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - |
| 08/07/15 | DCM | Review of file materials/Intraoffice communication regarding service and settlement | 0.250 | 0.250 | 450.00 | 450.00 | 112.50 | 112.50 | 112.50 | - |
| 08/10/15 | CEM | Intraoffice communication with H.B. Konkler-Goldsmith regarding Hearing Officer Decision<br>Intraoffice communication with A. Sauer regarding same<br>Intraoffice communication with J. Hardy, D.C. McAndrews and M. Gehring regarding service of process | 0.500 | 0.500 | 275.00 | 275.00 | 137.50 | 137.50 | 137.50 | - |
| 08/10/15 | HBK | Intraoffice communication with C. McAndrews regarding Hearing Officer Decision | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 53.75 | - |
| 08/10/15 | MEG | Intraoffice communication with D.C. McAndrews and J. Hardy regarding service<br>Research regarding same | 0.375 | 0.375 | 430.00 | 430.00 | 161.25 | 161.25 | 161.25 | - |
| 08/10/15 | DCM | Research<br>Preparation of documents for personal services | 0.250 | 0.250 | 450.00 | 450.00 | 112.50 | 112.50 | 112.50 | - |
| 08/10/15 | AS | Intraoffice communication with C. McAndrews, J. Hardy and M. Gehring | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 08/10/15 | JH | Review of file materials/Intraoffice communication regarding service<br>Preparation of correspondence to client | 0.375 | 0.375 | 185.00 | 131.00 | 69.38 | 49.13 | 49.13 | Rate reduced to 85% USAO |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/11/15 | CEM | Intraoffice communication with D.C. McAndrews and J. Hardy regarding service of process Intraoffice communication with A. Sauer regarding same Review of correspondence to process server | 0.500 | 0.500 | 275.00 | 275.00 | 137.50 | 137.50 | 137.50 | - |
| 08/11/15 | MEG | Intraoffice communication with J. Hardy and D.C. McAndrews regarding service | 0.250 | 0.250 | 430.00 | 430.00 | 107.50 | 107.50 | 107.50 | - |
| 08/11/15 | AS | Telephone communication with client Intraoffice communication with C. McAndrews | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 08/11/15 | JH | Review of file materials regarding service Preparation of email | 0.250 | 0.250 | 185.00 | 131.00 | 46.25 | 32.75 | 32.75 | Rate reduced to 85% USAO |
| 08/18/15 | CEM | Intraoffice communication with J. Hardy regarding reimbursement | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - |
| 08/20/15 | CEM | Intraoffice communication with J. Hardy regarding service | 0.250 | 0.250 | 275.00 | 275.00 | 68.75 | 68.75 | 68.75 | - |
| 08/20/15 | MEG | Intraoffice communication with J. Hardy regarding status Research | 0.375 | 0.375 | 430.00 | 430.00 | 161.25 | 161.25 | 161.25 | - |
| 08/20/15 | DCM | Review of file materials/Intraoffice communication regarding service of process | 0.250 | 0.250 | 450.00 | 450.00 | 112.50 | 112.50 | 112.50 | - |
| 08/23/15 | JH | Review of file materials regarding deadlines | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 08/24/15 | AS | Intraoffice communication with C. McAndrews | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 08/25/15 | CEM | Review of file materials regarding service of process Intraoffice communication with A. Sauer regarding service | 0.375 | 0.375 | 275.00 | 275.00 | 103.13 | 103.13 | 103.13 | - |
| 08/25/15 | AS | Preparation of correspondence to Office of Attorney General Intraoffice communication with C. McAndrews | 0.500 | 0.500 | 155.00 | 116.00 | 77.50 | 58.00 | 58.00 | Rate reduced to 75% USAO |
| 08/28/15 | CEM | Intraoffice communication with D.C. McAndrews regarding negotiation Intraoffice communication with J. Hardy regarding service | 0.250 | 0.250 | 275.00 | 275.00 | 68.75 | 68.75 | 68.75 | - |
| 08/28/15 | DCM | Review of file materials/Intraoffice communication regarding settlement, service of Complaint and implementation | 0.250 | 0.250 | 450.00 | 450.00 | 112.50 | 112.50 | 112.50 | - |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/28/15 | JH | Review of file materials regarding emails and Notification of Service | 0.250 | 0.250 | 185.00 | 131.00 | 46.25 | 32.75 | 32.75 | Rate reduced to 85% USAO |
| 08/31/15 | CEM | Review of correspondences from J. Michney regarding compensatory education Preparation of correspondence to J. Michney regarding same | 0.250 | 0.250 | 275.00 | 275.00 | 68.75 | 68.75 | 68.75 | - |
| 08/31/15 | JH | Review of file materials | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 08/31/15 | AS | Intraoffice communication with C. McAndrews, J. Hardy | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 09/02/15 | CEM | Intraoffice communication with J. Hardy regarding proof of service | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - |
| 09/03/15 | CEM | Telephone communication with counsel | 0.250 | 0.250 | 275.00 | 275.00 | 68.75 | 68.75 | 68.75 | - |
| 09/03/15 | JH | Review of file materials regarding Affidavits Finalize same | 0.250 | 0.250 | 185.00 | 131.00 | 46.25 | 32.75 | 32.75 | Rate reduced to 85% USAO |
| 09/04/15 | CEM | Review of correspondence from Court regarding Answer | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - |
| 09/04/15 | MEG | Intraoffice communication with D.C. McAndrews and C. McAndrews regarding status | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 53.75 | - |
| 09/04/15 | DCM | Review of correspondence from Clerk's Office | 0.125 | 0.125 | 450.00 | 450.00 | 56.25 | 56.25 | 56.25 | - |
| 09/04/15 | JH | Review of file materials regarding service | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 09/11/15 | MEG | Preparation of correspondences to counsel Review of correspondences from counsel Review of Complaint | 0.500 | 0.500 | 430.00 | 430.00 | 215.00 | 215.00 | 215.00 | - |
| 09/14/15 | CEM | Intraoffice communication with J. Hardy regarding counsel | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - |
| 09/15/15 | CEM | Intraoffice communication with A. Sauer regarding counseling Intraoffice communication with M. Gehring regarding Complaint and communication with School District Intraoffice communication with J. Hardy regarding counsel | 0.625 | 0.625 | 275.00 | 275.00 | 171.88 | 171.88 | 171.88 | - |
| 09/15/15 | MEG | Intraoffice communication with C. McAndrews regarding status Preparation of correspondence to counsel Amended Complaint Telephone communication with counsel | 0.750 | 0.750 | 430.00 | 430.00 | 322.50 | 322.50 | 322.50 | - |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/15/15 | AS | Telephone communication with client<br>Intraoffice communication with C. McAndrews | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 09/15/15 | JH | Review of file materials/Intraoffice communication regarding Amended Complaint<br>Finalize same | 0.375 | 0.375 | 185.00 | 131.00 | 69.38 | 49.13 | 49.13 | Rate reduced to 85% USAO |
| 09/16/15 | MEG | Review of correspondence from counsel<br>Preparation of correspondence to counsel<br>Intraoffice communication with J. Hardy regarding Complaint | 0.500 | 0.500 | 430.00 | 430.00 | 215.00 | 215.00 | 215.00 | - |
| 09/16/15 | JH | Review of file materials regarding Amended Complaint and Entry of Appearance<br>Finalize same<br>Preparation of Certificate of Service | 0.500 | 0.500 | 185.00 | 131.00 | 92.50 | 65.50 | 65.50 | Rate reduced to 85% USAO |
| 09/17/15 | CEM | Intraoffice communication with A. Sauer regarding counseling and LRE | 0.250 | 0.250 | 275.00 | 275.00 | 68.75 | 68.75 | 68.75 | - |
| 09/18/15 | CEM | Intraoffice communication with M. Gehring regarding Complaint | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - |
| 09/18/15 | MEG | Intraoffice communication with C. McAndrews regarding status | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 53.75 | - |
| 09/24/15 | HBK | Review of file materials/Intraoffice communication regarding status | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 53.75 | - |
| 09/24/15 | MEG | Update case status | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 53.75 | - |
| 09/24/15 | MJC | Intraoffice communication regarding status | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 53.75 | - |
| 09/24/15 | AB | Intraoffice communication regarding status | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 09/30/15 | CEM | Research regarding statute of limitations<br>Intraoffice communication regarding same | 0.250 | 0.250 | 275.00 | 275.00 | 68.75 | 68.75 | 68.75 | - |
| 09/30/15 | DCM | Research regarding statute of limitations and compensatory education<br>Preparation of materials regarding same | 1.250 | 1.250 | 450.00 | 450.00 | 562.50 | 562.50 | 562.50 | - |
| 10/01/15 | CEM | Research regarding resolution<br>Telephone communication with A. Finkhousen regarding case law and resolution<br>Preparation of correspondence to A. Finkhousen regarding same | 0.875 | 0.875 | 275.00 | 275.00 | 240.63 | 240.63 | 240.63 | - |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/01/15 | MEG | Intraoffice communication with C. McAndrews regarding status Review of C. McAndrews email to A. Finkhousen | 0.375 | 0.375 | 430.00 | 430.00 | 161.25 | 161.25 | 161.25 | - |
| 10/02/15 | CEM | Intraoffice communication with D.C. McAndrews regarding Answer and resolution Review of correspondence from counsel Preparation of correspondence to counsel | 0.250 | 0.250 | 275.00 | 275.00 | 68.75 | 68.75 | 68.75 | - |
| 10/02/15 | MEG | Review of email from Court Intraoffice communication with J. Hardy regarding Answer Review of documents for call with Court Intraoffice communication with J. Hardy regarding conference call Telephone communication with counsel Conference call with Court Review of correspondence from counsel Preparation of correspondence to counsel | 1.625 | 1.625 | 430.00 | 430.00 | 698.75 | 698.75 | 698.75 | - |
| 10/02/15 | DCM | Review of file materials/Intraoffice communication regarding settlement issues Review Answer of Defendant | 0.250 | 0.250 | 450.00 | 450.00 | 112.50 | 112.50 | 112.50 | - |
| 10/02/15 | JH | Preparation of email to Chambers Review of emails regarding conference call | 0.250 | 0.250 | 185.00 | 131.00 | 46.25 | 32.75 | 32.75 | Rate reduced to 85% USAO |
| 10/05/15 | MEG | Review of Court Order | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 53.75 | - |
| 10/05/15 | JH | Review of file materials regarding deadlines | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 10/09/15 | CEM | Intraoffice communication with M. Gehring regarding Amended Answer | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - |
| 10/09/15 | MEG | Review of correspondences from counsel Preparation of correspondences to counsel Review of Answer Update case status | 0.875 | 0.875 | 430.00 | 430.00 | 376.25 | 376.25 | 376.25 | - |
| 10/11/15 | JH | Review of file materials regarding Order and deadlines | 0.625 | 0.625 | 185.00 | 131.00 | 115.63 | 81.88 | 81.88 | Rate reduced to 85% USAO |
| 10/15/15 | CEM | Intraoffice communication with M. Gehring regarding resolution | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|------|----------|----------------|---------------|----------------|--------------|---------------|-------------|--------------|----------------|-------|
| 10/16/15 | CEM | Telephone communication with counsel, A. Finkhousen, regarding resolution | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - |
| 10/20/15 | MEG | Review of Court Notice Review of Amended Complaint | 0.250 | 0.250 | 430.00 | 430.00 | 107.50 | 107.50 | 107.50 | - |
| 10/20/15 | JH | Review of file materials regarding Motion for Leave to File Answer to Amended Complaint | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 10/21/15 | CEM | Intraoffice communication with J. Hardy regarding Amended Answer | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - |
| 10/21/15 | DCM | Review of Defendant's Motion to File Amended Pleadings | 0.250 | 0.250 | 450.00 | 450.00 | 112.50 | 112.50 | 112.50 | - |
| 10/22/15 | CEM | Preparation of correspondence to DCPS regarding Compliance Case Manager Preparation of correspondence to A. Anokye regarding conference call Review of correspondence from A. Anokye regarding same | 0.375 | 0.375 | 275.00 | 275.00 | 103.13 | 103.13 | 103.13 | - |
| 10/22/15 | DCM | Review of file materials/Intraoffice communication regarding status | 0.125 | 0.125 | 450.00 | 450.00 | 56.25 | 56.25 | 56.25 | - |
| 10/23/15 | CEM | Intraoffice communication with H.B. Konkler-Goldsmith, A. Sauer regarding negotiations Telephone communication with A. Anokye regarding resolution | 0.250 | 0.250 | 275.00 | 275.00 | 68.75 | 68.75 | 68.75 | - |
| 10/23/15 | HBK | Intraoffice communication with C. McAndrews and A. Sauer regarding negotiations | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 53.75 | - |
| 10/23/15 | AS | Intraoffice communication with C. McAndrews and H.B. Konkler-Goldsmith | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 10/24/15 | CEM | Preparation of correspondence to A. Anokye regarding resolution | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - |
| 10/26/15 | CEM | Review of correspondence from A. Anokye regarding conference call | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - |
| 10/26/15 | DCM | Research regarding statute of limitations | 0.500 | 0.500 | 450.00 | 450.00 | 225.00 | 225.00 | 225.00 | - |
| 10/27/15 | CEM | Preparation of correspondence to A. Anokye regarding conference call | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/02/15 | CEM | Intraoffice communication with A. Sauer regarding meeting Telephone communication with A. Anokye regarding resolution | 0.250 | 0.250 | 275.00 | 275.00 | 68.75 | 68.75 | 68.75 | - |
| 11/02/15 | AS | Intraoffice communication with C. McAndrews Telephone communication with client | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 11/03/15 | CEM | Telephone communication with A. Anokye regarding resolution | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - |
| 11/03/15 | AS | Intraoffice communication with C. McAndrews Telephone communication with client | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 11/04/15 | CEM | Telephone communication with A. Anokye regarding settlement Intraoffice communication with A. Sauer regarding behavior | 0.250 | 0.250 | 275.00 | 275.00 | 68.75 | 68.75 | 68.75 | - |
| 11/04/15 | AS | Intraoffice communication with C. McAndrews Telephone communication with client | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 11/05/15 | CEM | Telephone communication with counsel, M. Washington, regarding resolution Preparation of correspondence to counsel regarding same | 0.250 | 0.250 | 275.00 | 275.00 | 68.75 | 68.75 | 68.75 | - |
| 11/05/15 | AS | Intraoffice communication with C. McAndrews Telephone communication with client | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 11/06/15 | AS | Telephone communication with client Intraoffice communication with C. McAndrews | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 11/10/15 | CEM | Intraoffice communication with A. Sauer regarding communication with client | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - |
| 11/10/15 | AS | Telephone communication with client Intraoffice communication with C. McAndrews | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 11/13/15 | DCM | Review of file materials/Intraoffice communication regarding implementation issues | 0.250 | 0.250 | 450.00 | 450.00 | 112.50 | 112.50 | 112.50 | - |
| 11/13/15 | AS | Telephone communication with client Preparation of correspondence to client Intraoffice communication with C. McAndrews | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/13/15 | CEM | Intraoffice communication with D.C. McAndrews regarding negotiations<br>Intraoffice communication with A. Sauer regarding IEP Meeting | 0.500 | 0.250 | 275.00 | 275.00 | 137.50 | 68.75 | 68.75 | Hours reduced (IEP) |
| 11/16/15 | AS | Intraoffice communication with C. McAndrews | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 11/16/15 | CEM | Intraoffice communication with A. Sauer regarding behavior meeting<br>Preparation of correspondence to client regarding same | 0.375 | 0.000 | 275.00 | 275.00 | 103.13 | 0.00 | 0.00 | Hours reduced (non-compensable) |
| 11/17/15 | DCM | Review of behavior reports<br>Preparation for meeting | 0.250 | 0.250 | 450.00 | 450.00 | 112.50 | 112.50 | 112.50 | - |
| 11/17/15 | AS | Intraoffice communication with C. McAndrews<br>Review of correspondence from client | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 11/17/15 | CEM | Intraoffice communication with A. Sauer regarding behavior meeting<br>Review of correspondences from client regarding discipline and meeting<br>Review of file materials regarding behavior<br>Intraoffice communication with D.C. McAndrews regarding meeting<br>Preparation of correspondence to client regarding same<br>Travel to and attendance at MDT Meeting | 3.500 | 0.000 | 275.00 | 275.00 | 962.50 | 0.00 | 0.00 | Hours reduced (non-compensable) |
| 11/18/15 | MEG | Review of Court Order | 0.250 | 0.250 | 430.00 | 430.00 | 107.50 | 107.50 | 107.50 | - |
| 11/18/15 | JH | Review of file materials regarding Administrative Record | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 11/19/15 | DCM | Review of file materials/Intraoffice communication regarding implementation issues | 0.125 | 0.125 | 450.00 | 450.00 | 56.25 | 56.25 | 56.25 | - |
| 11/19/15 | CEM | Intraoffice communication with D.C. McAndrews regarding IEP Meeting<br>Review of correspondence from colleague regarding transition<br>Preparation of correspondence to colleague regarding same | 0.375 | 0.000 | 275.00 | 275.00 | 103.13 | 0.00 | 0.00 | Hours reduced (IEP) |
| 11/23/15 | CEM | Review of correspondence from colleague regarding LRE<br>Preparation of correspondence to colleague regarding same | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/24/15 | CEM | Intraoffice communication with H.B. Konkler-Goldsmith regarding appeal | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - |
| 11/24/15 | HBK | Review of file materials/Intraoffice communication with C. McAndrews regarding case status | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 53.75 | - |
| 11/30/15 | CEM | Intraoffice communication with D.C. McAndrews regarding appeal | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - |
| 12/01/15 | CEM | Review of Amended Answer | 0.250 | 0.250 | 275.00 | 275.00 | 68.75 | 68.75 | 68.75 | - |
| 12/02/15 | CEM | Intraoffice communication with D.C. McAndrews regarding negotiations | 0.375 | 0.375 | 275.00 | 275.00 | 103.13 | 103.13 | 103.13 | - |
| 12/14/15 | AS | Intraoffice communication with C. McAndrews Telephone communication with client | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 12/14/15 | CEM | Review of file materials regarding Wechsler testing Intraoffice communication with H.B. Konkler-Goldsmith regarding IEE Intraoffice communication with A. Sauer regarding IEE | 0.375 | 0.125 | 275.00 | 275.00 | 103.13 | 34.38 | 34.38 | Hours reduced (IEE) |
| 12/15/15 | CEM | Intraoffice communication with D.C. McAndrews regarding compensatory education | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - |
| 12/15/15 | DCM | Review of file materials/Intraoffice communication regarding settlement | 0.250 | 0.250 | 450.00 | 450.00 | 112.50 | 112.50 | 112.50 | - |
| 12/16/15 | CEM | Intraoffice communication with A. Sauer regarding client communication Preparation of correspondence to A. Allen-King regarding compensatory education | 0.375 | 0.375 | 275.00 | 275.00 | 103.13 | 103.13 | 103.13 | - |
| 12/16/15 | AS | Telephone communication with client Intraoffice communication with C. McAndrews | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 12/17/15 | CEM | Telephone communication with A. King regarding settlement Intraoffice communication with D.C. McAndrews regarding same Research regarding reading instruction | 0.375 | 0.375 | 275.00 | 275.00 | 103.13 | 103.13 | 103.13 | - |
| 12/17/15 | DCM | Review of file materials/Intraoffice communication regarding settlement Preparation of correspondence to client | 0.375 | 0.375 | 450.00 | 450.00 | 168.75 | 168.75 | 168.75 | - |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/18/15 | CEM | Intraoffice communication with H.B. Konkler-Goldsmith regarding negotiations | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - |
| 12/18/15 | MEG | Telephone communications with counsel Intraoffice communication with J. Hardy regarding status | 0.625 | 0.625 | 430.00 | 430.00 | 268.75 | 268.75 | 268.75 | - |
| 12/21/15 | MEG | Review of file materials Intraoffice communication with J. Hardy regarding status Preparation of records | 1.375 | 1.375 | 430.00 | 430.00 | 591.25 | 591.25 | 591.25 | - |
| 12/26/15 | JH | Review of file materials regarding deadline | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 12/28/15 | CEM | Telephone communication with A. Allen-King regarding settlement Preparation of correspondence to A. Allen-King regarding same | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - |
| 01/03/16 | MEG | Preparation of Motion for Judgment Review of transcripts Review of Exhibits | 6.875 | 6.875 | 430.00 | 430.00 | 2,956.25 | 2,956.25 | 2,956.25 | - |
| 01/04/16 | CEM | Intraoffice communication with M. Gehring regarding brief Review of Motion for Extension | 0.250 | 0.250 | 275.00 | 275.00 | 68.75 | 68.75 | 68.75 | - |
| 01/04/16 | MEG | Intraoffice communication with D.C. McAndrews regarding status Intraoffice communication with C. McAndrews regarding same and Motion Correspondence with counsel, A. Finkhousen Preparation of Extension Motion papers Preparation of correspondence to counsel Preparation of Motion for Judgment Intraoffice communication with J. Hardy regarding filing | 8.625 | 8.625 | 430.00 | 430.00 | 3,708.75 | 3,708.75 | 3,708.75 | - |
| 01/04/16 | DCM | Preparation of Motion on Administrative Record | 0.125 | 0.125 | 450.00 | 450.00 | 56.25 | 56.25 | 56.25 | - |
| 01/04/16 | JH | Review of file materials/Intraoffice communication regarding Motion for Extension Preparation of Certificate of Service Preparation of correspondence to Judge Huvelle | 0.625 | 0.625 | 185.00 | 131.00 | 115.63 | 81.88 | 81.88 | Rate reduced to 85% USAO |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|------|----------|----------------|---------------|----------------|--------------|---------------|-------------|--------------|----------------|-------|
| 01/05/16 | MEG | Telephone communication with counsel, A. Finkhousen Review of Court Order Preparation of Motion for Judgment | 6.375 | 6.375 | 430.00 | 430.00 | 2,741.25 | 2,741.25 | 2,741.25 | - |
| 01/06/16 | CEM | Telephone communication with counsel, A. Allen-King, regarding resolution Review of file materials regarding same | 0.250 | 0.250 | 275.00 | 275.00 | 68.75 | 68.75 | 68.75 | - |
| 01/06/16 | MEG | Preparation of Motion for Judgment | 7.750 | 7.750 | 430.00 | 430.00 | 3,332.50 | 3,332.50 | 3,332.50 | - |
| 01/06/16 | JH | Review of file materials regarding deadlines | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 01/07/16 | CEM | Preparation of correspondence to counsel | 0.250 | 0.250 | 275.00 | 275.00 | 68.75 | 68.75 | 68.75 | - |
| 01/07/16 | MEG | Update case status | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 53.75 | - |
| 01/08/16 | DCM | Review of correspondence from client | 0.125 | 0.125 | 450.00 | 450.00 | 56.25 | 56.25 | 56.25 | - |
| 01/13/16 | CEM | Review of correspondence from A. McLaughlin regarding reimbursement Preparation of correspondences to A. McLaughlin regarding same Intraoffice communication with E. Gilmore regarding reimbursement Telephone communication with A. Anokye regarding compensatory education Preparation of correspondence to A. Anokye regarding same Telephone communication with client regarding settlement and IEP Meeting Intraoffice communication with D.C. McAndrews, M. Gehring and H.B. Konkler-Goldsmith regarding settlement Review of correspondence from counsel, M. Washington, regarding settlement Preparation of correspondence to counsel regarding same | 1.125 | 1.125 | 275.00 | 275.00 | 309.38 | 309.38 | 309.38 | - |
| 01/13/16 | MEG | Preparation of Motion for Judgment | 2.125 | 2.125 | 430.00 | 430.00 | 913.75 | 913.75 | 913.75 | - |
| 01/13/16 | DCM | Review of file materials/Intraoffice communication regarding settlement and status | 0.125 | 0.125 | 450.00 | 450.00 | 56.25 | 56.25 | 56.25 | - |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/13/16 | AS | Telephone communication with client<br>Intraoffice communication with C. McAndrews | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 01/14/16 | CEM | Review of correspondence from counsel, A. Allen-King, regarding settlement<br>Preparation of correspondence to counsel regarding same | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - |
| 01/14/16 | MEG | Preparation of Motion for Judgment<br>Review of email to A. Allarking | 6.125 | 6.125 | 430.00 | 430.00 | 2,633.75 | 2,633.75 | 2,633.75 | - |
| 01/14/16 | DCM | Review of file materials/Intraoffice communication regarding implementation and compensatory education | 0.125 | 0.125 | 450.00 | 450.00 | 56.25 | 56.25 | 56.25 | - |
| 01/15/16 | CEM | Review of correspondence from client regarding IEP<br>Review of correspondence from A. Allen-King regarding settlement<br>Intraoffice communication with D.C. McAndrews and M. Gehring regarding same | 0.375 | 0.375 | 275.00 | 275.00 | 103.13 | 103.13 | 103.13 | - |
| 01/15/16 | MEG | Preparation of Motion for Judgment<br>Intraoffice communication with D.C. McAndrews and C. McAndrews regarding status | 2.250 | 2.250 | 430.00 | 430.00 | 967.50 | 967.50 | 967.50 | - |
| 01/15/16 | JH | Review of emails | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 01/16/16 | DCM | Review of correspondence from counsel, A. Allen-King<br>Review of file materials/Intraoffice communication regarding settlement | 0.375 | 0.375 | 450.00 | 450.00 | 168.75 | 168.75 | 168.75 | - |
| 01/17/16 | MEG | Preparation of Motion for Judgment<br>Intraoffice communication with D.C. McAndrews, H.B. Konkler-Goldsmith, C. McAndrews and M. Connolly regarding Brief | 6.250 | 6.250 | 430.00 | 430.00 | 2,687.50 | 2,687.50 | 2,687.50 | - |
| 01/18/16 | CEM | Intraoffice communication with M. Gehring and D.C. McAndrews regarding Memorandum of Law | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - |
| 01/18/16 | MEG | Intraoffice communication with D.C. McAndrews regarding Brief | 0.250 | 0.250 | 430.00 | 430.00 | 107.50 | 107.50 | 107.50 | - |
| 01/18/16 | MJC | Review and revise Brief in Support of Motion for Summary Judgment | 1.500 | 1.500 | 430.00 | 430.00 | 645.00 | 645.00 | 645.00 | - |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/18/16 | DCM | Preparation of Memorandum for District Court | 1.000 | 1.000 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | - |
| 01/18/16 | JH | Review of emails | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 01/19/16 | CEM | Intraoffice communication with M. Gehring regarding case law | 0.250 | 0.250 | 275.00 | 275.00 | 68.75 | 68.75 | 68.75 | - |
| 01/19/16 | MEG | Additional research Review and revise Motion for Judgment | 6.750 | 6.750 | 430.00 | 430.00 | 2,902.50 | 2,902.50 | 2,902.50 | - |
| 01/19/16 | DCM | Preparation of Memorandum of Law | 0.500 | 0.500 | 450.00 | 450.00 | 225.00 | 225.00 | 225.00 | - |
| 01/20/16 | CEM | Review and revise Memorandum | 1.000 | 1.000 | 275.00 | 275.00 | 275.00 | 275.00 | 275.00 | - |
| 01/20/16 | MEG | Preparation of Motion for Judgment | 7.000 | 7.000 | 430.00 | 430.00 | 3,010.00 | 3,010.00 | 3,010.00 | - |
| 01/21/16 | CEM | Review and revise Brief | 1.375 | 1.375 | 275.00 | 275.00 | 378.13 | 378.13 | 378.13 | - |
| 01/21/16 | MEG | Preparation of Motion for Judgment Intraoffice communication with C. McAndrews regarding status Intraoffice communication with D.C. McAndrews regarding Brief Intraoffice communication with A. Butler regarding tables | 5.750 | 5.750 | 430.00 | 430.00 | 2,472.50 | 2,472.50 | 2,472.50 | - |
| 01/21/16 | DCM | Preparation of memorandum | 1.375 | 1.375 | 450.00 | 450.00 | 618.75 | 618.75 | 618.75 | - |
| 01/21/16 | AB | Preparation of exhibits | 1.000 | 1.000 | 155.00 | 116.00 | 155.00 | 116.00 | 116.00 | Rate reduced to 75% USAO |
| 01/22/16 | MEG | Preparation of Motion papers File same Intraoffice communication with D.C. McAndrews regarding Motion papers | 5.750 | 5.750 | 430.00 | 430.00 | 2,472.50 | 2,472.50 | 2,472.50 | - |
| 01/22/16 | DCM | Preparation of Memorandum of Law | 1.500 | 1.500 | 450.00 | 450.00 | 675.00 | 675.00 | 675.00 | - |
| 01/22/16 | JH | Review of file materials/Intraoffice communication regarding Motion for Summary Judgment Preparation of correspondence to Judge Huvelle Preparation of Certificate of Service Finalize Motion Review of Exhibits | 1.125 | 1.125 | 185.00 | 131.00 | 208.13 | 147.38 | 147.38 | Rate reduced to 85% USAO |
| 01/25/16 | CEM | Intraoffice communication with D.C. McAndrews regarding appeal | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - |
| 01/27/16 | CEM | Intraoffice communication with H.B. Konkler-Goldsmith regarding settlement | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/27/16 | HBK | Intraoffice communication with C. McAndrews regarding settlement | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 53.75 | - |
| 01/27/16 | AS | Intraoffice communication with H.B. Konkler-Goldsmith regarding settlement | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 01/28/16 | HBK | Review of file materials/Intraoffice communication regarding settlement issues | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 53.75 | - |
| 01/28/16 | MJC | Intraoffice communication regarding Case Status - Motion filed, awaiting response | 0.250 | 0.250 | 430.00 | 430.00 | 107.50 | 107.50 | 107.50 | - |
| 01/28/16 | DCM | Review of file materials/Intraoffice communication regarding settlement issues | 0.125 | 0.125 | 450.00 | 450.00 | 56.25 | 56.25 | 56.25 | - |
| 01/28/16 | JH | Review of file materials/Intraoffice communication regarding settlement issues | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 01/29/16 | AB | Intraoffice communication regarding Motion and Response | 0.250 | 0.250 | 155.00 | 116.00 | 38.75 | 29.00 | 29.00 | Rate reduced to 75% USAO |
| 01/29/16 | JH | Review of emails | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 01/29/16 | CEM | Review of file materials regarding evaluations and IEP Intraoffice communication with D.C. McAndrews regarding same and IEP Meeting | 3.875 | 0.000 | 275.00 | 275.00 | 1,065.63 | 0.00 | 0.00 | Hours reduced (IEP) |
| 01/29/16 | MEG | Intraoffice communication with D.C. McAndrews and C. McAndrews regarding IEP | 0.125 | 0.000 | 430.00 | 430.00 | 53.75 | 0.00 | 0.00 | Hours reduced (IEP) |
| 01/31/16 | CEM | Review of file materials regarding IEP Meeting Telephone communication with client regarding same | 0.250 | 0.000 | 275.00 | 275.00 | 68.75 | 0.00 | 0.00 | Hours reduced (IEP) |
| 02/01/16 | AS | Telephone communication with client Intraoffice communication with C. McAndrews | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 02/01/16 | CEM | Telephone communication with client Preparation of notes to file Intraoffice communication with H.B. Konkler-Goldsmith regarding Due Process Hearing Intraoffice communication with A. Sauer regarding IEP Meeting | 0.875 | 0.500 | 275.00 | 275.00 | 240.63 | 137.50 | 137.50 | Hours reduced (IEP) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/01/16 | MEG | Intraoffice communication with D.C. McAndrews and C. McAndrews regarding IEP | 0.125 | 0.000 | 430.00 | 430.00 | 53.75 | 0.00 | 0.00 | Hours reduced (IEP) |
| 02/02/16 | AS | Intraoffice communication with C. McAndrews Telephone communication with client | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 02/02/16 | CEM | Intraoffice communication with A. Sauer regarding IEP Meeting | 0.125 | 0.000 | 275.00 | 275.00 | 34.38 | 0.00 | 0.00 | Hours reduced (IEP) |
| 02/04/16 | AS | Intraoffice communication with C. McAndrews Telephone communication with client regarding conference call | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 02/04/16 | CEM | Telephone communications with client regarding IEP Meeting Intraoffice communication with M. Acosta and A. Sauer regarding conference call Telephone communication with counsel, A. Finkhousen, regarding settlement | 0.625 | 0.500 | 275.00 | 275.00 | 171.88 | 137.50 | 137.50 | Hours reduced (IEP) |
| 02/05/16 | CEM | Review of file materials regarding IEP Meeting | 0.500 | 0.000 | 275.00 | 275.00 | 137.50 | 0.00 | 0.00 | Hours reduced (IEP) |
| 02/06/16 | CEM | Preparation of correspondence to client regarding meeting Review of correspondence from client regarding same Telephone communication with client regarding meeting Travel to and attendance at client meeting regarding IEP | 1.750 | 0.000 | 275.00 | 275.00 | 481.25 | 0.00 | 0.00 | Hours reduced (IEP) |
| 02/08/16 | AS | Telephone communication with client Intraoffice communication with C. McAndrews | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 02/08/16 | CEM | Intraoffice communication with A. Sauer regarding IEP Meeting Preparation of correspondence to counsel Intraoffice communication with D.C. McAndrews regarding IEP Meeting | 0.750 | 0.000 | 275.00 | 275.00 | 206.25 | 0.00 | 0.00 | Hours reduced (IEP) |
| 02/09/16 | AS | Telephone communication with client Intraoffice communication with C. McAndrews | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/09/16 | CEM | Intraoffice communication with D.C. McAndrews regarding settlement<br>Preparation of correspondence to counsel<br>Intraoffice communication with A. Sauer regarding IEP meeting<br>Telephone communication with counsel | 0.625 | 0.500 | 275.00 | 275.00 | 171.88 | 137.50 | 137.50 | Hours reduced (IEP) |
| 02/11/16 | DCM | Review of file materials/Intraoffice communication regarding settlement | 0.250 | 0.250 | 450.00 | 450.00 | 112.50 | 112.50 | 112.50 | - |
| 02/11/16 | AS | Telephone communication with client<br>Intraoffice communication with C. McAndrews | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 02/11/16 | CEM | Intraoffice communication with A. Sauer regarding IEP Meeting, exclusion, IEP and field trip | 0.500 | 0.000 | 275.00 | 275.00 | 137.50 | 0.00 | 0.00 | Hours reduced (IEP) |
| 02/12/16 | CEM | Review of correspondences from counsel, A. Finkhousen, regarding settlement<br>Preparation of correspondences to counsel regarding same<br>Intraoffice communication with D.C. McAndrews regarding settlement<br>Telephone communications with counsel regarding same | 0.750 | 0.750 | 275.00 | 275.00 | 206.25 | 206.25 | 206.25 | - |
| 02/12/16 | MEG | Review of correspondences from counsel, A. Finkhousen<br>Intraoffice communication with C. McAndrews regarding same | 0.375 | 0.375 | 430.00 | 430.00 | 161.25 | 161.25 | 161.25 | - |
| 02/12/16 | DCM | Review of multiple emails of A. Finkhousen, C. McAndrews<br>Review of file materials/Intraoffice communication regarding settlement | 0.375 | 0.375 | 450.00 | 450.00 | 168.75 | 168.75 | 168.75 | - |
| 02/15/16 | JH | Review of file materials regarding deadlines | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 02/17/16 | AS | Telephone communication with client regarding IEP<br>Intraoffice communication with C. McAndrews | 0.125 | 0.000 | 155.00 | 116.00 | 19.38 | 0.00 | 0.00 | Hours reduced (IEP); Rate reduced to 75% USAO |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/17/16 | CEM | Intraoffice communication with A. Sauer regarding IEP Meeting and field trip<br>Review of correspondence from colleague regarding negotiations<br>Preparation of correspondence to colleague regarding same<br>Research regarding placement<br>Telephone communication with regarding mental health | 0.875 | 0.125 | 275.00 | 275.00 | 240.63 | 34.38 | 34.38 | Hours reduced (non-compensable) |
| 02/18/16 | CEM | Telephone communications with client regarding mental health and residence | 0.500 | 0.000 | 275.00 | 275.00 | 137.50 | 0.00 | 0.00 | Hours reduced (non-compensable) |
| 02/19/16 | MEG | Review of correspondence from counsel, A. Finkhousen<br>Review of correspondence to counsel<br>Update case status | 0.375 | 0.375 | 430.00 | 430.00 | 161.25 | 161.25 | 161.25 | - |
| 02/19/16 | DCM | Review of correspondence from counsel, A. Finkhousen<br>Review of file materials/Intraoffice communication regarding settlement | 0.500 | 0.500 | 450.00 | 450.00 | 225.00 | 225.00 | 225.00 | - |
| 02/19/16 | CEM | Review of correspondences from counsel, A. Finkhousen, regarding settlement<br>Intraoffice communication with D.C. McAndrews regarding same<br>Preparation of correspondence to counsel regarding settlement<br>Preparation of correspondence to N. Gregorson regarding compensatory education<br>Review of correspondence from N. Gregorson regarding same<br>Telephone communication with client regarding IEP Meeting | 1.125 | 1.000 | 275.00 | 275.00 | 309.38 | 275.00 | 275.00 | Hours reduced (IEP) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/22/16 | CEM | Correspondence with N. Gregorson regarding compensatory education Intraoffice communication with D.C. McAndrews regarding same Telephone communication with client regarding compensatory education Preparation of correspondence to counsel, A. Finkhousen, regarding same Intraoffice communication with A. Sauer regarding evaluation Intraoffice communication with D.C. McAndrews regarding educational needs | 0.750 | 0.750 | 275.00 | 275.00 | 206.25 | 206.25 | 206.25 | - |
| 02/22/16 | DCM | Review of file materials/Intraoffice communication regarding settlement | 0.125 | 0.125 | 450.00 | 450.00 | 56.25 | 56.25 | 56.25 | - |
| 02/22/16 | AS | Intraoffice communication with C. McAndrews | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 02/23/16 | CEM | Intraoffice communication with A. Sauer regarding IEP | 0.125 | 0.000 | 275.00 | 275.00 | 34.38 | 0.00 | 0.00 | Hours reduced (IEP) |
| 02/24/16 | CEM | Intraoffice communication with A. Sauer regarding IEP Meeting and IEP | 0.250 | 0.000 | 275.00 | 275.00 | 68.75 | 0.00 | 0.00 | Hours reduced (IEP) |
| 02/24/16 | DCM | Review Brief of DCPS regarding Judgment on Administrative Record Review IEP or ER | 1.000 | 0.750 | 450.00 | 450.00 | 450.00 | 337.50 | 337.50 | Hours reduced (IEP) |
| 02/24/16 | AS | Intraoffice communication with C. McAndrews Telephone communication with client | 0.125 | 0.000 | 155.00 | 116.00 | 19.38 | 0.00 | 0.00 | Hours reduced (IEP); Rate reduced to 75% USAO |
| 02/26/16 | MEG | Preparation of Response Brief | 0.375 | 0.375 | 430.00 | 430.00 | 161.25 | 161.25 | 161.25 | - |
| 02/27/16 | MEG | Preparation of Response Brief | 1.500 | 1.500 | 430.00 | 430.00 | 645.00 | 645.00 | 645.00 | - |
| 02/27/16 | CEM | Intraoffice communication with A. Sauer regarding IEP Intraoffice communication with J. Hardy regarding alerts | 0.250 | 0.000 | 275.00 | 275.00 | 68.75 | 0.00 | 0.00 | Hours reduced (IEP) |
| 02/29/16 | MEG | Preparation of Response Brief | 6.750 | 6.750 | 430.00 | 430.00 | 2,902.50 | 2,902.50 | 2,902.50 | - |
| 02/29/16 | CEM | Intraoffice communication with H.B. Konkler-Goldsmith regarding settlement Review of correspondence from client Intraoffice communication with A. Sauer regarding records | 0.375 | 0.250 | 275.00 | 275.00 | 103.13 | 68.75 | 68.75 | Hours reduced (IEP) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/29/16 | AS | Telephone communication with client regarding IEP and FBA Intraoffice communication with C. McAndrews | 0.125 | 0.000 | 155.00 | 116.00 | 19.38 | 0.00 | 0.00 | Hours reduced (IEP); Rate reduced to 75% USAO |
| 03/01/16 | MEG | Preparation of Response Brief Intraoffice communication with D.C. McAndrews, M. Connolly, H.B. Konkler-Goldsmith and C. McAndrews regarding Brief Intraoffice communication with A. Butler regarding Brief | 7.625 | 7.625 | 430.00 | 430.00 | 3,278.75 | 3,278.75 | 3,278.75 | - |
| 03/01/16 | AS | Telephone communication with client regarding IEP Intraoffice communication with C. McAndrews regarding same | 0.125 | 0.000 | 155.00 | 116.00 | 19.38 | 0.00 | 0.00 | Hours reduced (IEP); Rate reduced to 75% USAO |
| 03/02/16 | MEG | Intraoffice communication with C. McAndrews regarding status Review of correspondence from counsel, A. Finkhousen | 0.500 | 0.500 | 430.00 | 430.00 | 215.00 | 215.00 | 215.00 | - |
| 03/02/16 | MJC | Review and revise Response | 1.375 | 1.375 | 430.00 | 430.00 | 591.25 | 591.25 | 591.25 | - |
| 03/02/16 | CEM | Intraoffice communication with A. Sauer regarding IEP Meeting and IEP Telephone communication with client regarding same Intraoffice communication with M. Gehring regarding settlement Review of correspondence from counsel, A. Finkhousen, regarding compensatory education | 0.875 | 0.375 | 275.00 | 275.00 | 240.63 | 103.13 | 103.13 | Hours reduced (IEP) |
| 03/02/16 | AS | Intraoffice communication with C. McAndrews Telephone communication with client regarding IEP | 0.125 | 0.000 | 155.00 | 116.00 | 19.38 | 0.00 | 0.00 | Hours reduced (IEP); Rate reduced to 75% USAO |
| 03/03/16 | MEG | Preparation of Response Brief Intraoffice communication with C. McAndrews and D.C. McAndrews regarding compensatory education and cases | 9.000 | 9.000 | 430.00 | 430.00 | 3,870.00 | 3,870.00 | 3,870.00 | - |
| 03/03/16 | AS | Telephone communication with client regarding evaluation Intraoffice communication with C. McAndrews regarding same | 0.125 | 0.000 | 155.00 | 116.00 | 19.38 | 0.00 | 0.00 | Hours reduced (Evaluation); Rate reduced to 75% USAO |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|------|----------|----------------|---------------|----------------|--------------|---------------|-------------|--------------|----------------|-------|
| 03/03/16 | CEM | Intraoffice communication with M. Gehring regarding settlement Intraoffice communication with D.C. McAndrews and M. Gehring regarding appeal and IEE Review of file materials regarding Reply Brief Intraoffice communication with A. Sauer regarding Lindamood Bell and evaluation Review and revise Brief Review of case law regarding Brief Research regarding Lindamood Bell Telephone communication with N. Gregorson resolution same Telephone communication with H. Cohen regarding IEE | 4.625 | 3.500 | 275.00 | 275.00 | 1,271.88 | 962.50 | 962.50 | Hours reduced (IEE) |
| 03/03/16 | DCM | Preparation of Response Brief Review of IEP and IEE | 1.750 | 1.380 | 450.00 | 450.00 | 787.50 | 621.00 | 621.00 | Hours reduced (IEP) |
| 03/04/16 | MJC | Review of final response to Motion for Judgment | 0.375 | 0.375 | 430.00 | 430.00 | 161.25 | 161.25 | 161.25 | - |
| 03/04/16 | DCM | Preparation of Response Brief Preparation of materials for Evaluator | 0.750 | 0.750 | 450.00 | 450.00 | 337.50 | 337.50 | 337.50 | - |
| 03/04/16 | JH | Review of emails Intraoffice communication regarding Plaintiffs' Opposition Preparation of Certificate of Service Preparation of correspondence to Judge Huvelle Finalize Plaintiffs' Opposition Review of file materials regarding same | 1.250 | 1.250 | 185.00 | 131.00 | 231.25 | 163.75 | 163.75 | Rate reduced to 85% USAO |
| 03/04/16 | CEM | Review and revise Brief Intraoffice communication with D.C. McAndrews regarding same and IEE | 1.500 | 1.375 | 275.00 | 275.00 | 412.50 | 378.13 | 378.13 | Hours reduced (IEE) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/04/16 | MEG | Review, revise and finalize Brief Intraoffice communication with J. Hardy regarding filing Intraoffice communication with A. Butler regarding tables Research regarding IEP Intraoffice communication with D.C. McAndrews regarding Brief | 8.375 | 8.000 | 430.00 | 430.00 | 3,601.25 | 3,440.00 | 3,440.00 | Hours reduced (IEP) |
| 03/07/16 | CEM | Intraoffice communication with A. Sauer regarding evaluation | 0.125 | 0.000 | 275.00 | 275.00 | 34.38 | 0.00 | 0.00 | Hours reduced (Evaluation) |
| 03/07/16 | AS | Telephone communication with client regarding evaluation Intraoffice communication with C. McAndrews | 0.125 | 0.000 | 155.00 | 116.00 | 19.38 | 0.00 | 0.00 | Hours reduced (Evaluation); Rate reduced to 75% USAO |
| 03/08/16 | MEG | Review of C. McAndrews email to A. Finkhousen | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 53.75 | - |
| 03/08/16 | AS | Intraoffice communication with C. McAndrews regarding evaluation Telephone communication with client | 0.125 | 0.000 | 155.00 | 116.00 | 19.38 | 0.00 | 0.00 | Hours reduced (Evaluation); Rate reduced to 75% USAO |
| 03/08/16 | CEM | Intraoffice communication with A. Sauer regarding settlement Telephone communications with client regarding paperwork, IEP and evaluation Preparation of correspondence to counsel, A. Finkhousen, regarding settlement and compensatory education | 1.125 | 0.125 | 275.00 | 275.00 | 309.38 | 34.38 | 34.38 | Hours reduced (IEP) |
| 03/09/16 | DCM | Review of correspondence from counsel, A. Finkhousen, regarding settlement | 0.125 | 0.125 | 450.00 | 450.00 | 56.25 | 56.25 | 56.25 | - |
| 03/09/16 | AS | Intraoffice communication with C. McAndrews regarding IEP and FBA | 0.125 | 0.000 | 155.00 | 116.00 | 19.38 | 0.00 | 0.00 | Hours reduced (IEP); Rate reduced to 75% USAO |
| 03/09/16 | CEM | Telephone communication with client regarding meeting Meeting with client regarding IEP, evaluations, exclusions and placement Preparation of correspondence to H. Cohen regarding IEE Review of correspondence from Hearing Officer H. Cohen regarding same | 4.125 | 0.000 | 275.00 | 275.00 | 1,134.38 | 0.00 | 0.00 | Hours reduced (IEP) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/10/16 | CEM | Review of correspondence from School District regarding medical referral | 0.125 | 0.000 | 275.00 | 275.00 | 34.38 | 0.00 | 0.00 | Hours reduced (non-compensable) |
| 03/14/16 | AS | Telephone communication with client regarding evaluation Intraoffice communication with C. McAndrews | 0.125 | 0.000 | 155.00 | 116.00 | 19.38 | 0.00 | 0.00 | Hours reduced (Evaluation); Rate reduced to 75% USAO |
| 03/15/16 | MEG | Intraoffice communication with J. Hardy regarding Brief | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 53.75 | - |
| 03/15/16 | JH | Review of file materials regarding Summary Judgment Motion and Department of Revenue check | 0.250 | 0.250 | 185.00 | 131.00 | 46.25 | 32.75 | 32.75 | Rate reduced to 85% USAO |
| 03/15/16 | CEM | Review of correspondence from N. Gregorson regarding evaluation Preparation of correspondence to N. Gregorson regarding same Intraoffice communication with A. Sauer regarding evaluation Review of correspondence from Lindamood Bell regarding same Intraoffice communication with D.C. McAndrews regarding Complaint | 0.750 | 0.130 | 275.00 | 275.00 | 206.25 | 35.75 | 35.75 | Hours reduced (Evaluation) |
| 03/16/16 | AS | Telephone communication with client Intraoffice communication with C. McAndrews | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 03/16/16 | CEM | Intraoffice communication with A. Sauer regarding evaluation and records Review of correspondence from Lindamood Bell regarding evaluation Review of correspondence from client regarding behavior and speech services | 0.500 | 0.000 | 275.00 | 275.00 | 137.50 | 0.00 | 0.00 | Hours reduced (Evaluation) |
| 03/17/16 | CEM | Intraoffice communication with A. Sauer regarding evaluation Research regarding transportation and discipline Intraoffice communication with J. Hardy regarding Defendant's Opposition Brief | 0.375 | 0.375 | 275.00 | 275.00 | 103.13 | 103.13 | 103.13 | - |
| 03/17/16 | MEG | Review of Reply Brief | 0.250 | 0.250 | 430.00 | 430.00 | 107.50 | 107.50 | 107.50 | - |
| 03/17/16 | JH | Review of file materials regarding School District's Reply | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/17/16 | AS | Telephone communication with client regarding IEP Intraoffice communication with C. McAndrews | 0.125 | 0.000 | 155.00 | 116.00 | 19.38 | 0.00 | 0.00 | Hours reduced (IEP); Rate reduced to 75% USAO |
| 03/18/16 | DCM | Research regarding cases for possible Reply Brief Order Oral Argument | 0.125 | 0.125 | 450.00 | 450.00 | 56.25 | 56.25 | 56.25 | - |
| 03/18/16 | AS | Review of correspondence from client Intraoffice communication with C. McAndrews | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 03/18/16 | CEM | Intraoffice communication with A. Sauer regarding evaluation and behavior Review of file materials regarding transportation and discipline | 0.500 | 0.000 | 275.00 | 275.00 | 137.50 | 0.00 | 0.00 | Hours reduced (Evaluation) |
| 03/21/16 | CEM | Intraoffice communication with A. Sauer regarding behavior and evaluation | 0.125 | 0.000 | 275.00 | 275.00 | 34.38 | 0.00 | 0.00 | Hours reduced (Evaluation) |
| 03/21/16 | AS | Telephone communication with client regarding evaluation Intraoffice communication with C. McAndrews | 0.125 | 0.000 | 155.00 | 116.00 | 19.38 | 0.00 | 0.00 | Hours reduced (Evaluation); Rate reduced to 75% USAO |
| 03/22/16 | CEM | Intraoffice communication with A. Sauer regarding evaluation | 0.250 | 0.000 | 275.00 | 275.00 | 68.75 | 0.00 | 0.00 | Hours reduced (Evaluation) |
| 03/22/16 | AS | Telephone communication with client regarding evaluation Intraoffice communication with C. McAndrews | 0.125 | 0.000 | 155.00 | 116.00 | 19.38 | 0.00 | 0.00 | Hours reduced (Evaluation); Rate reduced to 75% USAO |
| 03/23/16 | MEG | Intraoffice communication with D.C. McAndrews regarding Oral Argument | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 53.75 | - |
| 03/23/16 | DCM | Review of School District Reply Memorandum Research, preparation for possible oral argument Review of file materials/Intraoffice communication regarding use of compensatory education | 0.625 | 0.625 | 450.00 | 450.00 | 281.25 | 281.25 | 281.25 | - |
| 03/23/16 | AS | Telephone communication with client regarding evaluation Intraoffice communication with C. McAndrews | 0.125 | 0.000 | 155.00 | 116.00 | 19.38 | 0.00 | 0.00 | Hours reduced (Evaluation); Rate reduced to 75% USAO |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/23/16 | CEM | Telephone communications with client regarding evaluation Intraoffice communication with A. Sauer regarding same Review of correspondence from H. Cohen regarding IEE Preparation of correspondence to H. Cohen regarding same Intraoffice communication with D.C. McAndrews and M. Gehring regarding Oral Argument and evaluation Research regarding appeal Review of correspondence from client regarding evaluation | 2.000 | 0.130 | 275.00 | 275.00 | 550.00 | 35.75 | 35.75 | Hours reduced (IEE) |
| 03/24/16 | HBK | Intraoffice communication with C. McAndrews regarding status | 0.250 | 0.250 | 430.00 | 430.00 | 107.50 | 107.50 | 107.50 | - |
| 03/24/16 | AS | Telephone communication with client regarding evaluation Intraoffice communication with C. McAndrews | 0.125 | 0.000 | 155.00 | 131.00 | 19.38 | 0.00 | 0.00 | Hours reduced (Evaluation); Rate reduced to 85% USAO |
| 03/24/16 | CEM | Intraoffice communication with H.B. Konkler-Goldsmith regarding referral Intraoffice communication with A. Sauer regarding evaluations and records Review of file materials regarding same, IEP and meetings Telephone communication with Mr. Jones regarding observations Intraoffice communication with M. Gehring and D.C. McAndrews regarding appeal | 1.750 | 0.130 | 275.00 | 275.00 | 481.25 | 35.75 | 35.75 | Hours reduced (IEP) |
| 03/24/16 | MEG | Intraoffice communication with C. McAndrews and D.C. McAndrews regarding status | 0.250 | 0.000 | 430.00 | 430.00 | 107.50 | 0.00 | 0.00 | Hours reduced (IEP) |
| 03/28/16 | MEG | Preparation of Request for Hearing Preparation of correspondence to counsel | 1.250 | 1.250 | 430.00 | 430.00 | 537.50 | 537.50 | 537.50 | - |
| 03/28/16 | JH | Review of emails | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/28/16 | CEM | Intraoffice communication with A. Sauer regarding IEE Preparation of correspondence to H. Cohen regarding same Intraoffice communication with M. Gehring regarding Hearing | 0.500 | 0.130 | 275.00 | 275.00 | 137.50 | 35.75 | 35.75 | Hours reduced (IEE) |
| 03/28/16 | AS | Intraoffice communication with C. McAndrews | 0.500 | 0.000 | 155.00 | 116.00 | 77.50 | 0.00 | 0.00 | Hours reduced (IEE) |
| 03/30/16 | MEG | Update case status | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 53.75 | - |
| 03/30/16 | CEM | Review of correspondence from client regarding evaluation | 0.125 | 0.000 | 275.00 | 275.00 | 34.38 | 0.00 | 0.00 | Hours reduced (Evaluation) |
| 04/01/16 | MEG | Intraoffice communication with D.C. McAndrews regarding Motion | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 53.75 | - |
| 04/01/16 | DCM | Preparation of Motion for Oral Argument Review Answer of School District | 0.625 | 0.625 | 450.00 | 450.00 | 281.25 | 281.25 | 281.25 | - |
| 04/01/16 | JH | Review of file materials regarding Motion for Oral Argument | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 04/04/16 | CEM | Review and edit Motion Intraoffice communication with M. Connolly regarding Motion | 0.375 | 0.375 | 275.00 | 275.00 | 103.13 | 103.13 | 103.13 | - |
| 04/04/16 | MEG | Intraoffice communication with C. McAndrews regarding Motion | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 53.75 | - |
| 04/04/16 | MJC | Review and revise Motion for Oral Argument | 0.250 | 0.250 | 430.00 | 430.00 | 107.50 | 107.50 | 107.50 | - |
| 04/05/16 | CEM | Intraoffice communication with J. Hardy regarding correspondence to Court | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - |
| 04/05/16 | MEG | Intraoffice communication with J. Hardy and E. Gilmore regarding admission Research regarding same Finalize Motion for Oral Argument | 0.750 | 0.750 | 430.00 | 430.00 | 322.50 | 322.50 | 322.50 | - |
| 04/05/16 | JH | Review of file materials regarding Motion for Oral Argument Finalize same Preparation of Certificate of Service Preparation of correspondence to Clerk, USDC | 0.875 | 0.875 | 185.00 | 131.00 | 161.88 | 114.63 | 114.63 | Rate reduced to 85% USAO |
| 04/05/16 | DCM | Review of correspondence from client regarding implementation issues | 0.250 | 0.000 | 450.00 | 450.00 | 112.50 | 0.00 | 0.00 | Hours reduced (non-compensable) |
| 04/06/16 | AS | Intraoffice communication with C. McAndrews regarding evaluations | 0.250 | 0.000 | 155.00 | 116.00 | 38.75 | 0.00 | 0.00 | Hours reduced (Evaluation); Rate reduced to 75% USAO |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/06/16 | CEM | Review of correspondence from H. Cohen regarding IEE Preparation of correspondence to H. Cohen regarding same | 0.125 | 0.000 | 275.00 | 275.00 | 34.38 | 0.00 | 0.00 | Hours reduced (IEE) |
| 04/06/16 | CEM | Review of correspondences from H. Cohen regarding IEE Intraoffice communication with A. Sauer regarding same Preparation of correspondence to H. Cohen regarding IEE | 0.250 | 0.000 | 275.00 | 275.00 | 68.75 | 0.00 | 0.00 | Hours reduced (IEE) |
| 04/07/16 | CEM | Intraoffice communication with H.B. Konkler-Goldsmith regarding Federal Court and referral | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - |
| 04/07/16 | HBK | Intraoffice communication with C. McAndrews regarding Federal Court and referral | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 53.75 | - |
| 04/10/16 | DCM | Review of correspondence from counsel, A. Finkhousen | 0.125 | 0.125 | 450.00 | 450.00 | 56.25 | 56.25 | 56.25 | - |
| 04/11/16 | MEG | Intraoffice communication with J. Hardy regarding status Review of correspondence from counsel, A. Finkhousen | 0.250 | 0.250 | 430.00 | 430.00 | 107.50 | 107.50 | 107.50 | - |
| 04/11/16 | JH | Review of file materials regarding Defendant's Opposition to Motion for Hearing | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 04/12/16 | DCM | Review of Defendant's Opposition to Oral Argument | 0.125 | 0.125 | 450.00 | 450.00 | 56.25 | 56.25 | 56.25 | - |
| 04/12/16 | CEM | Review of correspondence from counsel, A. Finkhousen, regarding compensatory education Review of correspondence from H. Cohen regarding IEE Preparation of correspondence to H. Cohen regarding same | 0.250 | 0.130 | 275.00 | 275.00 | 68.75 | 35.75 | 35.75 | Hours reduced (IEE) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|------|----------|----------------|---------------|----------------|--------------|---------------|-------------|--------------|----------------|-------|
| 04/13/16 | CEM | Review of Motion in Opposition of Oral Argument Preparation of correspondence to counsel Preparation of correspondence to N. Gregorson regarding compensatory education Intraoffice communication with A. Sauer regarding same Review of correspondence from counsel | 0.500 | 0.500 | 275.00 | 275.00 | 137.50 | 137.50 | 137.50 | - |
| 04/13/16 | DCM | Review of file materials/Intraoffice communication regarding compensatory education transportation | 0.125 | 0.125 | 450.00 | 450.00 | 56.25 | 56.25 | 56.25 | - |
| 04/14/16 | CEM | Intraoffice communication with M. Gehring, H.B. Konkler-Goldsmith and D.C. McAndrews regarding program and case law Intraoffice communication with A. Sauer regarding evaluation Intraoffice communication with D.C. McAndrews regarding Oral Argument Intraoffice communication with H.B. Konkler-Goldsmith regarding Federal Court and compensatory education Review of correspondence from N. Gregorson regarding evaluation Preparation of correspondence to N. Gregorson regarding same | 0.750 | 0.750 | 275.00 | 275.00 | 206.25 | 206.25 | 206.25 | - |
| 04/14/16 | DCM | Review of recent case law | 0.250 | 0.250 | 450.00 | 450.00 | 112.50 | 112.50 | 112.50 | - |
| 04/14/16 | AS | Telephone communication with client Intraoffice communication with C. McAndrews Review of correspondence from counsel | 0.250 | 0.250 | 155.00 | 116.00 | 38.75 | 29.00 | 29.00 | Rate reduced to 75% USAO |
| 04/14/16 | MEG | Intraoffice communication with C. McAndrews and D.C. McAndrews regarding new matter Review of correspondence from counsel, A. Finkhousen | 0.500 | 0.000 | 430.00 | 430.00 | 215.00 | 0.00 | 0.00 | Hours reduced (non-compensable) |
| 04/15/16 | HBK | Intraoffice communication with C. McAndrews regarding Federal Court and compensatory education | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 53.75 | - |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/15/16 | MEG | Intraoffice communication with J. Hardy regarding authority<br>Preparation of Notice<br>Research regarding procedure | 0.875 | 0.875 | 430.00 | 430.00 | 376.25 | 376.25 | 376.25 | - |
| 04/15/16 | DCM | Review of correspondence from N. Gregorson regarding use of compensatory education<br>Review of Lindamood Bell report | 0.250 | 0.250 | 450.00 | 450.00 | 112.50 | 112.50 | 112.50 | - |
| 04/15/16 | JH | Review of emails<br>Intraoffice communication regarding case law<br>Telephone communication with Judge's chambers<br>Review of file materials regarding Notice of Additional Authority<br>Preparation of correspondence to Judge Huvelli<br>Preparation of Certificate of Service<br>Finalize Notice | 1.125 | 1.125 | 185.00 | 131.00 | 208.13 | 147.38 | 147.38 | Rate reduced to 85% USAO |
| 04/15/16 | AS | Intraoffice communication with C. McAndrews | 0.250 | 0.000 | 155.00 | 116.00 | 38.75 | 0.00 | 0.00 | Hours reduced (IEE) |
| 04/15/16 | CEM | Review of correspondence from N. Gregorson regarding compensatory education<br>Preparation of correspondence to client regarding same<br>Review of correspondence from H. Cohen regarding IEE<br>Preparation of correspondence to H. Cohen regarding same | 0.250 | 0.130 | 275.00 | 275.00 | 68.75 | 35.75 | 35.75 | Hours reduced (IEE) |
| 04/18/16 | MEG | Intraoffice communication with C. McAndrews and J. Hardy regarding status<br>Review of response | 0.375 | 0.375 | 430.00 | 430.00 | 161.25 | 161.25 | 161.25 | - |
| 04/18/16 | DCM | Review of correspondence from J. Fields regarding compliance | 0.125 | 0.125 | 450.00 | 450.00 | 56.25 | 56.25 | 56.25 | - |
| 04/18/16 | CEM | Review of correspondence from J. Fields regarding compensatory education<br>Intraoffice communication with M. Gehring and J. Hardy regarding same<br>Review of correspondence from H. Cohen regarding IEE | 0.250 | 0.130 | 275.00 | 275.00 | 68.75 | 35.75 | 35.75 | Hours reduced (IEE) |
| 04/20/16 | JH | Review of emails | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|------|----------|----------------|---------------|----------------|--------------|---------------|-------------|--------------|----------------|-------|
| 04/20/16 | CEM | Review of correspondence from H. Cohen regarding IEE Review of independent report Intraoffice communication with D.C. McAndrews regarding same and IEE | 1.000 | 0.000 | 275.00 | 275.00 | 275.00 | 0.00 | 0.00 | Hours reduced (IEE) |
| 04/21/16 | HBK | Intraoffice communication with C. McAndrews regarding Federal Court | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 53.75 | - |
| 04/21/16 | MEG | Review of email to A. Finkhousen | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 53.75 | - |
| 04/21/16 | JH | Review of emails regarding compensatory education fund | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 04/21/16 | CEM | Preparation of correspondence to DCPS regarding authorization for compensatory education Intraoffice communication with H.B. Konkler-Goldsmith regarding Federal Court Review of correspondence from A. Anokye regarding compensatory education Preparation of correspondences to counsel, A. Finkhousen, regarding same Intraoffice communication with D.C. McAndrews regarding IEE Preparation of correspondences to H. Cohen regarding same Telephone communication with counsel regarding compensatory education Review of correspondence from counsel regarding same Review of correspondence from H. Cohen regarding IEE | 1.250 | 0.750 | 275.00 | 275.00 | 343.75 | 206.25 | 206.25 | Hours reduced (IEE) |
| 04/21/16 | DCM | Review of materials regarding possible IEE Review of correspondences from counsel, A. Finkhousen | 0.625 | 0.000 | 450.00 | 450.00 | 281.25 | 0.00 | 0.00 | Hours reduced (IEE) |
| 04/22/16 | MEG | Review of correspondence from counsel, A. Finkhousen | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 53.75 | - |
| 04/22/16 | DCM | Review of correspondence from counsel, A. Finkhousen | 0.125 | 0.125 | 450.00 | 450.00 | 56.25 | 56.25 | 56.25 | - |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/22/16 | CEM | Review of correspondence from counsel, A. Finkhousen, regarding compensatory education<br>Telephone communication with H. Cohen regarding IEE<br>Review of file materials regarding same | 0.375 | 0.125 | 275.00 | 275.00 | 103.13 | 34.38 | 34.38 | Hours reduced (IEE) |
| 04/24/16 | CEM | Review of correspondence from H. Cohen regarding IEE<br>Preparation of correspondence to H. Cohen regarding same | 0.125 | 0.000 | 275.00 | 275.00 | 34.38 | 0.00 | 0.00 | Hours reduced (IEE) |
| 04/25/16 | DCM | Review of file materials/Intraoffice communication regarding use of compensatory education | 0.250 | 0.250 | 450.00 | 450.00 | 112.50 | 112.50 | 112.50 | - |
| 04/25/16 | CEM | Review of file materials regarding IEE<br>Review of DCPS Court materials<br>Telephone communication with H. Cohen regarding IEE<br>Intraoffice communication with D.C. McAndrews regarding same | 1.375 | 0.375 | 275.00 | 275.00 | 378.13 | 103.13 | 103.13 | Hours reduced (IEE) |
| 04/26/16 | CEM | Intraoffice communication with H.B. Konkler-Goldsmith regarding IEE | 0.125 | 0.000 | 275.00 | 275.00 | 34.38 | 0.00 | 0.00 | Hours reduced (IEE) |
| 04/26/16 | HBK | Intraoffice communication with C. McAndrews regarding IEE | 0.125 | 0.000 | 430.00 | 430.00 | 53.75 | 0.00 | 0.00 | Hours reduced (IEE) |
| 04/29/16 | CEM | Review of correspondences from A. Anokye regarding compensatory education<br>Preparation of correspondences to A. Anokye regarding same | 0.500 | 0.500 | 275.00 | 275.00 | 137.50 | 137.50 | 137.50 | - |
| 04/29/16 | MEG | Intraoffice communication with C. McAndrews regarding status | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 53.75 | - |
| 04/29/16 | DCM | Review of School District's compensatory education plan<br>Review of correspondence from counsel, A. Anokye | 0.250 | 0.250 | 450.00 | 450.00 | 112.50 | 112.50 | 112.50 | - |
| 04/29/16 | JH | Review of emails | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 05/02/16 | CEM | Review of correspondence from N. Gregorson regarding tutoring<br>Preparation of correspondence to N. Gregorson regarding same | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/03/16 | CEM | Preparation of correspondences to A. Anokye regarding compensatory education Review of correspondence from A. Anokye regarding same Intraoffice communication with H.B. Konkler-Goldsmith regarding Federal matter Intraoffice communication with M. Gehring regarding same and compensatory education Review of correspondence from counsel, A. Finkhousen, regarding Motion | 0.750 | 0.750 | 275.00 | 275.00 | 206.25 | 206.25 | 206.25 | - |
| 05/03/16 | MEG | Review of correspondence from A. Anokye Intraoffice communication with C. McAndrews regarding status | 0.375 | 0.375 | 430.00 | 430.00 | 161.25 | 161.25 | 161.25 | - |
| 05/03/16 | DCM | Review of correspondences from N. Gregerson regarding compliance with compensatory education award and compensatory education supplementation Review of correspondence regarding implementation issues Review of correspondences from counsel, A. Anokye enclosing Authorization | 0.625 | 0.630 | 450.00 | 450.00 | 281.25 | 283.50 | 283.50 | - |
| 05/03/16 | JH | Review of emails | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 05/04/16 | CEM | Intraoffice communication with D.C. McAndrews and M. Gehring regarding compensatory education Preparation of correspondence to N. Gregorson regarding same | 0.250 | 0.250 | 275.00 | 275.00 | 68.75 | 68.75 | 68.75 | - |
| 05/04/16 | MEG | Review of correspondence from counsel, A. Finkhousen Intraoffice communication with C. McAndrews and D.C. McAndrews regarding status Preparation of correspondence to counsel | 0.500 | 0.500 | 430.00 | 430.00 | 215.00 | 215.00 | 215.00 | - |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/04/16 | DCM | Review of correspondence from counsel, A. Finkhousen<br>Review of correspondence from N. Gregorson regarding compensatory education | 0.375 | 0.375 | 450.00 | 450.00 | 168.75 | 168.75 | 168.75 | - |
| 05/04/16 | JH | Review of emails | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 05/05/16 | CEM | Intraoffice communication with A. Sauer regarding compensatory education<br>Review of correspondences from N. Gregorson regarding same<br>Preparation of correspondence to N. Gregorson regarding compensatory education<br>Intraoffice communication with M. Gehring and D.C. McAndrews regarding Stipulation | 0.500 | 0.500 | 275.00 | 275.00 | 137.50 | 137.50 | 137.50 | - |
| 05/05/16 | MEG | Intraoffice communication with D.C. McAndrews regarding Stipulation<br>Review of Stipulation<br>Preparation of correspondence to counsel, A. Finkhousen<br>Review of correspondence from counsel | 0.500 | 0.500 | 430.00 | 430.00 | 215.00 | 215.00 | 215.00 | - |
| 05/05/16 | AS | Review of correspondence from counsel<br>Review of file materials<br>Intraoffice communication with C. McAndrews<br>Telephone communication with client | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 05/05/16 | JH | Review of emails | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 05/06/16 | MEG | Update case status | 0.125 | 0.125 | 430.00 | 430.00 | 53.75 | 53.75 | 53.75 | - |
| 05/06/16 | AS | Telephone communication with client<br>Intraoffice communication with C. McAndrews | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 05/09/16 | CEM | Intraoffice communication with A. Sauer regarding compensatory education and summer program<br>Telephone communication with client regarding same<br>Research regarding summer program<br>Telephone communication with H. Cohen regarding IEE<br>Preparation of correspondence to H. Cohen regarding same | 2.375 | 0.000 | 275.00 | 275.00 | 653.13 | 0.00 | 0.00 | Hours reduced (IEE) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/10/16 | CEM | Intraoffice communication with A. Sauer regarding compensatory education | 0.250 | 0.250 | 275.00 | 275.00 | 68.75 | 68.75 | 68.75 | - |
| 05/10/16 | AS | Telephone communication with client Intraoffice communication with C. McAndrews | 0.125 | 0.000 | 155.00 | 116.00 | 19.38 | 0.00 | 0.00 | Hours reduced (IEE) |
| 05/11/16 | CEM | Intraoffice communication with A. Sauer regarding transportation | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - |
| 05/11/16 | AS | Telephone communication with client Intraoffice communication with C. McAndrews | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 05/12/16 | AS | Telephone communication with client Intraoffice communication with C. McAndrews | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 05/16/16 | CEM | Intraoffice communication with L. O'Connell regarding transfer | 0.375 | 0.375 | 275.00 | 275.00 | 103.13 | 103.13 | 103.13 | - |
| 05/17/16 | JH | Review of emails | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 05/17/16 | CEM | Review of file materials regarding IEE and Federal Court appeal Intraoffice communication with A. Sauer regarding compensatory education Preparation of correspondence to J. Fields regarding IEE Request Review of correspondence from J. Fields regarding same Intraoffice communication regarding transfer Review of correspondence from colleague regarding IEE | 1.625 | 0.250 | 275.00 | 275.00 | 446.88 | 68.75 | 68.75 | Hours reduced (IEE) |
| 05/17/16 | MEG | Intraoffice communication with C. McAndrews regarding status Review of IEE Request | 0.250 | 0.000 | 430.00 | 430.00 | 107.50 | 0.00 | 0.00 | Hours reduced (IEE) |
| 05/17/16 | DCM | Review of materials from school psychologist Review of file materials/Intraoffice communication regarding IEE Request and compliance issues | 0.375 | 0.125 | 450.00 | 450.00 | 168.75 | 56.25 | 56.25 | Hours reduced (IEE) |
| 05/18/16 | MEG | Intraoffice communication with A. Butler regarding Release Intraoffice communication with C. McAndrews regarding status | 0.250 | 0.250 | 430.00 | 430.00 | 107.50 | 107.50 | 107.50 | - |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/18/16 | AS | Intraoffice communication with D.C. McAndrews and J. Hardy Preparation of correspondence to counsel | 0.250 | 0.250 | 155.00 | 116.00 | 38.75 | 29.00 | 29.00 | Rate reduced to 75% USAO |
| 05/18/16 | JH | Review of emails | 0.125 | 0.125 | 185.00 | 131.00 | 23.13 | 16.38 | 16.38 | Rate reduced to 85% USAO |
| 05/18/16 | CEM | Intraoffice communication with D.C. McAndrews, A. Sauer and M. Gehring regarding IEE Request | 0.125 | 0.000 | 275.00 | 275.00 | 34.38 | 0.00 | 0.00 | Hours reduced (IEE) |
| 05/18/16 | DCM | Review of file materials/Intraoffice communication regarding IEE Request Research recent cases regarding statute of limitations and compensatory education | 0.625 | 0.250 | 450.00 | 450.00 | 281.25 | 112.50 | 112.50 | Hours reduced (IEE) |
| 05/19/16 | AS | Intraoffice communication with D.C. McAndrews and J. Hardy Preparation of correspondence to client | 0.250 | 0.250 | 155.00 | 116.00 | 38.75 | 29.00 | 29.00 | Rate reduced to 75% USAO |
| 05/19/16 | JH | Review of emails | 0.250 | 0.250 | 185.00 | 131.00 | 46.25 | 32.75 | 32.75 | Rate reduced to 85% USAO |
| 05/19/16 | CEM | Review of correspondence from J. Fields regarding IEE Request | 0.125 | 0.000 | 275.00 | 275.00 | 34.38 | 0.00 | 0.00 | Hours reduced (IEE) |
| 05/19/16 | MEG | Update case status Review of correspondence from J. Fields | 0.375 | 0.125 | 430.00 | 430.00 | 161.25 | 53.75 | 53.75 | Hours reduced (IEE) |
| 05/23/16 | CEM | Intraoffice communication with D.C. McAndrews, M. Gehring and J. Hardy regarding Decision | 0.125 | 0.125 | 275.00 | 275.00 | 34.38 | 34.38 | 34.38 | - |
| 05/23/16 | MEG | Intraoffice communication with A. Sauer regarding status Intraoffice communication with D.C. McAndrews, C. McAndrews, M. Connolly and H.B. Konkler-Goldsmith regarding Decision Review of Decision | 0.500 | 0.500 | 430.00 | 430.00 | 215.00 | 215.00 | 215.00 | - |
| 05/23/16 | DCM | Review Opinion and Order of Court | 0.500 | 0.500 | 450.00 | 450.00 | 225.00 | 225.00 | 225.00 | - |
| 05/23/16 | AS | Telephone communication with client Intraoffice communication with D.C. McAndrews, J. Hardy and M. Gehring | 0.125 | 0.125 | 155.00 | 116.00 | 19.38 | 14.50 | 14.50 | Rate reduced to 75% USAO |
| 05/24/16 | CEM | Intraoffice communication with D.C. McAndrews, M. Gehring and J. Hardy regarding Decision | 0.125 | 0.000 | 275.00 | 275.00 | 34.38 | 0.00 | 0.00 | No fee awarded (Post-judgment) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/24/16 | MEG | Intraoffice communication with D.C. McAndrews, H.B. Konkler-Goldsmith, M. Connolly, C. McAndrews and J. Hardy regarding status and Fee Petition Research regarding Fee Petition Intraoffice communication with C. McAndrews regarding Decision Intraoffice communication with T. Baker regarding invoice | 1.375 | 0.000 | 430.00 | 430.00 | 591.25 | 0.00 | 0.00 | No fee awarded (Post-judgment) |
| 05/24/16 | DCM | Review of file materials/Intraoffice communication regarding compliance and remand issues | 0.125 | 0.000 | 450.00 | 450.00 | 56.25 | 0.00 | 0.00 | No fee awarded (Post-judgment) |
| 05/24/16 | AS | Intraoffice communication with D.C. McAndrews, J. Hardy, M. Gehring, M. Connolly and H.B. Konkler-Goldsmith | 0.125 | 0.000 | 155.00 | 116.00 | 19.38 | 0.00 | 0.00 | No fee awarded (Post-judgment) |
| 05/24/16 | JH | Review of emails | 0.125 | 0.000 | 185.00 | 131.00 | 23.13 | 0.00 | 0.00 | No fee awarded (Post-judgment) |
| 05/25/16 | MEG | Research regarding Fee Petition | 0.375 | 0.000 | 430.00 | 430.00 | 161.25 | 0.00 | 0.00 | No fee awarded (Post-judgment) |
| 05/25/16 | DCM | Review of correspondence from J. Fields regarding IEE | 0.125 | 0.000 | 450.00 | 450.00 | 56.25 | 0.00 | 0.00 | No fee awarded (Post-judgment) |
| 05/25/16 | AS | Intraoffice communication with D.C. McAndrews and J. Hardy | 0.250 | 0.000 | 155.00 | 116.00 | 38.75 | 0.00 | 0.00 | No fee awarded (Post-judgment) |
| 05/26/16 | AS | Intraoffice communication with A. Butler | 0.125 | 0.000 | 155.00 | 116.00 | 19.38 | 0.00 | 0.00 | No fee awarded (Post-judgment) |
| 05/27/16 | CEM | Intraoffice communication with D.C. McAndrews and A. Sauer regarding compensatory education | 0.125 | 0.000 | 275.00 | 275.00 | 34.38 | 0.00 | 0.00 | No fee awarded (Post-judgment) |
| 05/27/16 | MEG | Intraoffice communication with C. McAndrews and A. Sauer regarding status | 0.375 | 0.000 | 430.00 | 430.00 | 161.25 | 0.00 | 0.00 | No fee awarded (Post-judgment) |
| 05/27/16 | AS | Telephone communication with client Intraoffice communication with D.C. McAndrews, J. Hardy, M. Gehring, A. Hagan and H.B. Konkler-Goldsmith | 0.250 | 0.000 | 155.00 | 116.00 | 38.75 | 0.00 | 0.00 | No fee awarded (Post-judgment) |
| 05/28/16 | JH | Review of emails | 0.125 | 0.000 | 185.00 | 131.00 | 23.13 | 0.00 | 0.00 | No fee awarded (Post-judgment) |

| Date | Initials | Work Performed | Hours Claimed | Hours Credited | Rate Claimed | Rate Credited | Fee Claimed | Fee Credited | Adjusted Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/31/16 | MEG | Research regarding attorneys' fees<br>Preparation of Motion for Attorneys' Fees<br>Intraoffice communication with C. McAndrews regarding status<br>Intraoffice communication with A. Butler regarding Motion | 2.250 | 0.000 | 430.00 | 430.00 | 967.50 | 0.00 | 0.00 | No fee awarded (Post-judgment) |
| 06/01/16 | JH | Preparation of email to J. Fields<br>Review of emails | 0.250 | 0.000 | 185.00 | 131.00 | 46.25 | 0.00 | 0.00 | No fee awarded (Post-judgment) |
| 06/02/16 | MEG | Review of correspondence to counsel, A. Finkhousen<br>Preparation of Fee Petition papers<br>Intraoffice communication with T. Baker regarding invoice<br>Review of emails between client and Case Manager | 7.500 | 0.000 | 430.00 | 430.00 | 3,225.00 | 0.00 | 0.00 | No fee awarded (Post-judgment) |
| 06/03/16 | MEG | Intraoffice communication with M. Connolly regarding Motion<br>Preparation of correspondence to counsel, A. Finkhousen<br>Review of correspondence from counsel<br>Intraoffice communication with D.C. McAndrews and H.B. Konkler-Goldsmith regarding status and invoice<br>Review of correspondence from A. Allen-King<br>Intraoffice communication with T. Baker regarding invoice<br>Preparation of Fee Petition papers<br>Research regarding Rules | 7.875 | 0.000 | 430.00 | 430.00 | 3,386.25 | 0.00 | 0.00 | No fee awarded (Post-judgment) |
| | | | Total Hours Claimed | Total Hours Credited | | | Total Hours * Rate Claimed | Total Hours * Rate Credited | Total Fees (before reductions) | **Fee Awarded after 15% reduction for complexity and 5% reduction for block billing** |
| | TOTALS | | 618.000 | 503.700 | | | 212081.51 | 168473.03 | 161903.98 | **$129,523.18** |